Yahoo! Mail - masteraguiar@yahoo.com    http://us.f551.mail.yahoo.com/ym/ShowLetter?MsgId=4115_49882...

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Plaintiff,

William V. Aguiar III
630 Maple st.
Fall River Massachusetts
Bristol County
02720
tel. 1-(508)-67-85310
Web sight. www.countdante.com
Email. masteraguiar@yahoo.com

FILED
IN CLERKS OFFICE

2007 SEP -7  A 11: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

VS.

Defendants,

Floyd Webb

Barron Sheppard

Wendy Sheppard

Ashida Kim a,k,a Christopher Hunter a,k,a Bradford Davis

COMPLAINT

1. Plaintiff  William V Aguiar is a citizen of the state of Massachusett's and a resident of Fall River

Aguiar v. Webb et al    Doc. 1

2. Upon information and belief.  Defendant
Floyd Webb
505 S. 7th Ave
Maywood IL. 60153
e22.digital film productions
3 to 1 studio's
Suite 421
410 so Michigan Ave.
Chicago IL-60605
Work Phone 1-312-281-2288
Cell Phone 1-708-704-1482
Email fwebb@itutu.com


Barron Sheppard
1100 Cowan rd
Gulfport, Mississippi 39507
1-863-860-8769
D,B,A Sheppard's Consulting, Badassfightwear.com, sksystem's
Dojopress,Dojopress1


Wendy Sheppard
921 Ave WNW
Winter Haven Fl.
33881. United States

      wshepar1@Tampabay.rr.com
      Work Phone 1-863-292-0703
      1467 BonnieView CT
      Evansville Indiana 47715
      United States
      wendy.sheppard@insightbb.com
      Work Phone 1-863-292-0703
      D,B,A Sheppard's Consulting, Badassfightwear.com,sksystem's
      Dojopress,Dojopress1

      Ashida Kim a,k,a Christopher Hunter a,k,a Bradford Davis
      1010 Avenue W.N.W
      Winter Haven, Florida
      921 Avenue W.N.W
      Winter Haven Florida 33881
      4900 Cypress Garden,s Road
      Winter Haven, Florida
      Dojo Press
      P.O. Box 209
      Lake Alfred Florida 33805
      D,B,A Sheppard's Consulting, Badassfightwear.com,sksystem's
      Dojopress,Dojopress1
      1-863-293-6975
      1-863-401-9473

3. Upon information and belief the Defendant

  Floyd Webb is a managing partner of 3 to 1 studio's and
e22 ditigal production's is a resident of Chicago, Illinois


Barron Sheppard is a owner of Sheppard's Consulting,
Badassfightwear.com,sksystem's
Dojopress,Dojopress1 is a resident of Florida

Wendy Sheppard is a owner of Sheppard's Consulting,
Badassfightwear.com,sksystem's
Dojopress,Dojopress1 is a resident of Florida

Ashida Kim A.K.A.Christoper Hunter A.K.A. Bradford Davis
is a partner of Badassfightwear.com,sksystem's
Dojopress,Dojopress1 is a resident of Florida

4 Mr William V Aguiar III sell's his copyright and trademarked
  book's and dvd's titled [World's Deadliest Fighting Secret's]
  and video's titled volume 1[Charging T & death march]
  volume 2 [ World's Deadliest Fighting Secret's Poison Hand]
  volume 3 [ Dance of Death & Ballet of Horror] book's and video's
  threw mail order and e-bay

5. Mr. William V Aguiar III is the owner of copyright's issued
   by the Copyright Office of the United State's #A 86679
   From material's owned exclusively by William V Aguiar 111
   who own's the copyright and trademark's for the
   book's and dvd's titled [World's Deadliest Fighting Secret's]
   and video's titled volume 1[Charging T & death march]
   volume 2 [ World's Deadliest Fighting Secret's Poison Hand]
   volume 3 [ Dance of Death & Ballet of Horror]


               COUNT I COPYRIGHT INFRIGEMENT

6. William V Aguiar III incorporates by reference the allegation's
   in paragraph's 1-5 of the complaint.

7 Defendant's have infrigned upon plaintiff's copyrighted material's

and has caused William V Aguiar III severe financial damages.

8. William V Aguiar III seek's damage's and an order from this court restraining the defendant's from further infrigment on said material's book's and dvd's titled [World's Deadliest Fighting Secret's
and video's titled volume 1[Charging T & death march]
volume 2 [ World's Deadliest Fighting Secret's Poison Hand]
volume 3 [ Dance of Death & Ballet of Horror]

WHEREFORE, The Plaintiff demand's that he be awarded damages, punitive damages, cost,s , Attorney fee,s and interest

William V Aguiar PRO SE

*William V. Aguiar III* (signature)

William V. Aguiar III
630 Maple st.
Fall River Massachusetts
Bristol County
02720
tel. 1-(508)-67-85310