AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | FILED<br>IN CLERKS OFFICE<br>REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>2007 SEP -7 A 11:27<br>REGARDING A COPYRIGHT<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.      DATE FILED | Federal District Court<br>1 Court Way Boston Mass. |
| PLAINTIFF<br>William V. Aguiar III | DEFENDANT<br>Floyd Webb and All |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 #A86679 | Worlds Deadliest Fighting Secrets | William V. Aguiar III |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Aguiar v. Webb et al        Doc. 2

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 #A86679 | Worlds Deadliest Fighting Secrets | William V. Aguiar III |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy