U.S. DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP 28 P 2: 12

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| WILLIAM V. AGUIAR, III,<br>Plaintiff | )<br>)<br>) |
| v | )<br>) |
| FLOYD WEBB, BARRON SHEPPARD,<br>WENDY SHEPPARD and ASHIDO KIM<br>a/k/a CHRISTOPHER HUNTER and<br>a/k/a BRADFORD DAVIS,<br>Defendants | )  NO. 07CA11673MLW<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
### F.R.C.P. 65(a)(1)

Now comes the Plaintiff, William Aguiar, III, pro se, and moves this Honorable Court, pursuant to Federal Rules of Civil Procedure 65, for a Preliminary Injunction against the above-named Defendants prohibiting their violation of trademarks owned by the Plaintiff and from infringing upon the copyrighted materials of the Plaintiff.

In support of his Motion, the Plaintiff attaches his Affidavit hereto which outlines the past and continued violations by these Defendants of the Plaintiff's intellectual property rights.

WHEREFORE, the Plaintiff requests this Honorable Court to preliminarily enjoin the Defendants, their agents, employees, heirs and assigns from:

1. Displaying in any media form the trademarks owned by this Plaintiff;

2. From offering for sale any item, including but not limited to videos, DVDs, books, films, clothing apparel, martial arts memorabilia, films, books and memberships displaying the trademarks and/or copyrighted material(s) of the Plaintiff;

3. From displaying on their website any of the copyrighted and/or trademarked materials owned by this Plaintiff;

Aguiar v. Webb et al    Doc. 3

4.   Order the Defendants to account for sales of products which contained in whole or in part copyrighted and/or trademarked materials owned by and registered to this Plaintiff;

5.   Anything additional which this Court deems just and mete.

                                      Respectfully submitted,
                                      William V. Aguiar, III, Plaintiff
                                      Pro se,

                                      *William V. Aguiar III* (signature)
                                      William V. Aguiar, III
                                      630 Maple Street
                                      Fall River, MA 02720
                                      Tel.: (508) 678-5310

DATED:    September 25, 2007

---

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL/~~BY HAND~~.
DATE: 9/28/07    *William V. Aguiar III* (signature)

F:\WP51\PLEADING\aguiar-motion4preliminjunc.doc