UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM V. AGUIAR**           ) | |
|                                 ) | |
|     Plaintiff,           ) | |
|                                 ) | |
| v.                              ) | Civil Action No. **07-11673-MLW** |
|                                 ) | |
| **FLOYD WEBB, BARRON SHEPHERD** ) | |
| **WENDY SHEPHERD, and**         ) | |
| **ASHIDA KIM**                  ) | |
|                                 ) | |
|     Defendants.         ) | |

## NOTICE OF APPEARANCE

Please take notice that Aaron Silverstein of the law firm Saunders Silverstein &

Booth LLP hereby appears as counsel for Defendants Barron Shepherd and Wendy

Shepherd in the above-captioned matter. I am registered to receive filings electronically.

                                                                        Respectfully submitted,

                                                                        /s/ Aaron Silverstein
                                                                        Aaron Silverstein (BBO# 660716)
                                                                        Saunders Silverstein & Booth LLP
                                                                        172 State Street Suite 3
                                                                        Newburyport, MA  01950
                                                                        (978) 463-9109
                                                                        asilverstein@ssbooth.com

Dated: October 1, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants on October 1, 2007.

                                                      /s/ Aaron Silverstein
                                                      Aaron Silverstein