# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM V. AGUIAR**  )  | |
| )  | |
| Plaintiff,  )  | |
| )  | |
| v.  )  | Civil Action No. **07-11673-MLW** |
| )  | |
| **FLOYD WEBB, BARRON SHEPHERD** )  | |
| **WENDY SHEPHERD, and** )  | |
| **ASHIDA KIM** )  | |
| )  | |
| Defendants.  )  | |

## NOTICE OF APPEARANCE

Please take notice that Arpiar M. Saunders of the law firm Saunders Silverstein & Booth LLP hereby appears as counsel for Defendants Barron Shepherd and Wendy Shepherd in the above-captioned matter. I am registered to receive filings electronically.

                              Respectfully submitted,

                              /s/ Arpiar M. Saunders
                              Arpiar M. Saunders (BBO# 664997)
                              Saunders Silverstein & Booth LLP
                              172 State Street Suite 3
                              Newburyport, MA  01950
                              (978) 463-9101
                              msaunders@ssbooth.com

Dated: October 1, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants on October 1, 2007.

                                                /s/ Arpiar M. Saunders
                                                Arpiar M. Saunders