UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR | ) |
| Plaintiff, | ) |
| v. | )  Civil Action No. 07-11673-MLW |
| FLOYD WEBB, BARRON SHEPHERD<br>WENDY SHEPHERD, and<br>ASHIDA KIM | ) |
| Defendants. | ) |

## AFFIDAVIT OF BARRON SHEPHERD

I, Barron Shepherd, of lawful age declare and state as follows:

1. I am a resident of Indiana.

2. I currently work Gulfport, Mississippi, where I am employed in assisting those affected by hurricane Katrina with cleanup and reconstruction operations.

3. I have not conducted any transactions in Massachusetts other than the single purchase of film footage from Mr. John Creeden, paid for in two payments of five hundred dollars ($500.00) each.

4. I have not offered or contracted to offer services of any kind in Massachusetts.

5. I do not regularly conduct personal or business transactions in or with residents of Massachusetts.

6. I do not own or lease property in Massachusetts.

7. I do not have bank accounts in Massachusetts.

8. I do not file tax returns in Massachusetts.

Aguiar v. Webb et al                                                              Doc. 7 At

I declare under penalty of perjury under the laws of Mississippi and the United States that the foregoing is true and correct and that this affidavit was executed on Sept 27th, 2007 in Gulfport, Mississippi.

Barron Shepherd

Subscribed and sworn to before me this 27 day of Sept, 2007.

Notary Public

My Commission expires:

Notary Public State of Mississippi At Large
My Commission Expires
March 29, 2010
BONDED THRU
HEIDEN, BROOKS & GARLAND, INC.