## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM V. AGUIAR** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **07-11673-MLW** |
| ) | |
| **FLOYD WEBB, BARRON SHEPHERD** ) | |
| **WENDY SHEPHERD, and** ) | |
| **ASHIDA KIM** ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF WENDY SHEPHERD

I, Wendy Shepherd, of lawful age declare and state as follows:

1.    I am a resident of Indiana.

2.    I have not conducted any transactions in Massachusetts.

3.    I have not offered or contracted to offer services of any kind in

Massachusetts.

Aguiar v. Webb et al        4.    I do not regularly conduct personal or business transactions in or with        Doc. 7 At

residents of Massachusetts.

5.    I do not own or lease property in Massachusetts.

6.    I do not have bank accounts in Massachusetts.

7.    I do not file tax returns in Massachusetts.

1

I declare under penalty of perjury under the laws of Indiana and the United States

that the foregoing is true and correct and that this declaration was executed on

Oct 1st , 2007 in EvansVille , Indiana.

Wendy Shepherd

2