UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM V. AGUIAR, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLOYD WEBB, BRANDON SHEPPARD, )<br>WENDY SHEPPARD and ASHIDO KIM )<br>a/k/a CHRISTOPHER HUNTER and )<br>a/k/a BRADFORD DAVIS, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-CA-11673-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Brandy Karl of the Center for Internet and Society at Stanford Law School as counsel of record for Defendant Floyd Webb in the above-captioned matter.

              Respectfully submitted,

              FLOYD WEBB

              By his attorney,

              /s/ Brandy A. Karl
              Brandy A. Karl (BBO #661441)
              Center for Internet and Society
              Stanford Law School
              559 Nathan Abbott Way
              Stanford, CA 94305-8610
              Tel: (650) 724-0517

Dated: October 4, 2007

- 2 -

## CERTIFICATE OF SERVICE

       I hereby certify that on October 4, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                /s/ Brandy A. Karl
                                Brandy A. Karl