UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR III, an individual<br><br>Plaintiff,<br><br>v.<br><br>FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD, and ASHIDA KIM a/k/a Christopher Hunter a/k/a Bradford Davis<br><br>Defendants. | CIVIL ACTION NO.<br>07-11673-MLW |

**MOTION FOR ADMISSION OF ANTHONY T. FALZONE *PRO HAC VICE* FOR DEFENDANTS**

The undersigned, Brandy A. Karl, counsel for Defendant Floyd Webb (hereinafter "Webb") and a member of the bar of this Court, moves pursuant to Local Rule 83.55.3(b) for the admission *pro hac vice* of Anthony T. Falzone as an attorney for Defendant Webb.

As stated in the accompanying declaration (attached hereto as Exhibit A), Anthony T. Falzone is the Executive Director of the Fair Use Project of the Center for Internet and Society at Stanford Law School, 559 Nathan Abbott Way, Stanford, California, 94305, and a member of the Bar of the State of California. He is in good standing in every jurisdiction in which he has been admitted to practice, has no disciplinary proceedings pending against him, and is familiar with the Local Rules of this Court.

WHEREFORE, it is respectfully requested that Anthony T. Falzone be admitted to the bar of this Court *pro hac vice*.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      I certify that counsel for Defendant Webb and *pro se* Plaintiff Aguiar have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

DATED:    Stanford, California
               October 4, 2007

                             FLOYD WEBB,

                             By his attorney,

                             /s/ Brandy A. Karl
                             Brandy A. Karl (BBO #661441)
                             Center for Internet and Society
                             Stanford Law School
                             559 Nathan Abbott Way
                             Stanford, CA 94305-8610
                             Tel: (650) 724-0517
                             bkarl@stanford.edu

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on October 4, 2007, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

      /s/ Brandy A.Karl
      Brandy A. Karl