UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR III, an individual<br><br>       Plaintiff,<br><br>v.<br><br>FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD, and ASHIDA KIM a/k/a Christopher Hunter a/k/a Bradford Davis<br><br>       Defendants. | CIVIL ACTION NO.<br>07-11673-MLW |

**DECLARATION OF JULIE A. AHRENS IN SUPPORT OF *PRO HAC VICE* ADMISSION FOR DEFENDANT WEBB**

    I, Julie A. Ahrens, declare that the following is true and correct, under penalty of perjury, pursuant to 28 U.S.C. § 1746:

    1. I am the Associate Director of the Fair Use Project of the Center for Internet and Society at Stanford Law School and a member in good standing of the Bar of the State of California and the Bar of the State of New York. I am in good standing in every jurisdiction in which I have been admitted to practice.

    2. There are no disciplinary proceedings pending against me in any court or jurisdiction.

    3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Dated: October 4, 2007

                                                                   /s/ Julie A. Ahrens
                                                                   Julie A. Ahrens

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on October 4, 2007, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

      /s/ Brandy A.Karl
      Brandy A. Karl