UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR III, an individual<br><br>　　　　Plaintiff,<br><br>v.<br><br>FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD, and ASHIDA KIM a/k/a Christopher Hunter a/k/a Bradford Davis<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>07-11673-MLW |

**DECLARATION OF BRANDY A. KARL IN SUPPORT OF MOTION TO EXTEND TIME TO FILE DEFENDANT WEBB'S RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Brandy A. Karl, declare the following:

　　1. I am an attorney at law duly licensed to practice law in the Commonwealth of Massachusetts and before the United States District Court for the District of Massachusetts. I am counsel for Defendant Floyd Webb. I have personal knowledge of the following facts, and if called upon as a witness, I could and would testify competently to the truth of the matters asserted herein.

　　2. The following Declaration is submitted in support of the Defendant Webb's Motion to Extend Time to File Defendant Webb's Response to Plaintiff's Motion for Preliminary Injunction.

　　3. There is good cause for the requested extension. Because I intended to file a notice of appearance along with the answer to the complaint, I had not yet filed an electronic notice thereto. I was notified of the complaint in the above-captioned matter

prior to service and on September 13, 2007 notified the Plaintiff that I would accept service on behalf of Defendant Webb. Defendant Webb was served with the complaint on September 18, 2007. On October 3, 2007, I was served via postal mail with Plaintiff's Motion for Preliminary Injunction, filed on September 28, 2007. Because I had not yet made an electronic notice of appearance, and *pro se* Plaintiff Aguiar failed to confer with me regarding the motion, significant delay resulted. Due to the proximity of the deadlines for filing Defendant Webb's answer and opposition to the Motion for Preliminary Injunction, Defendant Webb requests a one-week extension of time to file the opposition to Plaintiff's Motion for Preliminary Injunction.

    4. Defendant Webb has acted diligently in seeking the requested extension. After being served with the motion, I contacted *pro se* Plaintiff Aguiar the next day to request a modest one-week extension of time within which to file an opposition to the Motion for Preliminary Injunction. Plaintiff denied this request.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2007 at Stanford, California.

/s/ Brandy A. Karl
Brandy A. Karl