UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR III, an individual<br><br>Plaintiff,<br><br>v.<br><br>FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD, and ASHIDA KIM a/k/a Christopher Hunter a/k/a Bradford Davis<br><br>Defendants. | CIVIL ACTION NO.<br>07-11673-MLW |

### [PROPOSED] ORDER

Having considered Defendant Webb's Motion to Extend Time to File Defendant Webb's Response to Plaintiff's Motion for Preliminary Injunction, it is hereby

ORDERED that the time within which Defendant Floyd Webb may oppose or otherwise respond to Plaintiff's Motion for Preliminary Injunction dated September 28, 2007 is hereby extended up to and including October 19, 2007.

_____
Honorable Mark L. Wolf
Chief Judge, United States District Court
District of Massachusetts