UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR III, an individual<br><br>Plaintiff,<br><br>v.<br><br>FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD, and ASHIDA KIM a/k/a Christopher Hunter a/k/a Bradford Davis<br><br>Defendants. | CIVIL ACTION NO.<br>07-11673-MLW |

**MOTION FOR ADMISSION OF L. LAWRENCE LESSIG III *PRO HAC VICE*
FOR DEFENDANTS**

The undersigned, Brandy A. Karl, counsel for Defendant Floyd Webb (hereinafter "Webb") and a member of the bar of this Court, moves pursuant to Local Rule 83.55.3(b) for the admission *pro hac vice* of L. Lawrence Lessig III (referred to hereinafter, and in all subsequent pleadings and submissions as "Lawrence Lessig") as an attorney for Defendant Webb.

As stated in the accompanying declaration (attached hereto as Exhibit A), Lawrence Lessig is a Professor of Law at Stanford Law School, 559 Nathan Abbott Way, Stanford, California, 94305, the Director of the Center for Internet and Society at Stanford Law School, a member of the bar of the State of Illinois, and a registered legal services attorney with the bar of the State of California. He is in good standing in every jurisdiction in which he has been admitted to practice, has no disciplinary proceedings pending against him, and is familiar with the Local Rules of this Court.

2

WHEREFORE, it is respectfully requested that Lawrence Lessig be admitted to the bar of this Court *pro hac vice*.

Case 1:07-cv-11673-MLW    Document 14    Filed 10/05/2007    Page 2 of 4

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      I certify that counsel for Defendant Webb and *pro se* Plaintiff Aguiar have conferred in an attempt to resolve or narrow the issues presented by this motion and no agreement was reached.

DATED:    Stanford, California
               October 5, 2007

                              FLOYD WEBB,

                              By his attorney,

                              /s/ Brandy A. Karl
                              Brandy A. Karl (BBO #661441)
                              Center for Internet and Society
                              Stanford Law School
                              559 Nathan Abbott Way
                              Stanford, CA 94305-8610
                              Tel: (650) 724-0517
                              bkarl@stanford.edu

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on October 5, 2007, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy was sent to those indicated as non registered participants on October 4, 2007.

                                       /s/ Brandy A.Karl
                                       Brandy A. Karl