UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM V. AGUIAR, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-CA-11673-MLW |
| FLOYD WEBB, BRANDON SHEPPARD, | ) | |
| WENDY SHEPPARD and ASHIDO KIM | ) | |
| a/k/a CHRISTOPHER HUNTER and | ) | |
| a/k/a BRADFORD DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael P. Boudett of the law firm of Foley Hoag LLP as

counsel of record for Defendant Floyd Webb in the above-captioned matter.

Respectfully submitted,

FLOYD WEBB

By his attorneys,


/s/ Michael Boudett_____
Michael P. Boudett (BBO # 558757)
FOLEY HOAG LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000


Dated: October 9, 2007

Dockets.Justia.com

- 2 -

CERTIFICATE OF SERVICE

I, Walead Esmail, hereby certify that on October 9 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

/s/ Walead Esmail_____
Walead Esmail