# EXHIBIT B

Page 1

**Application for Registration of a Claim to Copyright in a published book manufactured in the United States of America**

| FORM A |
|---|
| CLASS **A** | REGISTRATION NO. **A 86679** |
| | DO NOT WRITE HERE |

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 10 and the **AFFIDAVIT** (line 11) must be **COMPLETED AND NOTARIZED**. The application should not be submitted until after the date of publication given in line 4, and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name ... Black Dragon Fighting Society, accepted alternate business designation of Count Dante

Address ... 811 South Ashland Avenue, Chicago, Illinois 60620

Name ...

Address ...

**2. Title:** WORLD'S DEADLIEST FIGHTING SECRETS
(Give the title of the book as it appears on the title page)

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. Authors may be editors, compilers, translators, illustrators, etc., as well as authors of original text. If the copyright claim is based on new matter (see line 5) give requested information about the author of the new matter.

Name ... Black Dragon Fighting Society, accepted alternate business designation of Count Dante ... Citizenship ... USA
(Give legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes __X__ No _____ Address ... 8111 South Ashland Avenue, Chicago, Ill. 60620

Name ... _____ Citizenship ... _____
(Give legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes _____ No _____ Address _____

Name ... _____ Citizenship ... _____
(Give legal name followed by pseudonym if latter appears on the copies) (Name of country)

Domiciled in U.S.A. Yes _____ No _____ Address _____

**4. Date of Publication of This Edition:** Give the complete date when copies of this particular edition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (**NOTE:** The full date (month, day, and year) must be given.) For further information, see page 4.

August       28       1968
(Month)    (Day)    (Year)

➡➡ (**NOTE:** Leave line 5 blank unless the following instructions apply to this work.) ⬅⬅

**5. New Matter in This Version:** If any substantial part of this work has been previously published anywhere, give a brief, general statement of the nature of the new matter published for the first time in this version. New matter may consist of compilation, translation, abridgment, editorial revision, and the like, as well as additional text or pictorial matter.

➡➡ NOTE: Leave line 6 blank unless there has been a PREVIOUS FOREIGN EDITION in the English language. ⬅⬅

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition _____
                                              (Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes _____ No _____

If your answer is "Yes," give registration number _____

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| ✓ |

7. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

................................................................................................................................

8. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ...... Auslander & Thomas ............... Address ...... 233 Broadway, New York, N. Y. 10007

9. Send certificate to:

(Type or print name and address)
Name: Auslander & Thomas
Address: 233 Broadway
(Number and street)
New York   N. Y.   10007
(City)      (State)  (ZIP code)

10. **Certification:** (NOTE: Application not acceptable unless signed)
    I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

    ........................................................
    (Signature of copyright claimant or duly authorized agent)

11. **Affidavit (required by law.)** Instructions: (1) Fill in the blank spaces with special attention to those marked "(X)." (2) Sign the affidavit before an officer authorized to administer oaths within the United States, such as a notary public. (3) Have the officer sign and seal the affidavit and fill in the date of execution.

    NOTE: The affidavit must be signed and notarized only *on or after* the date of publication or completion of printing which it states. The affidavit *must* be signed by an individual.

    I, the undersigned, depose and say that I am the

STATE OF ...... NEW YORK ......  } ss:
COUNTY OF ...... NEW YORK ......

☒ Person claiming copyright in the book described in this application;
☐ Duly authorized agent of the person or organization claiming copyright in the book described in this application;
☐ Printer of the book described in this application.

That the book was published or the printing was completed on: (X) ...... August 26, 1968 ......
(Give month, day, and year)

That of the various processes employed in the production of the copies deposited, the setting of the type was performed within the limits of the United States or the making of the plates was performed within the limits of the United States from type set therein; or the lithographic or photoengraving processes used in producing the text were wholly performed within the limits of the United States, and that the printing of the text and the binding (if any) were also performed within the limits of the United States. That such typesetting, platemaking, lithographic or photoengraving process, printing, and binding were performed by the following establishments or individuals at the following addresses:

**[GIVE THE NAMES AND ADDRESSES OF THE PERSONS OR ORGANIZATIONS WHO PERFORMED SUCH TYPESETTING OR PLATEMAKING OR LITHOGRAPHIC PROCESS OR PHOTOENGRAVING PROCESS OR PRINTING AND BINDING, ETC.]**

Names (X) ...... Beverly Offset Press ............ Addresses (X) 10136 South Vincennes Avenue
                                                                  Chicago, Illinois

........................................................
(Signature of affiant)

(Sign and notarize only on or after date given above)

PLACE NOTARIAL SEAL HERE

Subscribed and sworn to before me this ...... 6th ......

day of ...... June ......, 19 69.

........................................................
(Signature of notary)

FOR COPYRIGHT OFFICE USE ONLY

Application and affidavit received

Two copies received
MAY 6, 1969

Fee received

Renewal

U.S. GOVERNMENT PRINTING OFFICE: 1968  O—288-092

Page 2