# EXHIBIT C

Dockets.Justia.com

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2007-10-12 09:41:56 ET

**Serial Number:** 75562925 <u>Assignment Information</u>    <u>Trademark Document Retrieval</u>

**Registration Number:** 2328424

**Mark**



**(words only):** BLACK DRAGON FIGHTING SOCIETY

**Standard Character claim:** No

**Current Status:** Registration canceled under Section 8.

**Date of Status:** 2006-12-16

**Filing Date:** 1998-10-02

**Transformed into a National Application:** No

**Registration Date:** 2000-03-14

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-04-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Aguiar, William V.

**Address:**
Aguiar, William V.
P.O. Box 3399

Fall River, MA 02722
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Section 8 - Cancelled
Martial Arts Education
**Basis:** 1(a)
**First Use Date:** 1968-08-28
**First Use in Commerce Date:** 1968-08-28

## ADDITIONAL INFORMATION

**Disclaimer:** "FIGHTING SOCIETY"

**Design Search Code(s):**
04.05.01 - Dragons; Griffons
26.11.21 - Rectangles that are completely or partially shaded

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-12-16 - Canceled Section 8 (6-year)

2006-04-27 - Case File In TICRS

2000-03-14 - Registered - Principal Register

1999-12-21 - Published for opposition

1999-11-19 - Notice of publication

1999-09-13 - Approved for Pub - Principal Register (Initial exam)

1999-08-05 - Examiner's amendment mailed

1999-05-27 - Communication received from applicant

1999-04-16 - Non-final action mailed

1999-04-09 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
RICHARD W PETROCELLI

**Correspondent**
RICHARD W PETROCELLI
PETROCELLI LAW OFFICES
1100 TURKS HEAD BLDG
PROVIDENCE RI 02903