# EXHIBIT D

Dockets.Justia.com

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-10-12 09:41:44 ET

**Serial Number:** 75562926 Assignment Information          Trademark Document Retrieval

**Registration Number:** 2328425

**Mark (words only):** COUNT DANTE FIGHTING SYSTEM

**Standard Character claim:** No

**Current Status:** Registration canceled under Section 8.

**Date of Status:** 2006-12-16

**Filing Date:** 1998-10-02

**Transformed into a National Application:** No

**Registration Date:** 2000-03-14

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-04-27

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Aguiar, William V.

**Address:**
Aguiar, William V.
P.O. Box 3399
Fall River, MA 02722
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

---

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Section 8 - Cancelled

Martial Arts Education
**Basis:** 1(a)
**First Use Date:** 1968-08-28
**First Use in Commerce Date:** 1968-08-28

---

## ADDITIONAL INFORMATION

**Disclaimer:** "FIGHTING SYSTEM"

**Name Portrait Consent:** The name in the mark, "COUNT DANTE", does not refer to a particular living individual.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2006-12-16 - Canceled Section 8 (6-year)

2006-04-27 - Case File In TICRS

2000-03-14 - Registered - Principal Register

1999-12-21 - Published for opposition

1999-11-19 - Notice of publication

1999-09-23 - Approved for Pub - Principal Register (Initial exam)

1999-09-14 - Examiner's amendment mailed

1999-08-05 - Examiner's amendment mailed

1999-05-27 - Communication received from applicant

1999-04-16 - Non-final action mailed

1999-04-09 - Assigned To Examiner

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
RICHARD W PETROCELLI

**Correspondent**
RICHARD W PETROCELLI
PETROCELLI LAW OFFICES

1100 TURKS HEAD BLDG
PROVIDENCE RI 02903