# EXHIBIT E

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2007-10-12 09:49:04 ET

**Serial Number:** 77167721 Assignment Information     Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

Mark



**(words only):** BLACK DRAGON FIGHTING SOCIETY

**Standard Character claim:** Yes

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2007-08-13

**Filing Date:** 2007-04-27

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 104

**Attorney Assigned:**
ESTRADA LINDA M Employee Location

**Current Location:** L4X -TMEG Law Office 104 - Examining Attorney Assigned

**Date In Location:** 2007-08-13

**LAST APPLICANT(S)/OWNER(S) OF RECORD**

1. Aguiar William V.

**Address:**
Aguiar William V.
630 MAPLE ST.
Fall River, MA 02720
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States
**Phone Number:** 1508-678-5310

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Active
Martial arts instruction; Operating of martial arts' schools
**Basis:** 1(a)
**First Use Date:** 2000-03-14
**First Use in Commerce Date:** 2000-03-14

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-08-13 - Notification Of Non-Final Action E-Mailed

2007-08-13 - Non-final action e-mailed

2007-08-13 - Non-Final Action Written

2007-08-10 - Assigned To Examiner

2007-07-19 - Applicant amendment prior to exam entered

2007-07-19 - Assigned To LIE

2007-07-02 - TEAS Preliminary Amendment Received

2007-05-02 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
WILLIAM V AGUIAR
BLACK DRAGON FIGHTING SOCIETY
630 MAPLE ST
FALL RIVER, MA 02720-5273
Phone Number: 15086785310

**Domestic Representative**
WIllIam V Aguiar
Phone Number: 15086785310