# EXHIBIT F

Thank you for your request. Here are the latest results from the <u>TARR web server.</u>

This page was generated by the TARR system on 2007-10-12 09:49:15 ET

**Serial Number:** 77229015 <u>Assignment Information</u>        <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** COUNT DANTE FIGHTING SYSTEM DAN-TE

**Standard Character claim:** No

**Current Status:** Newly filed application, not yet assigned to an examining attorney.

**Date of Status:** 2007-07-18

**Filing Date:** 2007-07-13

**Filed as TEAS Plus Application:** Yes

**Currently TEAS Plus Application:** Yes

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

**Current Location:** 011 -Initial Review/Serialization Branch(Mailroom)

**Date In Location:** 2007-07-18

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Aguiar William V.

**Address:**
Aguiar William V.
630 Maple st.
Fall River, MA 02720
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Active
(Based on Use in Commerce) Martial arts instruction
**Basis:** 1(a)
**First Use Date:** 2000-03-14
**First Use in Commerce Date:** 2000-03-14

## ADDITIONAL INFORMATION

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Description of Mark:** The mark consists of Black Dragon holding spear sword and scroll.

**Design Search Code(s):**
04.05.01 - Dragons; Griffons
23.01.01 - Epees; Foils; Rapiers; Sabers; Swords

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-19 - Notice Of Design Search Code Mailed

2007-07-18 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Correspondent**
AGUIAR WILLIAM V.
BLACK DRAGON FIGHTING SOCIETY
630 MAPLE ST
FALL RIVER, MA 02720-5273