**Exhibit A**

**Compact Disc Filed in Hard Copy**