**Exhibit B**

**Compact Disc Filed in Hard Copy**

Dockets.Justia.com