LAW OFFICES

# LEVIN & LEVIN

138 ROCK STREET
P.O. BOX 2566
FALL RIVER, MA 02722

RICHARD C. LEVIN
MARK L. LEVIN

TELEPHONE: 508-678-2824
FACSIMILE:  508-677-4630

*JOHN P. FRANCOEUR
*Member of MA, RI & Federal Bars

June 26, 2007

Linda L. Larsen
Network Solutions, LLC
13861 Sunrise Valley Drive
Herndon, VA 20171

>           RE:     My Client:     William V. Aguiar, III
>                                           Grand Master – Black Dragon Fighting Society

<u>REQUEST FOR CEASE AND DESIST</u>

Dear Ms. Larsen:

Please be advised that this office represents the legal interests of the above-named William V. Aguiar, III, relative to his trademarks and copyrights being infringed upon by Floyd Webb.

Enclosed are the required materials in support of our demand for a cease and desist order against thesearchforcountdante.com. This website has used my client's copyright material without permission, grant or license. Additionally, the owner of this website has made subtle changes or modifications to my client's copyright materials and published them to the public as his own.

Further, my client is the owner of the trademark for:

- The Count Dante Fighting Systems
- The Black Dragon Fighting Society
- The World's Deadliest Fighting Secrets
- The Count Dante's Logos

All of the above trademarks have been infringed upon by Mr. Webb and continue to be as of this writing. My client has never given his permission to this website for the use of these marks. In fact, my client has made repeated demands upon the site to stop its unauthorized use of the trademarks, to no avail.

June 26, 2007
Page 2

Therefore, enclosed for your review please find:

1. The Affidavit of William V. Aguiar, III;
2. Copies of my client's trademarks and copyrights;
3. E-mail to Network Solutions.
4. Book titled "World's Deadliest Fighting Secrets";
5. DVD.

Very truly yours,

John P. Francoeur

JPF/nja
Encs.

F:\JOHN\Letters\williamaguiar-networksolutions.ltr.doc

## COMMONWEALTH OF MASSACHUSETTS

**COUNTY OF BRISTOL**                              **JUNE 22, 2007**

## AFFIDAVIT OF WILLIAM V. AGUIAR III

I, William V. Aguiar III, being first duly sworn, do under oath, depose and say as follows:

1.  I am the son and sole heir of my father, William V. Aguiar, Jr., Director and Grandmaster of the Black Dragon Fighting Society & World Karate Federation.

2.  Upon my father's passing, I became the Administrator of his estate.

3.  As the sole heir, I inherited all of my father's assets including the following trademarks and copyrights:

    a.  World's Deadliest Fighting Secrets

    b.  The Count Dante Fighting System (Dan-te System)

    c.  Black Dragon Fighting Society

    d.  The Count's Logos

    e.  www.countdante.com

4.  All of the copyrights and trademarks listed above are in full force and effect.

5.  Use of the above materials, marks, symbols, logos, products, memberships and franchises is only allowed with my permission.

6.  Floyd Webb has flagrantly violated my copyrights and trademarks on his website, the searchforcountdante.com

7.  Floyd Webb has my copyrighted and trademarked materials on his website without permission and in flagrant violation of my trademark..

8.  Floyd Webb has incorporated and modified my trademarks, symbols and logos and passed these off as his own.

9.    I have never given Floyd Webb permission to use the above-listed copyrighted and

trademarked material.

10.    I am the Grandmaster of the Black Dragon Fighting Society.


_____
WILLIAM V. AGUIAR III


## COMMONWEALTH OF MASSACHUSETTS

Bristol    SS.                                                                                    Fall River

On this 22nd day of June, 2007, before me, the undersigned Notary Public, personally appeared
**William V. Aguiar, III** and proved to me through satisfactory evidence of identity, which was
*MA Drivers' License*, to be the person (s) whose name(s) is/are signed on the preceding or
attached document, and acknowledged to me that he/she/they signed it voluntarily for its stated
purpose.

_____
John P. Francoeur        Notary Public
My Commission Expires: August 4, 2011


F:\WP51\PLEADING\aguiar.affidavit.doc

**levin.levin2@verizon.net**

| From: | bill aguiar [masteraguiar@yahoo.com] |
|---|---|
| Sent: | Saturday, June 23, 2007 12:02 PM |
| To: | levin.levin2@verizon.net |
| Subject: | search for count dante web sight & documentary trade mark & copy right violations |

"ATTENTION,"ADMINISTRATION    LAW DEPARTMENT OF.
NETWORK SOLUTIONS, LLC.  Manage DNS YOUTUBE.COM

    NS29.WEBSITEWELCOME.COM     67.19.161.34
    NS30.WEBSITEWELCOME.COM     67.19.161.35        Search
for Count Dante web sight & documentary trade mark & copy right violations.
To Whom it may concern,
I am William Aguiar the copy right/trade mark holder and owner of the Black Dragon
Fighting Society/Count Dante Fighting System(Dante-system)
THE BOOK AND VIDEOS called Worlds Deadliest Fighting Secrets & the web sight
WWW.COUNTDANTE.COM <http://www.countdante.com/>  (I have added attachments of logos adds
and book dvd set that I own)William V.Aguiar III

  The owner of the following web sight  is attempting to write a documentary...he uses
direct logos/ads, parts from the book called the DANCE OF DEATH  FROM THE WORLDS DEADLIEST
FIGHTING SECRETS ON HIS WEB SIGHT AND HAS TWO MOVIE TRAILERS ADVERTIZING HIS  DOCUMENTARY
MOIVIE.. ON WWW.YOUTUBE.COM <http://www.youtube.com/> .
MY Attorney Jhon Franque 138 Rock st Fall Rver MA is preparing a law suit against him and
advised me to contact you to inform you of these violations we are asking that you do not
host this violator and not be caught up in this law suit.
Floyd Webb has been contacted several times from my lawyer..including Cease and Desist
orders,COPYS OF THE TRADE MARKS AND COPY RIGHTS and refuses to stop so with that we are
giving your hosting co.a chance to drop his web sight and wash your hands of this before
this suit begins
FOR EVERY VIOLATION IS SUBJECT TO 2000,000.00
AND OR 6 YEARS IN JAIL....
www.thesearchforcountdante.com <http://www.thesearchforcountdante.com/>

    Registrant:
    Webb, Floyd

    505 S. 7th Ave
    Maywood, IL 60153
    US

    Domain Name: THESEARCHFORCOUNTDANTE.COM

    Administrative Contact , Technical Contact :
    Webb, Floyd
    fwebb@itutu.com
    505 S. 7th Ave
    Maywood, IL 60153
    US
    Phone: 708-704-1482

    Record expires on 15-Jul-2008
    Record created on 15-Jul-2005
    Database last updated on 15-Jul-2005

    Domain servers in listed order:  Manage DNS

    NS29.WEBSITEWELCOME.COM     67.19.161.34
    NS30.WEBSITEWELCOME.COM     67.19.161.35

    Show underlying registry data for this record

Current Registrar:   NETWORK SOLUTIONS, LLC.

```
IP Address:    67.19.161.34   (ARIN & RIPE IP search)
IP Location:   US(UNITED STATES)-TEXAS-DALLAS
Record Type:   Domain Name
Server Type:   Apache 1
Lock Status:   REGISTRAR-LOCK
Web Site Status:   Active
DMOZ    no listings
Y! Directory:   see listings
Secure:   No
E-commerce:   No
Traffic Ranking:   Not available
Data as of:   14-Jun-2005
```

THE ABOVE LISTED WEB SIGHT OWNER IS IN VIOLATING THE TRADE MARKS AND COPY RIGHTS OF THE FOLLOWING
HE HAS BEEN TOLD TO CEASE AND DECISTS.
BUT IS NON-COMPLIENT..TO CHANGE THE VIOLATIONS LISTED ON THE FOLLOWING LINKS AND PAGES..FOR HIS OWN PERSONAL GAIN
------------------------------------------------------------------------------------------
------------------------------------

