From: **HostGator Abuse** <abuse@hostgator.com>
Date: Jul 25, 2007 9:22 AM
Subject: [#FSI-231909]: Ticket ID: EVM-554894 copyright infringement claims
To: fwebb@itutu.com
Cc: floyd@3to1studios.com

Hello,
When we receive copyright claims and DMCA complaints, we have to take the account down immediately to prevent any changes from occurring for legal reasons. This is rather standard procedure. However, I did do my own research last night and went back to our datacenter to let them know we would be re-activating your account since The Documentary Filmmaker's Statement of Best Practices clearly defined using copyrighted materials to illustrate a historical point is fair use and this has been upheld in court and The Fair Use Project for Documentary Film also makes a similar claim.

We're not trying to distract you from anything however, we have specific procedures and policies that we have to follow once we receive a claim of this nature.


Regards,
Richard F.
Level 3 Systems Administrator
Network Security Administrator
ISP Blacklist Administrator
Hostgator Support

Ticket Details
==================
Ticket ID: FSI-231909
Department: Abuse
Status: On Hold