**Stanford Law School**

Anthony T. Falzone
Executive Director
Fair Use Project
Center for Internet
and Society

Crown Quadrangle
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel  650 736-9050
Fax  650 723-4426
falzone@stanford.edu

July 23, 2007

VIA FEDERAL EXPRESS

YouTube, LLC
Attn: YouTube DMCA Counter Notification
1000 Cherry Ave
Suite 200
San Bruno, CA 94066

Re: *The Search for Count Dante*

To Whom It May Concern:

Pursuant to 17 U.S.C. § 512(g)(3), I enclose a counter notification from my client, Floyd Webb, regarding his video "The Search for Count Dante." This video was formerly available at these addresses:

http://www.youtube.com/watch?v=C-Bqb5pT5N0;

http://www.youtube.com/watch?v=6JKpnurQQ24.

As set forth in Mr. Webb's counter notification, his video does not infringe the rights of Black Dragon Fighting Society/Count Dante Fighting System as alleged in its DMCA take-down notice. Accordingly, we ask that you restore access to Mr. Webb's video immediately. If you have any questions or concerns, please do not hesitate to contact me.

Thank you in advance for your consideration.

Sincerely yours,

*[signature]*

Anthony T. Falzone

Enclosures

I, Floyd Webb, state:

YouTube has apparently removed or disabled access to a video I posted entitled "The Search For Count Dante," which was formerly available these addresses:
http://www.youtube.com/watch?v=C-Bqb5pT5N0.
http://www.youtube.com/watch?v=6JKpnurQQ24x

This video is a trailer for an upcoming documentary on the controversial martial artist John Keehan, aka Count Dante. I created this video trailer, and uploaded it to YouTube through my account, named archanjo88.

According to the attached document I received from YouTube, it appears that my video was removed or disabled as a result of a takedown notice delivered by the Black Dragon Fighting Society/Count Dante Fighting System ("BDFS"), pursuant to 17 U.S.C. § 512(c). In that takedown notice, BDFS alleges they own the copyrights to certain images that appear in my video trailer.

Under penalty of perjury, I assert I have a good faith belief that my video trailer was removed or disabled as a result of mistake or misidentification because this video does not infringe any copyrights owned by the BDFS. I am informed and believe that BDFS does not, in fact, own the copyrights it asserts, and that any use of the images as to which BDFS does assert copyright is protected by the Fair Use Doctrine, 17 U.S.C. § 107.

I reside at 410 South Michigan Ave., Chicago, Illinois 60605, my telephone number is (708) 704-1482, and my email address is floyd@3to1studios.com. I consent to the jurisdiction of the U.S. District Court for the Northern District of Illinois and I will accept service of process from BDFS or their agent.

    Dated this 19th day of July, 2007 at Chicago, Illinois.

*/s/ Floyd Webb*

_____
Floyd Webb

From: **Copyright Notice** <no_reply@support.youtube.com>
Date: Jun 20, 2007 7:56 PM
Subject: Video Removed: Copyright Infringement
To: archanjo88 < floyd@3to1studios.com>


## Dear Member:

This is to notify you that we have removed or disabled access to the following material as a result of a third-party notification by Black Dragon Fighting Society/Count Dante Fighting System claiming that this material is infringing:

**The Search for Count Dante Trailer 2:**
http://www.youtube.com/watch?v=6JKpnurQQ24

**Please Note:** Repeat incidents of copyright infringement will result in the deletion of your account and all videos uploaded to that account. In order to avoid future strikes against your account, please delete any videos to which you do not own the rights, and refrain from uploading additional videos that infringe on the copyrights of others. For more information about YouTube's copyright policy, please read the Copyright Tips guide.

If you elect to send us a counter notice, please go to our Help Center to access the instructions.

Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material or activity was removed or disabled by mistake or misidentification may be subject to liability.

Sincerely,

YouTube, Inc.
Copyright © 2007 YouTube, Inc.

From: **Copyright Notice** <no_reply@support.youtube.com >
Date: Jun 20, 2007 7:56 PM
Subject: Video Removed: Copyright Infringement
To: archanjo88 <floyd@3to1studios.com>

## Dear Member:

This is to notify you that we have removed or disabled access to the following material as a result of a third-party notification by Black Dragon Fighting Society/Count Dante Fighting System claiming that this material is infringing:

**The Search for Count Dante:** http://www.youtube.com/watch?v=C-Bqb5pT5N0

**Please Note:** Repeat incidents of copyright infringement will result in the deletion of your account and all videos uploaded to that account. In order to avoid future strikes against your account, please delete any videos to which you do not own the rights, and refrain from uploading additional videos that infringe on the copyrights of others. For more information about YouTube's copyright policy, please read the Copyright Tips guide.

If you elect to send us a counter notice, please go to our Help Center to access the instructions.

Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material or activity was removed or disabled by mistake or misidentification may be subject to liability.

Sincerely,

YouTube, Inc.
Copyright © 2007 YouTube, Inc.