

00:00:00 to 00:00:14