

00:00:22 to 00:00:26