

00:00:29 to 00:00:31