

00:00:31 to 00:00:35