

00:00:38 to 00:00:43