
00:00:43 to 00:00:48