
00:00:55 to 00:00:57