

00:00:59 to 00:01:02