

00:01:02 to 00:01:06