
00:01:06 to 00:01:08

Dockets.Justia.com