

00:01:08 to 00:01:15

Dockets.Justia.com