

00:01:23 to 00:01:29