

00:14 to 00:16