

00:16 to 00:24