

00:25 to 00:31