

00:35 to 00:36