

00:39 to 00:41