

00:41 to 00:45