

00:45 to 00:48