

00:48 to 00:53