

00:53 to 01:01