

01:01 TO 01:03