
01:03 TO 01:08