

01:14 TO 01:16