
01:20 TO 01:23