

01:23 TO 01:27