

**FOLEY HOAG** LLP
ATTORNEYS AT LAW

FILED
IN CLERKS OFFICE

2007 OCT 12 P 3: 36

U.S. DISTRICT COURT
DISTRICT OF M...

Dave Kluft
Boston Office
617.832.3092

October 12, 2007

**By Hand**

Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   *Aguiar v. Webb et al.*, Civil Action No. 07-11673-MLW

Dear Clerk,

Enclosed for filing in the above referenced matter, please find a CD containing two computer files. These files are Exhibits A and B to the Declaration of Floyd Webb in Opposition to Plaintiff's Motion for Preliminary Injunction. This declaration was filed today through the CM/ECF system.

After consultation with your office, I came to understand that I could not file these exhibits electronically, because they are moving picture files. Therefore, as discussed, I am delivering these by hand, and requesting that they be filed along with the aforementioned declaration.

Thank you for your attention to this matter, and please feel free to contact me if you have any questions.

Very truly yours,

David Kluft
Counsel for Defendant Floyd Webb

CC:
William V. Aguiar III
Arpiar M. Saunders, Esq.

B3418261.1

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com