U.S. DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR, III,<br>Plaintiff | )<br>)<br>) |
| v | )<br>) |
| FLOYD WEBB, BARRON SHEPPARD,<br>WENDY SHEPPARD and ASHIDO KIM<br>a/k/a CHRISTOPHER HUNTER and<br>a/k/a BRADFORD DAVIS,<br>Defendants | )<br>)<br>)<br>)<br>) NO. 07CA11673MLW |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

Now comes the Plaintiff, William V. Aguiar, III, and respectfully motions this Honorable Court to amend his Complaint to add 3 to 1 Studios as a Defendant.

As reason therefore, Plaintiff states that 3 to 1 Studios is operated and controlled by Defendant Webb and the documentary Defendant Webb is making contains my copyrighted material and is being produced and distributed by 3 to 1 Studios.

I am moving this Court to allow me to include 3 to 1 Studios as a Defendant.

Plaintiff,
William V. Aguiar, III,

*William V. Aguiar III*
William V. Aguiar, III
630 Maple Street
Fall River, MA 02720

DATED: 10-12-07

Aguiar v. Webb et al    Doc. 23

## AMENDED COMPLAINT

3. 3 to 1 Studiios is a film studio lawfully doing business in Illinois and is producing a filed called the Search for Count Dante.