UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>FLOYD WEBB, et al. )<br>)<br>Defendants ) | Civil Action No. 07-11673-MLW |

FILED
IN CLERKS OFFICE
2007 OCT 15 P 1:45
DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO DISMISS RADFORD DAVIS

NOW COMES defendant Radford Davis, in proper person, who moves this Honorable Court as follows:

1.

Mr. Davis does not have sufficient minimum contacts with the State of Massachusetts to be subjected to suit in Massachusetts court as demonstrated by the facts in his affidavit.

2.

Plaintiff's complaint fails to properly pleas a claim of copyright infringement.

3.

Mr. Davis moves that this Honorable Court dismiss the complaint filed against him for lack of personal jurisdiction and for plaintiff's failure to state a claim pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, for the reasons above and for the reasons as stated in the Memorandum in Support filed on behalf of co-defendants Barron Sheppard and Wendy Sheppard, which memorandum Mr. Davis adopts, as if copied in its entirety herein.

Respectfully submitted,

*/s/ Radford W. Davis*
Radford Davis, PRO SE
Post Office Box 209
Lake Alfred, Florida 33850
(863) 401- 9473
dojopress@gmail.com