FILED
IN CLERKS OFFICE
2007 OCT 15 P 1: 44
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 07-11673-MLW |
| ) | |
| FLOYD WEBB, et al. ) | |
| ) | |
| Defendants ) | |

## AFFIDAVIT OF RADFORD DAVIS

STATE OF FLORIDA
COUNTY OF POLK

BEFORE ME, the undersigned Notary, _Dean H. Morozowski_ on this 11th day of October, 2007, personally appeared Radford Davis, known to me as a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

1. I am a resident of Florida.

2. I am currently unemployed and unavailable for work because I am the sole caretaker for my elderly mother.

3. I have not conducted any transactions in Massachusetts other than the occasional sale of materials through my website.

4. I have not offered or contracted to offer services of any kind in Massachusetts.

5. I do not regularly conduct personal or business transactions in or with residents of Massachusetts.

6. I do not own or lease property in Massachusetts.

7. I do not have bank accounts in Massachusetts.

8. I do not file tax returns in Massachusetts.

Aguiar v. Webb et al                                                                                                Doc. 28

I declare under penalty of perjury under the laws of Florida and the United States that the foregoing is true and correct and that this affidavit was executed on October 11, 2007, in Winter Haven, Florida.

_____
Radford Davis, PRO SE

Subscribed and sworn to before me this 11th day of October, 2007.

(Notary Seal)

> DEAN H. MOROZOWSKI
> Notary Public - State of Florida
> My Commission Expires Sep 13, 2008
> Commission # DD 354967
> Bonded By National Notary Assn.

_____

__Dean H. Morozowski___ (Typed/printed name)

My commission expires: __Sept. 13 2008__