**FINANCIAL AFFIDAVIT**

CJA 23
Rev. 5/98
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES   ☐ MAGISTRATE   ☑ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Wm. AGUIAR III  v.s.  Floyd Webb; Barron Sheppard; Radford Davis
FOR: Massachusetts
AT: Boston

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Radford William Davis

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: _____
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

EMPLOYMENT:
Are you now employed? ☐ Yes   ☐ No   ☑ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ LESS THAN $300
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes   ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

ASSETS:

OTHER INCOME: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ _____   SOURCES _____

CASH: Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☐ No   IF YES, state total amount $ _____

PROPERTY: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☑ Yes   ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $1,000.00   DESCRIPTION 1/2 ownership of 91 Ford Ranger small pick-up truck

DEPENDENTS:
MARITAL STATUS:
___ SINGLE
___ MARRIED
___ WIDOWED
✓ SEPARATED OR DIVORCED

Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

OBLIGATIONS & DEBTS:
DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Direct Merchants Bank | $1,344.58 | $200.00 |
| | Wachovia FIA Card | $1,293.66 | $200.00 |
| | Bank of America | $939.24 | $200.00 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 10/7/2007

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)  ▶ /s/ Radford W. Davis

Aguiar v. Webb et al   Doc. 29