# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR, III,<br><br>    Plaintiff,<br><br> v.<br><br>FLOYD WEBB, BARRON SHEPPARD,<br>WENDY SHEPPARD and ASHIDO KIM<br>a/k/a CHRISTOPHER HUNTER and<br>a/k/a BRADFORD DAVIS,<br><br>    Defendants. | Civil Action No. 07-CA-11673-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Julie A. Ahrens of the Center for Internet and Society at Stanford Law School as counsel of record for Defendant Floyd Webb in the above-captioned matter.

                   Respectfully submitted,

                   FLOYD WEBB

                   By his attorney,


                   /s/ Julie A. Ahrens
                   Julie A. Ahrens (admitted *pro hac vice)*
                   Fair Use Project
                   Center for Internet and Society
                   Stanford Law School
                   559 Nathan Abbott Way
                   Stanford, CA 94305-8610
                   Tel: (650) 723-2511
                   jahrens@stanford.edu

Dated: October 23, 2007

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

    /s/ Julie A. Ahrens
    Julie A. Ahrens

- 2 -