# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR, III,<br><br>        Plaintiff,<br><br>   v.<br><br>FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD and ASHIDO KIM a/k/a CHRISTOPHER HUNTER and a/k/a BRADFORD DAVIS,<br><br>        Defendants. | Civil Action No. 07-CA-11673-MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Anthony T. Falzone of the Center for Internet and Society at Stanford Law School as counsel of record for Defendant Floyd Webb in the above-captioned matter.

                          Respectfully submitted,

                          FLOYD WEBB

                          By his attorney,

                          /s/ Anthony T. Falzone
                          Anthony T. Falzone (admitted *pro hac vice*)
                          Fair Use Project
                          Center for Internet and Society
                          Stanford Law School
                          559 Nathan Abbott Way
                          Stanford, CA 94305-8610
                          Tel: (650) 736-9050
                          falzone@stanford.edu

Dated: October 23, 2007

- 2 -

CERTIFICATE OF SERVICE

     I hereby certify that on October 23, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                    /s/ Anthony T. Falzone
                                    Anthony T. Falzone