# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR, III,

        Plaintiff,

   v.

FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD and ASHIDO KIM a/k/a CHRISTOPHER HUNTER and a/k/a BRADFORD DAVIS,

        Defendants.

Civil Action No. 07-CA-11673-MLW

## NOTICE OF APPEARANCE

Please enter the appearance of Lawrence Lessig of the Center for Internet and Society at Stanford Law School as counsel of record for Defendant Floyd Webb in the above-captioned matter.

    Respectfully submitted,

    FLOYD WEBB

    By his attorney,

    /s/ Lawrence Lessig
    Lawrence Lessig (admitted *pro hac vice*)
    Center for Internet and Society
    Stanford Law School
    559 Nathan Abbott Way
    Stanford, CA 94305-8610
    Tel: (650) 736-0999
    lessig@pobox.com

Dated: October 23, 2007

- 2 -

CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the above date.

                                  /s/ Lawrence Lessig
                                  Lawrence Lessig