UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR III, an individual<br><br>      Plaintiff,<br><br>v.<br><br>FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD, and ASHIDA KIM a/k/a Christopher Hunter a/k/a Bradford Davis<br><br>      Defendants. | CIVIL ACTION NO.<br>07-11673-MLW |

**JOINT STIPULATION EXTENDING TIME TO FILE DEFENDANT WEBB'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Pro se Plaintiff William V. Aguiar III and Defendant Floyd Webb stipulate, subject to Court approval, to an extension of time up to and including November 5, 2007 within which Defendant Webb may oppose or otherwise respond to Plaintiff Aguiar's Motion to Amend the Complaint dated October 12, 2007 and filed October 15, 2007 (the "Motion to Amend the Complaint").

As set forth in the Declaration of Brandy A. Karl, submitted herewith, there is good cause for the proposed extension. Plaintiff Aguiar served the motion via first-class mail on October 13, 2007. Undersigned counsel for Defendant Webb was not notified of the Motion to Amend the Complaint until it was entered into ECF on October 22, 2007. Counsel for Defendant did not receive service of the Motion to Amend the Complaint until the evening of October 22, 2007. Because Defendant's counsel was not notified of the Motion to Amend the Complaint until nine days after it was served, significant delay resulted.

The Opposition to the Motion for Preliminary Injunction is currently due October 29, 2007. There are no other dates (including hearing dates, discovery cut-off dates, hearing deadlines, pre-trial conference dates, or trial dates) currently set in this matter.

The Defendant acted diligently in seeking the present extension. Defendant's counsel, after receiving notification of the motion through ECF contacted *pro se* Plaintiff Aguiar the same day to request a modest extension of time within which to file an opposition to the Motion for Preliminary Injunction. Plaintiff agreed to the requested extension.

For the reasons described above, there is good cause to grant the extension of Defendant's time in which to oppose or otherwise respond to Plaintiff's Motion to Amend the Complaint.

A proposed order is attached hereto.

Respectfully submitted this 24th day of October, 2007.


/s/ Brandy A. Karl                          /s/ William V. Aguiar III
Brandy A. Karl (BBO #661441)                630 Maple Street
Center for Internet and Society             Fall River, MA 02720
Stanford Law School                         Tel: (508) 678-5310
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel: (650) 724-0517
bkarl@stanford.edu

*Attorney for Defendant Webb*                *Pro Se Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed on October 24, 2007, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

      /s/ Brandy A.Karl  
      Brandy A. Karl