UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR III, an individual<br><br>Plaintiff,<br><br>v.<br><br>FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD, and ASHIDA KIM a/k/a Christopher Hunter a/k/a Bradford Davis<br><br>Defendants. | CIVIL ACTION NO.<br>07-11673-MLW |

**[PROPOSED] ORDER**

Having considered Plaintiff Aguiar and Defendant Webb's Joint Stipulation to Extend Time to File Defendant Webb's Response to Plaintiff's Motion to Amend Complaint, it is hereby

ORDERED that the time within which Defendant Floyd Webb may oppose or otherwise respond to Plaintiff's Motion to Amend Complaint filed October 15, 2007 is hereby extended up to and including November 5, 2007.

_____
Honorable Mark L. Wolf
Chief Judge, United States District Court
District of Massachusetts

Dockets.Justia.com