The violating URL.   http://www.thesearchforcountdante.com/   this is the home page. It hosts the links to all his pages. On this page there are  voilations
1 f.webb cuts up my add which is in the attachment of this e mail,f. webb also has my add in the pay pal link....and a link to his movie trailer that has pics of my copy righted book worlds deadliest fighting secrets...and clips from my copy righted dvd set..included is a dvd  and book of my works and a list to follow of the violations on the dvd he stole.and his blog where he uses my trade marked add pic of count dante from the book I own worlds deadlies fighting secrets.and goes on to say"Shortly before he died he helped his friend and protege William Aguiar set up a school in Fall River, Massachusetts, and appointed him his successor as Supreme Grand Master of the Black Dragon Fighting Society. Aguiar died in January of last year, leaving his son William Aguiar III in charge" f webb never mentions the cesist and deciets orders ive already sent him.

http://thesearchforcountdante.com/html/dojowar.htm on this link he uses a pic of count dante from my book that is in his boi.
http://thesearchforcountdante.com/html/worldsmostfamousad.htm f.webb has my full add up..
http://thesearchforcountdante.com/html/countHAIR.htm
this links has pics of count dante with my black dragon fighting society logo
and the cover of the book worlds deadliest fighting secrets..
http://thesearchforcountdante.com/html/countwho.htm
on this link he has my logo of black dragon fighting society
my ad agin for the worlds deadliest fighting secrets and a pay pal add using my add in that too.

http://thesearchforcountdante.com/html/whoweare.htm


http://thesearchforcountdante.com/html/countbio.htm

http://thesearchforcountdante.com/cdanteBB/

http://johnkeehan.blogspot.com/

this blog is used to slander me and and make up stories about my group and  he uses pics of video and parts of my book in it

http://thesearchforcountdante.com/html/TheKeehanLegacy.htm

http://thesearchforcountdante.com/html/seetrailer_lorez11_07.htm

http://thesearchforcountdante.com/html/TheKeehanLegacy.htm

http://thesearchforcountdante.com/html/seetrailer_lorez11_07.htm

these trailers have my copyrighted film  i knocked videos like this off youtube listed below..

http://thesearchforcountdante.com/html/support_us_DONATE.htm

2

this link has copy righted pics -logos and hes asking for donations for his movie

http://www.chicagoreader.com/features/stories/countdante/
this link has my logo and my farther in it bill aguiar  funny how he dont mention him and the comic book bdfs ad and parts from my book

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
     Attention YOUTUBE.COM  and     www.videobomb.com
<http://www.videobomb.com/tags/show/dante>
 Floyd Webb Search For Count Dante documentary copy right and trade mark violations.
F. Webb has TWO DOCUMENTARY PREVIEWS ON YOUTUBE.COM  video bomb 3 and 13
http://www.youtube.com/watch?v=6JKpnurQQ24
http://www.videobomb.com/tags/show/dante

http://www.youtube.com/watch?v=C-Bqb5pT5N0

listed by member archanjo88
Floydwebb/e22.digitalfilmworks

Their are also other violation's  in which skssystems also aka barron sheppard of badass
fighter aka skssystem's wear did knowing decieve and violate copyright and video copyright
infrigement to the following links. Also financed such violation's to floyd webb and
ashida kim. Barron sheppard aka skssytem's and badass fighter.com wear who know ownes all
of the ashida kim  video's violation's .His address is Barron Sheppard 1100 cowand rd.
gulfport mississippi 39507

http://www.youtube.com/watch?v=NrqjpCWmK
http://www.youtube.com/watch?v=CW9TCT5hbnU
http://www.youtube.com/watch?v=v7qMtKk9odw
http://www.youtube.com/watch?v=YK7tRMW7W1A
http://www.youtube.com/watch?v=5F3tJHuZDIo
http://www.youtube.com/watch?v=5xxzppVT1QA
http://www.youtube.com/watch?v=IDHrAENwRP0
http://www.youtube.com/watch?v=KJAcx0u3xLs
http://www.youtube.com/watch?v=6k-PKyBFr4E
http://www.youtube.com/watch?v=Lkx3UWo-k68
http://www.youtube.com/watch?v=SdFXwBBiw3E
http://www.youtube.com/watch?v=3l3y3B4cls0
http://www.youtube.com/watch?v=7eelg6ZPcp8
http://www.youtube.com/watch?v=wibghUhQzHo
http://www.youtube.com/watch?v=FXm8MFUMFyQ

the copy right and trade mark violations are use of pics of the copy righted worlds
deadliest fighting secrets included is a pic of the set below and im including the book
its self the violations in the book start at page 59 called dance of death.
Ihave also included a burned dvd of my complete works  WHERE YOU CAN MATCH MY DVD WITH HIS
VIOLATIONS OF HIS TRAILERS FLOYD WEBB..STOLE THE OLD 8MM FILM WITH COUNT DANTE WILLIAM
AGUIAR
In my dvd video in cluded ive listed the time on my dvd that he has stolen for his
personal gain
the violations in the worlds deadliest fighting secrets
start at time begins at
17:43 W.AGUIAR AND COUNT DANTE (POSION HAND)
18:04 DANCE OF DEATH (SLOWSPEED)
18:24 DANCE OF DEATH (FAST SPEED)
18:45 POSION HAND
2002 DANCE OF DEATH DEMO/BREAKING BRICKS
2030 3RD POSION HAND DEMO
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OTHER ISSUES RELATING TO FLOYD WEB
Over the past year Floyd Web has attacked me on line made threats to me as a screen name
Joeeychicago50 on the web sight www.ashidakim.com <http://www.ashidakim.com/>   and my own
web sight www.countdante.com <http://www.countdante.com/>
he has slandered me and made threats and challenge in
the following forum theads to the point on my web sight
I banned his ip address from my web forum not knowing it was him untill I matched the ip
address  with his ip web sight address that will be  listed after the forum threads that
contain the slander, threats ect.
after some comments he even showd up to my martial arts school following threats he made
and knocking at friends door  that friend was in my school the night he came down it was
the same man.


    > BDFS EXPOSED, No Rights to Original WDFS by Count Dante
<http://p206.ezboard.com/fashidakimmessageboardsfrm2.showMessageRange?topicID=860.topic>

New Topic <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddTopicScreenFromWeb>
Add Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic>


<< Prev Topic <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showPrevMessage?
topicID=860.topic>  | Next Topic >>
<http://p206.ezboard.com/fashidakimmessageboardsfrm2.showNextMessage?topicID=860.topic>
Author      Comment
joeychicago50 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=joeychicago50>
Registered Member
Posts: 1
(9/25/06 2:04)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic>      New Post<http://www.ezboard.com/themes/far_east/unread.gif> BDFS
EXPOSED, No Rights to Original WDFS by Count Dante
_____

Taken from the countdante.com <http://countdante.com/>  site. From my own research. You
need to know this.

[b]At last: A little bit of TRUTH, NO RIGHTS TO DANTE"S ORIGINAL BOOK[/b]

My lurking here is done. You guys are fighting over "Bullshido." No wonder you are
laughing stocks over there in their boards? According to the [b]Goverment Copyright
Database[/b] looks like you guys been doing a bit of a bluff. You [b]DO NOT [/b]have a
copyright on [b]Count Dante's ORIGINAL WORK, World's Deadliest Fighting Secrets[/b]. Only
on the materials added for your so-called "2nd Edition." As I remember it, a second
edition is by the Author himself with revisions and corrections to the previous edition or
something like that.

Think you guys may be taking a few liberties? Do ya? Keep reading and weep.

Registration Number: TX-3-161-682
Title: World's deadliest fighting secrets.
Claimant: acBlack Dragon Fighting Society
Created: 1991
Published: 19Mar91
Registered: 1Apr91
Previous Related Version: Prev. reg. 1969, A86679.
[b]Claim Limit: NEW MATTER: "additional text and illustrations; editorial revisions."[/b]
Special Codes: 1/B

This is your record retrieved from the site you provided. I am an old reformed felon so I
know a little jailhouse law. Even if I did not, I at least got enough education in
elementary school to "read for comphrehension."

4

Note: [i][b]Claim Limit: NEW MATTER: "additional text and illustrations; editorial revisions."[/b][/i]

You have NO RIGHT to claim legal copyright to ANYTHING but those horrible illustrations and pictures added by
Mr. Aguiar.

This is what you used to shut down somebodies website. I guess the guys ISP was sleeping on this one.

[b][i]The original version of The World's Deadliest Fighting Secrets is not owned by The Black Dragon Fighting Society.
[/i][/b]
Your Copyright of the "2nd Edition"(sic) only covers your new materials.

Why don't you guys plan a trip to Chicago so we can show you how a scam is REALLY done. And while you are here visit a few places for an old school "shiai" and show us what you got. Consider this a jikaku-mushi and step to some Chicago-do.

Just like ole John Keehan, you are rolling with half truths. You gotta love it.

Don't believe me? Go to:
www.copyright.gov/records/cohm.html
and search again for yourself. Search by Registration Number and use TX-3-161-682.

So you guys omitted that last line showing what you can claim. Was that intentional or just gross negligence on your part??????

If you are really loyal to Dante's memory you should cut off a pinky finger for this mistake.

Why am I here? I did not know until I read that little bit asking me that. Maybe cause I was waiting for the opportunity to expose youse for the silly little girls that you are. I am too old, but do me a favor come talk this crap to the guys in Chicago at one of the MMA training facilities. Charge 'em with the T and see what happens.

Maybe you guys can go back to discussing techniques or something now instead of claiming what you don't own.


johnpatricio <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?gid=johnpatricio>
Registered Member
Posts: 1
(9/26/06 7:55)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?topicID=860.topic&index=1>    New Post<http://www.ezboard.com/themes/far_east/unread.gif>
We've already hashed this out on our site...

—————————————————

Ashida, I don't mean to post on your forum at all. I have been respecting you and giving you your space for a long long time until today. But this guy has forced me to post a response. I do apologise that this guy has broken our semi-truce. You can delete the entire thread and I'll never post here again... unless the BDFS comes up again.

The guy that started this thread is a lunatic. Since he has decided to post this here, I am compelled to post my response here as well. Ashida... you know we own the copyrights, if not you could have fought us over them (and we're still up for the fight!) If this guy is one of your monkeys please lock him up. He is on the verge of being sued for slander!

Here are my responses to his stupid claim.

IF Count Dante himself would have published this 2nd edition he would have gotten the very same notice on his copyright. Once something is copyrighted, the copyright doesn't expire for 75 years or so. Count Dante himself would not have been able to re-copyright a 2nd edition using the same copyright from the original, SO the new copyright would have printed on it... NEW MATERIAL ONLY!!! That doesn't mean he doesn't own the original

copyright, it just means that the new copyright is on the new material added. This happens in every case like this! You better learn your copyright law before you get SUED you stupid @ss. Now why don't you **** off, and go back to prison you ******* loser!!! You better stop slandering us or your gonna get ****ed!

No kidding it's an altered version of an original work! I have never said it wasn't. I did say that we would not have been able to alter it if we didn't own the rights to the original. It's not like the copyright office didn't know that an original existed, because on the copyright it clearly says something about the original version being previously copyrighted in 1969. Do you think they would have allowed someone to copyright a new version without proof that Aguiar had the legal right to?

Try this... Alter a book by Stephen King... lets say The Shining. Re-write the ending of the book so that the crazy guy DOES kill his family with an ax and then lives happily ever after in the haunted hotel. Then try to copyright it. They WONT let you... because you don't own the rights to the original. See my point?


Edited by: johnpatricio
<http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?gid=johnpatricio> at: 9/26/06 9:43

dragon00199 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?gid=dragon00199@ashidakimmessageboards>
Registered Member
Posts: 1
(9/26/06 21:18)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?topicID=860.topic&index=2>     New Post<http://www.ezboard.com/themes/far_east/unread.gif>
Re: We've already hashed this out on our site...
------------------------------
Ashida,
I'd listen to what John Patricio has to say, this Joey Chicago (sounds like something right out of Goodfellas) has come out of nowhere and has admitted he just wants to stir the hornet's nest.
He goes on about Count Dante and the BDFS, one minute he appears to be supporting it; the next he's criticizing it (?).
He even goes as far as to abuse Aguiar on his forum, but the next day writes that he will be visiting the area and wishes to drop in without any incident(!)
Methinks this cat is one sausage short of a bar-b-que.
:smokin<http://www.ezboard.com/images/emoticons/smokin.gif>
joeychicago50 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?gid=joeychicago50>
Registered Member
Posts: 2
(9/27/06 6:18)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?topicID=860.topic&index=3>     New Post<http://www.ezboard.com/themes/far_east/unread.gif>
The book Sold By Fall River cheapens the original classic
------------------------------

Whom is this Patricio character. As far as I can see, they do not have the right to re-copyright Dante's book. I am no lawyer, but I would check these characters out. So now they want cops at a friendly match.

Just as I figured. Punks. Not worthy to walk in John Keehan's shadow

Ethan McV
Dante Student
1968-1970


Ashida Kim <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?gid=ashidakim@ashidakimmessageboards>
Master

Posts: 584
(9/27/06 7:55)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=4>        New Post<http://www.ezboard.com/themes/far_east/unread.gif>
Not The Issue

_____

Sorry this issue has come up again.
There is an old story about Paul McCartney and John Lennon arguing over who should get
credit for a particular song. After about an hour John tells Paul, "You can't OWN a song,
Mate. Music is free. Once people start singing it, it belongs to everyone."
I haven't seen the "new version with the added pages" but, it doesn't matter. It is just a
new arrangement of the same dance. And, it is a good dance.
What is important to me is that the information be available so that students can read the
history and learn the form and be able to defend themselves.
We should all work together. Times are changing, we are the leaders, we should set a
better example.

Ashida Kim
dragon00199 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=dragon00199@ashidakimmessageboards>
Registered Member
Posts: 2
(9/27/06 15:56)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=5>        New Post<http://www.ezboard.com/themes/far_east/unread.gif>
Re: The book Sold By Fall River cheapens the original classi

_____

Cops at a freindly match? Were did that come from? I read where John Patricio wrote that
if you are visiting Fall River BDFS and were thinking of causing a fracas that some of
Aguiar's students are cops so perhaps think twice. Now you are talking about a "friendly
match". There is a big difference between turning up and training and sharing ideas and
all departing friends as opposed to having a match. With your mind set I don't see it as
being friendly somehow. If you have anything positive to say re: having trained under John
Keehan then contact Floyd Webb and let him interview you for the upcoming DVD, but are you
against Floyd as well? Its a pity you have posted over here, this isn't their problem;
keep it on Aguiar's site. :evil<http://www.ezboard.com/images/emoticons/devil.gif>
joeychicago50 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=joeychicago50>
Registered Member
Posts: 3
(10/17/06 19:12)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=6>        New Post<http://www.ezboard.com/themes/far_east/unread.gif>
Fall River has imploded

_____

The real work of a ninja requires only the power of thought. The truth reveals itself. The
weakminded scurry into the shadows.

Fall River is no more...
dragon00199 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=dragon00199@ashidakimmessageboards>
Registered Member
Posts: 5
(10/22/06 3:29)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=7>        New Post<http://www.ezboard.com/themes/far_east/unread.gif>
Fall River

_____

Hey Joey, why don't you tell one and all how you made veiled threats to Aguiar and company
but never turned up?????? I guess your next step is to visit Florida for a friendly match
as well? You may have studied under Dante for a couple of years, but so did many others
who aren't coming out of the woodwork and issuing all these computer challenges. This
doesn't qualify you as a hard case by any standards, unless you are just living under the

shadow of John Keehan. :evil<http://www.ezboard.com/images/emoticons/devil.gif>

joeychicago50 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=joeychicago50>
Registered Member
Posts: 4
(10/22/06 22:00)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=8>    New Post<http://www.ezboard.com/themes/far_east/unread.gif>
Re: Fall River

————————————

See how the weak minded box with shadows. You guys clearly do not get THE JOKE, which is
YOU. You gumbas accept a challenge issued over the internet and sit down in a room waiting
for some phantom guy to appear so you can defend the honar of something you don't even
deserve to lay claim to. I am still laughing. Who fights for free these days...and who
fights with phantom guys they never met? You guys need to get a life.

yours in comedy,

Joey Chicago
Edited by: joeychicago50
<http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?gid=joeychicago50>
at: 10/22/06 22:04

dragon00199 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=dragon00199@ashidakimmessageboards>
Registered Member
Posts: 6
(10/25/06 6:47)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=9>    New Post<http://www.ezboard.com/themes/far_east/unread.gif>
Joey

————————————

What joke? You actually turned up at Fall River (unless that was all bullsh*t as well) and
of course never turned up at the BDFS school. Even if you had just walked into the dojo
and introduced yourself to Aguiar you may have had a pleasant time "speaking of things
Dante".
Due to your male menopause you had to make threats to people you didn't even know, just
another internet poseur. Guys like you are right out of "Kath and Kim"
:evil<http://www.ezboard.com/images/emoticons/devil.gif>
joeychicago50 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=joeychicago50>
Registered Member
Posts: 5
(10/29/06 9:28)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=10>    New Post<http://www.ezboard.com/themes/far_east/unread.gif>
There was no school at that address or din't you know

————————————

There was no school at that address or din't you know.

Who's foooling who?

dragon00199 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=dragon00199@ashidakimmessageboards>
Registered Member
Posts: 10
(10/30/06 5:15)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=11>    New Post<http://www.ezboard.com/themes/far_east/unread.gif>
Pal Joey

————————————

And I suppose there were no up to date Yellow Pages in Fall River? Hmmmmm?
:evil<http://www.ezboard.com/images/emoticons/devil.gif>
Kenshin Zanshiro <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=kenshinzanshiro>
ezOP
Posts: 283
(11/2/06 10:33)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=12>    New Post<http://www.ezboard.com/themes/far_east/unread.gif>
Re: Pal Joey

_____

By that same theory, one would suppose they might give the proper address if inviting
company, but eh...   :rolleyes<http://www.ezboard.com/images/emoticons/eyes.gif>
joeychicago50 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=joeychicago50>
Registered Member
Posts: 6
(11/20/06 6:30)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=13>    New Post<http://www.ezboard.com/themes/far_east/unread.gif>
The silence of Fall River is deafening...

_____

Those who fear discourse should not be centerstage. Now the loud voices of the unknowing
has been silenced perhaps a bit of truth will come forth.

Ninja JoeyChicago
dragon00199 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=dragon00199@ashidakimmessageboards>
Registered Member
Posts: 21
(11/20/06 23:41)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=14>    New Post<http://www.ezboard.com/themes/far_east/unread.gif>
joey

_____

Have you become a ninja as a result of the humiliation you went through thanks to the
BDFS?
joeychicago50 <http://p206.ezboard.com/bashidakimmessageboards.showUserPublicProfile?
gid=joeychicago50>
Registered Member
Posts: 7
(11/25/06 0:38)
Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=15>    New Post<http://www.ezboard.com/themes/far_east/unread.gif>
Re: joey

_____

Humiliation? LOL. Sonny if you have not figured out the game by now you must be 12. But
what should youse expect from phoney Black Dragons?

        << Prev Topic <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showPrevMessage?
topicID=860.topic>  | Next Topic >>
<http://p206.ezboard.com/fashidakimmessageboardsfrm2.showNextMessage?topicID=860.topic>

Add Reply <http://p206.ezboard.com/fashidakimmessageboardsfrm2.showAddReplyScreenFromWeb?
topicID=860.topic&index=15>

Email This To a Friend Email This To a Friend
<http://p206.ezboard.com/fashidakimmessageboardsfrm2.emailToFriend?topicID=860.topic>
Topic Control Image Topic Commands
<http://p206.ezboard.com/fashidakimmessageboardsfrm2.threadControl?topicID=860.topic>
Click to receive email notification of replies Click to receive email notification of
replies <http://p206.ezboard.com/fashidakimmessageboardsfrm2.subscribeToTopic?topicID=

860.topic>

jump to: Enter: The Way (New)General Discussion (New)Know Thyself (New)The Hidden Masters (New)Admin Aid (New)The Ancient Scrolls (New)Ninja Hands of Death (New)Forbidden Fighting Techniques (New)Ninja Mind Control (New)Hollywood Hijinx (New)Weapons, Tools, & Deadly Things (New)Board Administration (New)Styles FAQs (New)Kumite (New)Closed Topics to Keep (New)Bulletin Board (New)Feedback Forum (New)Linguistics & Culture (New)Spyware/Malware Assistance (New)

- Ashida Kim Message Board <http://p206.ezboard.com/bashidakimmessageboards> - General Discussion <http://p206.ezboard.com/fashidakimmessageboardsfrm2> - Master Ashida Kim's Website <http://www.ashidakim.com/> -

Powered By ezboard® <http://www.ezboard.com/>  Ver. 7.32
Copyright ©1999-2005

------------------------------------------------------------------------------------
------------------------------------------------------

Searching for Count Dante <http://johnkeehan.blogspot.com/>

Following the mental processes of an obsessed filmmaker producing a documentary film with short funding, a lotta heart and a highly unusual subject he once met when he was 11 years old.

About Me

    My Photo <http://www.blogger.com/profile/14670921204957906507>
    Name: floyd webb
    Location: Chicago, Illinois, US

The weather is always good somewhere
View my complete profile <http://www.blogger.com/profile/14670921204957906507>

Dante Links

*    My Count Dante Movie Site <http://thesearchforcountdante.com/>
*    The Rocking Count(he will be in the movie) <http://count-dante.com/>

 <http://feeds.feedburner.com/blogspot/NoGa>

Previous Posts

*    Karate is not for the squemish or the weak of hear...
<http://johnkeehan.blogspot.com/2006/04/karate-is-not-for-squemish-or-weak-of.html>
*    Intellectual Copyright <http://johnkeehan.blogspot.com/2006/03/intellectual-copyright.html>
*    Back on Track <http://johnkeehan.blogspot.com/2006/03/back-on-track.html>
*    Reconciling memory... <http://johnkeehan.blogspot.com/2006/03/reconciling-memory.html>
*    How far do we fall? <http://johnkeehan.blogspot.com/2006/03/how-far-do-we-fall.html>
*    Three Weeks since last post.... <http://johnkeehan.blogspot.com/2006/02/three-weeks-since-last-post.html>
*    Ken Knudson Memorial <http://johnkeehan.blogspot.com/2006/02/ken-knudson-memorial.html>
*    The Morning Weeps for Kenny <http://johnkeehan.blogspot.com/2006/02/morning-weeps-for-kenny.html>
*    The Death of Ken Knudson <http://johnkeehan.blogspot.com/2006/02/death-of-ken-knudson.html>

\*    Xin nian yu kuai::Chinese New Year::Year of the Do...
<http://johnkeehan.blogspot.com/2006/01/xin-nian-yu-kuaichinese-new-yearyear.html>

Powered by Blogger <http://www.blogger.com/>
Call me! <skype:Floydw2k?call>

Wednesday, April 05, 2006


Fair Use and the attempt to copyright bodily movement...

Fair Use is the right, in some circumstances, to quote copyrighted material without asking
permission or paying for it. It is a crucial feature of copyright law. In fact, it is what
keeps copyright from being censorship. You can invoke fair use when the value to the
public of what you are saying outweighs the cost to the private owner of the copyright."
Center for Social Media <http://www.centerforsocialmedia.org/fairuse.htm>

I just got an email from one of my online research assistants regarding a Kata Dante video
placed online at Youtube.com by a guy in Norway. It was online from last week until the
Fall River, Grandmaster, William Aguiar III, 10th dan in the Black Dragon Fighting
Society, claimed copyright infringement and Youtube chose to remove it. Now this is
getting ridiculous and borders on censorship due to what is really unnecessary harassment.

I was warned by one of Aguiar's supporters to stay away from Ashida Kim. Ashida Kim is
vilified and hated by The Fall River crew. Ashida Kim is a martial arts hustler in the
classic sense. He is good at what he does from what I have observed in the DVD I received
from one of my online research assistants in Florida. I have never seen anything from Mr.
Aguiar, not a picture, not a QuickTime video. In over a year of my research I have heard
nothing but claims of hatred of Ashida Kim, when I look closely at him. I rather like the
guy. He has found his way. His way is not my way, but I admire what he has accomplished as
a marketing person. He remains, "The most well known and hated martial artist on the
internet." This appeals greatly to my twisted sense of humour.

I did contact Ashida Kim because he became part of the story as soon as they warned me
against him. I had to see why. Kim made no exaggerated claims and did not want to be
interviewed as he says he spent very little time with Count Dante. He met him at seminars.
Kim never mentioned the Fall River guys and I did not ask. I was interested in knowing if
he had ever met or worked out with Dante and he answered honestly it appears.

All this pisses me off because the study of Kata Dante by some kid in Norway actually pays
tribute to the memory and legacy of John Keehan/Count Dante. This is like Dexter King
having his father Martin Luther King's "I have a dream speech removed for various
elementary school websites and charging thousands of dollars for licensing for them to
keep it. At least Dexter is a legal heir with very clear rights to those materials however
misguided his actions are.

On the other hand, Mr. Aguiar is neither related nor heir of John Keehan also known as
"Count Dante." Nor have I seen evidence of any legal rights to his estate or image granted
in order to copyright and trademark the Dante Style, book, image, etc.

When I started my research and visited their bulletin board one of the participants, a
Gabriel Mambe, questioned their claim to copyright and trademark by referring to an
article from Official Karate, 1976. This was an article he found on their site. He quoted
Crista Dante.

'You see,' Crista interrupted, 'the reason he did that was because he wanted to make sure
that if anything happened to him, everything would be turned over to me. As a matter of
fact, his will, I think , was made out two months before (his death). The only will.
Everything now is in my name. We changed the whole corporate structure. He was the
president, I was the vice president, but he owned all the corporate stock. About two
months before his death, we changed all the papers; I was the president and he changed all
the stock to my name.'

Nowhere have I ever read nor have they claimed that Crista Dante transferred or granted
them her right and ownership by will or license.

I want to deal with facts. Soon after Mr. Mambe's message that article was removed. I was

quite puzzled by that.

I have John Keehan's Book. The Aguiar World's Deadliest Fighting Secrets is not the book written by John Keehan. It is altered and edited to make a Fall River version of an item that had most likely fallen into Public domain.

World's Deadliest Fighting Secrets by John T. Keehan, alias Count Dante was published in 1967 and would have fallen into public domain after 25 years in my understanding. That would be why they could not extend the copyright of the original Dante book. They would have had to altered it into something else. They removed pictures of Doug Dwyer and replaced them with pictures of someone else. The book retains none of the style and presentation of the original.

I have asked several times for copies of the images they claim ownership of and have been in touch with their lawyer. To date I have seen nothing.

All of the research I have done has been in Chicago and people have been glad to share with me their memories in thought and images. They will be compensated for anything that is used in the film. It will not be much, but I am obligated to compensate them for the courtesy of allowing me to use those materials. I am extremely grateful to the martial arts community in Chicago for opening up and telling me the stories of those early days of martial arts. I was lucky enough to start with Ken Knudson (peace be upon him) and he reopened those doors I exited for a career in photography 30 years before.

I am no mighty black belt, I am no tough guy. I am not looking for a fight. I am a filmmaker trying to reconcile memory of a time past, experiences and mysteries concerning a man I barely knew. I am looking for as much unbridled truth as I can handle.

This is all good background for the film. It is giving me direction and approach, helping me to establish some dramatic arcs for the documentary.

I would like to be everyone's friend. But after 50 years living you face the harsh cold realities that a lot of people really don't want friendship.

I just want to make the best film I can. Make a film that the martial artists I knew then and have met from those days will be proud to have participated in.
posted by floyd webb @ 5:52 PM <http://johnkeehan.blogspot.com/2006/04/fair-use-and-attempt-to-copyright.html>    <http://www2.blogger.com/email-post.g?blogID=17866953&postID=11442793551620 1634>    <http://www2.blogger.com/post-edit.g?blogID=17866953&postID=11442793551620 1634>

1 Comments:


       Anonymous said...

       Regarding the videoclip of Kata Dante: We had the clip on our website, but we never put it out on Youtube.com. Some other guy in Norway did that, without our knowledge.

       We contacted YouTube and asked them to remove the clip as it was put there without our knowledge and approval. So they did. A while after we also removed the clip from our website, since Kata Dante obviously creates a lot of tension and crazy discussions on the internet, and we are not interested in participating in such a "war". Kata Dante is ONLY a form, nothing else, why all this fuzz about it? Seems like a lot of people is putting a lot of energy into something that is really not that big deal. We have bigger problems on this earth, than discussing how "bad" the Kata Dante form is.

       I never knew about Aguiar claming copyright for the form, not until I saw it here. Is it possible to copyright a kata? We practiced the form once in a while, learned from a video, but it was never our intention to violate some copyrighted material (if that is so...).

       Anyway, all links of the form has been removed, so peace should now be restored.

       Thanks
       L.E.L.
       2:36 AM <http://johnkeehan.blogspot.com/2006/04/fair-use-and-attempt-to-

copyright.html#c5675217164671914884>        <http://www2.blogger.com/delete-comment.g?blogID=
17866953&postID=5675217164671914884>

Post a Comment <http://www2.blogger.com/comment.g?blogID=17866953&postID=
11442793551620163 4>

Links to this post:


     See links to this post <http://blogsearch.google.com/?ui=blg&q=link%3Ahttp%3A%2F%
2Fjohnkeehan.blogspot.com%2F2006%2F04%2Ffair-use-and-attempt-to-copyright.html>
        <$BlogBacklinkTitle$> <http://johnkeehan.blogspot.com/2006/04/%3C$BlogBacklinkURL
$%3E>   <http://www2.blogger.com/delete-backlink.g?blogID=17866953&postID=
11442793551620163 4&backlinkURL=%3C$BlogBacklinkURLEscaped$%3E>










        <$BlogBacklinkSnippet$>
        posted by <$BlogBacklinkAuthor$> @ <$BlogBacklinkDateTime$>








Create a Link <javascript:BlogThis();>
<< Home <http://johnkeehan.blogspot.com/>
_____


--------------------------------------------------------------------------------------
------------------------------------------------
After blocking him from posting messages on my web sight forum and after his visit I
matched up his ip adress to the next TWO EMAILS from
 his e mail ip is the same its located above the date
the ip address is 75.31.226.198] it is form the same computer it is listed in e mail from
Floyd Web and joeychicago50
here are two e mails i recived with in 1 hour of each other

From Floyd Webb Wed Oct 18 23:34:42 2006
X-Apparently-To:    masteraguiar@yahoo.com via 206.190.58.158; Wed, 18 Oct 2006 23:34:46
-0700
X-Originating-IP:  [67.19.161.35]
Return-Path:       <fwebb@itutu.com>
Authentication-Results:  mta134.mail.re4.yahoo.com from=itutu.com; domainkeys=neutral (no
sig)
Received:    from 67.19.161.35 (EHLO mercedes.websitewelcome.com) (67.19.161.35) by

```
mta134.mail.re4.yahoo.com with SMTP; Wed, 18 Oct 2006 23:34:46 -0700
Received:    from adsl-75-31-226-198.dsl.chcgil.sbcglobal.net ([75.31.226.198]:54236
helo=[192.168.1.113]) by mercedes.websitewelcome.com with esmtpa (Exim 4.52) id
1GaRUC-0000Ag-QY for masteraguiar@yahoo.com; Thu, 19 Oct 2006 01:34:36 -0500
Message-ID:  <45371C82.6030206@itutu.com>
Date:   Thu, 19 Oct 2006 01:34:42 -0500
From:   "Floyd Webb" <fwebb@itutu.com>  Add to Address BookAdd to Address Book
<javascript:document.frmAddAddrs.submit()>   Add Mobile Alert
<http://us.f551.mail.yahoo.com/ym/ShowLetter?box=floydweb&MsgId=1678_0_159_1766_1777_0_
56385_3509_3598531660
_oSObkYn4Ur5HQVz3mWzmses818n0sMqKHdUuHfQ8NltcRjQaCEYQ7FEn4jIUBhsP7b0xCPTDKv2oZzIRNF4RRPz2o
Tjhxb_X_9BN02yw0dRbXX2G3BC9REGS2M7nlI_HHbMsMO2gy#>
Reply-to:    fwebb@itutu.com
Organization:   e22.digital.filmworks
User-Agent:  Thunderbird 1.5.0.7 (Macintosh/20060909)
MIME-Version:   1.0
To:   masteraguiar@yahoo.com
Subject:    <http://us.f551.mail.yahoo.com/ym/ShowLetter?box=floydweb&MsgId=1678_0_159_
1766_1777_0_56385_3509_3598531660
_oSObkYn4Ur5HQVz3mWzmses818n0sMqKHdUuHfQ8NltcRjQaCEYQ7FEn4jIUBhsP7b0xCPTDKv2oZzIRNF4RRPz2o
Tjhxb_X_9BN02yw0dRbXX2G3BC9REGS2M7nlI_HHbMsMO2gy#attachments>  Business First: Let's
eliminate all these middle people
Content-Type:    multipart/mixed; boundary="------------000300020404020304070707"
X-AntiAbuse:    This header was added to track abuse, please include it with any abuse
report
X-AntiAbuse:    Primary Hostname - mercedes.websitewelcome.com
X-AntiAbuse:    Original Domain - yahoo.com
X-AntiAbuse:    Originator/Caller UID/GID - [0 0] / [47 12]
X-AntiAbuse:    Sender Address Domain - itutu.com
X-Source:


X-Source-Args:


X-Source-Dir:


Content-Length:    1777
```

William Aguiar III

Bill, let's put all this crap behind us and start again. This is business that should be
between you and me.
It is my every intention to do right by you in the licensing of your archives materials.

When I got the film footage in the mail I had no idea where it came from.  I had to go to
the Indian neighborhood to have it converted from to American Standard, It was on a reel
with Joe Lewis talking about Count Dante. I have no reference of origin for either clip
and neither does the martial arts instructor who provided it to me. He bought it in a yard
sale of Dojo equipment, he said.

This can be very good for you and the BDFS, all you and I have to do is cooperate. If we
work together we can maximize the exposure of BDFS and do something really good here. Once
I know absolutely what you have I can confidently try to argue for a very fair fee, above
the market rate for archival materials. Still, whomever I am having provide the fund for
this archival materials will want to see what I they are paying for.

What you should prepare to do is have the materials transfered to video or DVD with w Big
Black Dragon logo watermark covering the screen. That is what you need to do with all of
your images.

Check out http://photodisc.com <http://photodisc.com/>  and see how they sell still and
film footage online. The watermark cannot be removed and your ownership is branded into
the materials. It is that simple.

I am extending my hand in friendship and cooperation, Bill. Tell me what you want to do.

Floyd Webb

```
--   Floyd Webb, COO  3to1studios, LLC(http://3to1studios.com <http://3to1studios.com/> )
410 S. Michigan Ave, Suite 421  Chicago,
IL
  60605  312-281-2288  -------------------------------------
http://thesearchforcountdante.com <http://thesearchforcountdante.com/>
http://johnkeehan.blogspot.com <http://johnkeehan.blogspot.com/>       `In order to be free
you simply have to be so, without asking permission of anyone. You have to have your own
hypothesis about what we are called to do, and follow it, not giving in to circumstances
or complying with them. But that sort of freedom demands powerful inner resources, a high
degree of self-awareness, a consciousness of your responsibility to yourself and therefore
to other people.`
                                                                Andrey Tarkovsky
Sculpting Time
Attachments  Attachment scanning provided by:   <http://us.ard.yahoo.com/SIG=
12e82eqiv/M=282940.8783789.10980585.5102359/D=mail/S=150500004:C/Y=YAHOO/EXP=1174068294/A=
4439159/R=0/SIG=114cinb64/*http://www.symantecstore.com/51946>
   <http://us.bc.yahoo.com/b?P=USoGKs6.O7XRKAz2O1sAUX6wCYACj6b&T=13vf4rumf%2fX%
3d1174061094%2fE%3d150500004%2fR%3dmail%2fK%3d5%2fV%3d2.1%2fW%3dH%2fY%3dYAHOO%2fF%
3d1503900870%2fQ%3d-1%2fS%3d1%2fJ%3d973ABECE&U=137uhvi8r%2fN%3dKcoOBtgnMtY-%2fC%
3d282940.8783789.10980585.5102359%2fD%3dC%2fB%3d4439159>
   <http://us.i1.yimg.com/us.yimg.com/i/space.gif>
Files:       <http://us.i1.yimg.com/us.yimg.com/i/us/nt/tr14x15_1.gif>


fwebb.vcf <http://us.f551.mail.yahoo.com/ym/ShowLetter?box=floydweb&MsgId=1678_0_159_1766_
1777_0_56385_3509_3598531660
_oSObkYn4Ur5HQVz3mWzmses818n0sMqKHdUuHfQ8NltcRjQaCEYQ7FEn4jIUBhsP7b0xCPTDKv2oZzIRNF4RRPz2o
Tjhxb_X_9BN02yw0dRbXX2G3BC9REGS2M7nlI_HHbMsMO2gyTx6tZSQv9xJQwBV0A8_sTVEOA--&bodyPart=2
&tnef=&YY=36038&y5beta=yes&y5beta=yes&order=down&sort=date&pos=0&view=a&head=f&VScan=1
&Idx=0>   fwebb.vcf <http://us.f551.mail.yahoo.com/ym/ShowLetter?box=floydweb&MsgId=1678_0_
159_1766_1777_0_56385_3509_3598531660
_oSObkYn4Ur5HQVz3mWzmses818n0sMqKHdUuHfQ8NltcRjQaCEYQ7FEn4jIUBhsP7b0xCPTDKv2oZzIRNF4RRPz2o
Tjhxb_X_9BN02yw0dRbXX2G3BC9REGS2M7nlI_HHbMsMO2gyTx6tZSQv9xJQwBV0A8_sTVEOA--&bodyPart=2
&Idx=0>   (255)    Scan and Save to Computer <http://us.f551.mail.yahoo.com/ym/ShowLetter?
box=floydweb&MsgId=1678_0_159_1766_1777_0_56385_3509_3598531660
_oSObkYn4Ur5HQVz3mWzmses818n0sMqKHdUuHfQ8NltcRjQaCEYQ7FEn4jIUBhsP7b0xCPTDKv2oZzIRNF4RRPz2o
Tjhxb_X_9BN02yw0dRbXX2G3BC9REGS2M7nlI_HHbMsMO2gyTx6tZSQv9xJQwBV0A8_sTVEOA--&bodyPart=2
&Idx=0>  - Save to Yahoo! Briefcase
<http://us.f551.mail.yahoo.com/ym/ShowLetter?fwebb.vcf?box=floydweb&MsgId=1678_0_159_1766_
1777_0_56385_3509_3598531660
_oSObkYn4Ur5HQVz3mWzmses818n0sMqKHdUuHfQ8NltcRjQaCEYQ7FEn4jIUBhsP7b0xCPTDKv2oZzIRNF4RRPz2o
Tjhxb_X_9BN02yw0dRbXX2G3BC9REGS2M7nlI_HHbMsMO2gyTx6tZSQv9xJQwBV0A8_sTVEOA--&bodyPart=2
&filename=fwebb.vcf&Briefcase=1&tnef=&VScan=1&YY=36038
&y5beta=yes&y5beta=yes&order=down&sort=date&pos=0&view=a&head=f&Idx=0>
-------------------------------------------------------------------


From Joey Chicago Wed Oct 18 22:42:53 2006
X-Apparently-To:   masteraguiar@yahoo.com via 206.190.58.163; Wed, 18 Oct 2006 22:42:54
-0700
X-Originating-IP:  [68.142.236.206]
Return-Path:   <joeychicago50@yahoo.com>
Authentication-Results:  mta191.mail.re4.yahoo.com from=yahoo.com; domainkeys=pass (ok)
Received:   from 68.142.236.206 (HELO web58608.mail.re3.yahoo.com) (68.142.236.206) by
mta191.mail.re4.yahoo.com with SMTP; Wed, 18 Oct 2006 22:42:54 -0700
Received:   (qmail 52672 invoked by uid 60001); 19 Oct 2006 05:42:53 -0000
DomainKey-Signature:    a=rsa-sha1; q=dns; c=nofws; s=s1024; d=yahoo.com; h=Message-
ID:Received:Date:From:Subject:To:MIME-Version:Content-Type:Content-Transfer-Encoding;
b=WBRcFOnXcE+AYBgeZNgF/F/QjetsD0cyxAFn62iJcZbCXlHXPkxZ+DqAOjplyPOKx7MQdMElaZL2WKBJpszWVOwa
HAh51JY4XELSngXuqmItEeRa17MPhddNeb8IFwNMU0onvcGW9XBu/Rr5t3IkZXtYYck2F8Q1/3DrzLwb8sg= ;
Message-ID:   <20061019054253.52670.qmail@web58608.mail.re3.yahoo.com>
Received:   from [75.31.226.198] by web58608.mail.re3.yahoo.com via HTTP; Wed, 18 Oct
2006 22:42:53 PDT
Date:   Wed, 18 Oct 2006 22:42:53 -0700 (PDT)
From:   Send an Instant Message <ymsgr:sendim?joeychicago50>  "Joey Chicago" <joeychicago50
@yahoo.com>  Add to Address BookAdd to Address Book
```

trouble causing visitors to your service.
Enter an IP address to ban it from accessing all of your services.

Enter an IP Address:

List of Banned IP Addresses

165.142.249.81        Remove IP <http://pub43.bravenet.com/global/ipbanning.php?id=440
&a=d&service=forum&service_name=Message%20Forum>
68.75.178.156         Remove IP <http://pub43.bravenet.com/global/ipbanning.php?id=2497
&a=d&service=forum&service_name=Message%20Forum>
68.77.43.224          Remove IP <http://pub43.bravenet.com/global/ipbanning.php?id=2522
&a=d&service=forum&service_name=Message%20Forum>
69.217.132.58         Remove IP <http://pub43.bravenet.com/global/ipbanning.php?id=2521
&a=d&service=forum&service_name=Message%20Forum>
70.137.173.42         Remove IP <http://pub43.bravenet.com/global/ipbanning.php?id=2510
&a=d&service=forum&service_name=Message%20Forum>
75.31.226.198         Remove IP <http://pub43.bravenet.com/global/ipbanning.php?id=2496
&a=d&service=forum&service_name=Message%20Forum>
75.31.226.198         Remove IP <http://pub43.bravenet.com/global/ipbanning.php?id=2690
&a=d&service=forum&service_name=Message%20Forum>
75.31.226.198         Remove IP <http://pub43.bravenet.com/global/ipbanning.php?id=2691
&a=d&service=forum&service_name=Message%20Forum>


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I then went to www.networksolutions.com/whois/index.uspfindip/host
and matched the above info the ip address of the e mails and his web sight and the banned
ip address of my forum all match
he is the same man...

There will be emails to follow with the attached documents in attachment

Thank You
William V Aguiar III   Supreme Grand Master of the Count Dante Fighting System (DAN-TE)
BLACK DRAGON FIGHTING SOCIETY WWW.COUNTDANTE.COM


Master Bill Aguiar of the Black Dragon Fighting Society
_____

You snooze, you lose. Get messages ASAP with AutoCheck <http://us.rd.yahoo.com/evt=47959/
*http://advision.webevents.yahoo.com/mailbeta/newmail_html.html>
in the all-new Yahoo! Mail Beta.

Master Bill Aguiar of the Black Dragon Fighting Society
_____

Ready for the edge of your seat? Check out tonight's top picks
<http://us.rd.yahoo.com/evt=48220/*http://tv.yahoo.com/>  on Yahoo! TV.



# CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the  Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Commissioner of Patents and Trademarks*

## Requirements for Maintaining a
## Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the expiration of the following time periods:

    i) At the end of 6 years following the date of registration.
    ii) At the end of each successive 10-year period following the date of registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. §1059, at the end of each successive 10-year period following the date of registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the Registrant by the Patent and Trademark Office. It is recommended that the Registrant contact the Patent and Trademark Office approximately one year before the expiration of the time periods shown above to determine the requirements and fees for the filings required to maintain the registration.**

Int. Cl.: **41**

Prior U.S. Cls.: **100, 101 and 107**

Reg. No. 2,328,424

## United States Patent and Trademark Office

Registered Mar. 14, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



AGUIAR, WILLIAM V. (UNITED STATES CITI-
ZEN)
P.O. BOX 3399
FALL RIVER, MA 02722

FOR: MARTIAL ARTS EDUCATION, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).
FIRST USE 8–28–1968; IN COMMERCE
8–28–1968.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FIGHTING SOCIETY",
APART FROM THE MARK AS SHOWN.

SER. NO. 75–562,925, FILED 10–2–1998.

MICHAEL KAZAZIAN, EXAMINING ATTOR-
NEY



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Commissioner of Patents and Trademarks*

## Requirements for Maintaining a
## Federal Trademark Registration

## SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the
registration shall be canceled for failure to file an Affidavit of Continued
Use under Section 8 of the Trademark Act, 15 U.S.C. §1058, upon the
expiration of the following time periods:
  i)  At the end of 6 years following the date of registration.
  ii) At the end of each successive 10-year period following the date of
      registration.

*Failure to file a proper Section 8 Affidavit at the appropriate time will result in the
cancellation of the registration.*

## SECTION 9: APPLICATION FOR RENEWAL

The registration shall remain in force for 10 years, subject to the provisions
of Section 8, except that the registration shall expire for failure to file an
Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C.
§1059, at the end of each successive 10-year period following the date of
registration.

*Failure to file a proper Application for Renewal at the appropriate time will result in
the expiration of the registration.*

**No further notice or reminder of these requirements will be sent to the
Registrant by the Patent and Trademark Office. It is recommended
that the Registrant contact the Patent and Trademark Office
approximately one year before the expiration of the time periods shown
above to determine the requirements and fees for the filings required to
maintain the registration.**

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2005-09-16 16:27:28 ET

**Serial Number:** 75562925

**Registration Number:** 2328424

**Mark**



**(words only):** BLACK DRAGON FIGHTING SOCIETY

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2000-03-14

**Filing Date:** 1998-10-02

**Transformed into a National Application:** No

**Registration Date:** 2000-03-14

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2000-05-22

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Aguiar, William V.

**Address:**
Aguiar, William V.
P.O. Box 3399

Fall River, MA 02722
United States
**Legal Entity Type:** Individual
**Country of Citizenship:** United States

## GOODS AND/OR SERVICES

**International Class:** 041
Martial Arts Education
**First Use Date:** 1968-08-28
**First Use in Commerce Date:** 1968-08-28

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Disclaimer:** "FIGHTING SOCIETY"

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2000-03-14 - Registered - Principal Register

1999-12-21 - Published for opposition

1999-11-19 - Notice of publication

1999-09-13 - Approved for Pub - Principal Register (Initial exam)

1999-08-05 - Examiner's amendment mailed

1999-05-27 - Communication received from applicant

1999-04-16 - Non-final action mailed

1999-04-09 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
RICHARD W PETROCELLI (Attorney of record)

RICHARD W PETROCELLI
PETROCELLI LAW OFFICES

http://tarr.uspto.gov/servlet/tarr?regser=registration&entry=2%2C328%2C424&action=Re...   9/16/2005



## CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Q. Todd Dickinson*

Commissioner of Patents and Trademarks

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,328,425

Registered Mar. 14, 2000

### SERVICE MARK
### PRINCIPAL REGISTER

## COUNT DANTE FIGHTING SYSTEM

AGUIAR, WILLIAM V. (UNITED STATES CITIZEN)
P.O. BOX 3399
FALL RIVER, MA 02722

FOR: MARTIAL ARTS EDUCATION, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-28-1968; IN COMMERCE 8-28-1968.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FIGHTING SYSTEM", APART FROM THE MARK AS SHOWN.

THE NAME IN THE MARK, "COUNT DANTE", DOES NOT REFER TO A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 75-562,926, FILED 10-2-1998.

MICHAEL KAZAZIAN, EXAMINING ATTORNEY



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Commissioner of Patents and Trademarks*

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,328,424

Registered Mar. 14, 2000

## SERVICE MARK
### PRINCIPAL REGISTER



AGUIAR, WILLIAM V. (UNITED STATES CITI-
ZEN)
P.O. BOX 3399
FALL RIVER, MA 02722

FOR: MARTIAL ARTS EDUCATION, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).
FIRST USE 8-28-1968; IN COMMERCE
8-28-1968.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FIGHTING SOCIETY",
APART FROM THE MARK AS SHOWN.

SER. NO. 75-562,925, FILED 10-2-1998.

MICHAEL KAZAZIAN, EXAMINING ATTOR-
NEY

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**3 161 682**

TX          TXU

EFFECTIVE DATE OF REGISTRATION

**APR 01 1991**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

WORLD'S DEADLIEST FIGHTING SECRETS

PREVIOUS OR ALTERNATIVE TITLES ▼

WORLD'S DEADLIEST FIGHTING SECRETS, Copyright May 6, 1969

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

**2** NAME OF AUTHOR ▼

**a** BLACK DRAGON FIGHTING SOCIETY

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Updated and revised text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1991 ◀ Year    This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ March    Day ▶ 19    Year ▶ 1991
United States of America    ◀ Nation

**4** COPYRIGHT CLAIMANT(S)  Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Black Dragon Fighting Society
P.O. Box 3399
Fall River, MA  02722

See instructions before completing this space

APPLICATION RECEIVED
SEP 20 1991
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
APR 01 1991
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER  If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.

# CERTIFICATE OF REGISTRATION





UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

## FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

R

**PAu 2-673-807**

(PAU)

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 7 | 17 | 01 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

World's Deadliest Fighting Secrets

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Videotape

## 2

**a** **NAME OF AUTHOR ▼**

William V. Aguiar

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2001 ◀ Year
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

William V. Aguiar
281 South Main Street
Fall River, MA 02721

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

APPLICATION RECEIVED
DEC 05 2001  7/17/01
ONE DEPOSIT RECEIVED
7/17/01  ½" VT /D
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

See instructions before completing this space.

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

## Commonwealth of Massachusetts
### The Trial Court
Probate and Family Court Department

05 P 2203

__BRISTOL__ Division

Docket No. _____

### Voluntary Administration

Name of Decedent __William V. Aguiar, Jr.__

Domicile at Death __181 South Main Street__ _____ __Fall River__  __Bristol__  __02721__
(Street and No.)  2065  (City or Town)  (County)  (Zip)

Date of Death __January 10, 2001__

**Death Certificate shall be filed with application.**

Name and address of Applicant(s) __William V. Aguiar, III, 281 South Main Street, Fall River, MA 027__

_____ Status ____ son _____

Your applicant(s) respectfully state(s) that said estate consisting entirely of personal property the total value of which does not exceed fifteen thousand dollars ($15,000) exclusive of the decedent's automobile as shown by the following schedule of all the assets of said deceased known to the applicant(s):

| Name of Property | Estimated Value |
|---|---|
| TRADEMARK: THE COUNT DANTE FIGHTING SYSTEMS | $ 1,000.00 |
| TRADEMARK: THE BLACK DRAGON FIGHTING SOCIETY | $ 1,000.00 |
| TRADEMARK: THE WORLD'S DEADLIEST FIGHTING | $ 1,000.00 |
| TRADEMARK: COUNT DANTE | $ 1,000.00 |
| | $ |
| **Total** | $ 4,000.00 |

That thirty days have expired since the date of death of said deceased and no petition for probate of will or appointment of administration/administratrix has been filed in said Court.

That your applicant(s) has___ undertaken to act as voluntary administrator/administratrix of the estate of said deceased and will administer the same according to law and apply the proceeds thereof in conformity with Section 16 of Chapter 195 of the General Laws.

That to the knowledge of the applicant(s) the following are the names and addresses of all persons surviving who, with the deceased, were joint owners of property; also listed are the names and addresses of those who would take under the provisions of Section 3 of Chapter 190 in the case of intestacy.

William V. Aguiar, Jr., 181 South Main Street, Fall River, MA 02721

[X] The applicant(s) hereby certif __ies__ that a copy of this document, along with a copy of the decedent's death certificate has been sent by certified mail to the ~~Division of Medical Assistance, P.O. Box 15205 Boston, Massachusetts 02112~~ 01615-9906 Division of Medical Assistance, P.O. Box 15205 Worcester,

Date __October 10, 2005__

Signature __William V. Aguiar, III__

### NOTARIZATION

__Bristol__ , ss.

Date __October 10__ , 19 2005

Then personally appeared __William V. Aguiar III__ to me known and made oath that the information contained in the foregoing statement is true to the best of his/her/ their knowledge and belief.

Before me, _____
NOTARY PUBLIC/JUSTICE OF THE PEACE

My Commission expires __August 4, 2011__

For Petitioner: JOHN P. FRANCOEUR, ESq    Docket No. _05 P22 09 VH_

Levin + Levin
138 Rock St   PO Box 2546
Fall River MA 62722

### Voluntary Administration

#### Statement

Filed _NOV 28_ 19 _05_

e3    Attested Copy Issued _Dec 5_ 19 _05_

Recorded Vol. _____ Page _____

O/C
per cert

A True Copy
Attest
Robert E. Clark
Register

### Instructions

Refer to Massachusetts General Laws Chapter 195, Section 16, as amended.

Death certificate must be filed with application.

Give motor vehicle identification number.

Status of applicant includes the following:

surviving spouse, child, grandchild, parent, brother, sister, niece, nephew, aunt or uncle if of full age and legal capacity and inhabitant of the Commonwealth of Massachusetts.

### Notice Regarding Massachusetts Estate Taxes

You may need to file a Massachusetts Estate Tax Return and a Massachusetts Fiduciary Income Tax Return, especially if the decedent owned an interest in real estate, or if the decedent had more than $100 of income received after the date of death.

You may need to file a Massachusetts Estate Tax Return (Form M-706) in order to obtain a release of lien (Form M-792) on this real estate.

You may need to file a Massachusetts Fiduciary Income Tax Return (Form 2) to report income of more than $100 received after the date of death.

You should contact the Massachusetts Estate Tax Bureau for information and assistance regarding the estate tax law (617-727-4448) or the fiduciary income tax law (617-727-4305).