UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR III, an individual

    Plaintiff,

v.

FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD, and ASHIDA KIM a/k/a Christopher Hunter a/k/a Bradford Davis

    Defendants.

CIVIL ACTION NO.
07-11673-MLW

**DECLARATION OF BRANDY A. KARL IN SUPPORT OF JOINT STIPULATION EXTENDING TIME TO FILE DEFENDANT WEBB'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

I, Brandy A. Karl, declare the following:

    1. I am an attorney at law duly licensed to practice law in the Commonwealth of Massachusetts and before the United States District Court for the District of Massachusetts. I am counsel for Defendant Floyd Webb. I have personal knowledge of the following facts, and if called upon as a witness, I could and would testify competently to the truth of the matters asserted herein.

    2. The following Declaration is submitted in support of the Plaintiff Aguiar and Defendant Webb's Joint Stipulation to Extend Time to File Defendant Webb's Response to Plaintiff's Motion to Amend Complaint.

    3. There is good cause for the stipulated extension. I was not notified of the Motion to Amend the Complaint until it was entered into ECF on October 22, 2007. I called Plaintiff Aguiar regarding an extension to file that afternoon, and received service

of the Motion to Amend the Complaint that evening. The envelope was postmarked October 13, 2007. Because I was not notified of the Motion to Amend the Complaint until nine days after it was served, significant delay resulted.

    4. Defendant Webb has acted diligently in seeking the stipulated extension. After being served with the motion, I contacted *pro se* Plaintiff Aguiar the same day to request an extension of time within which to file an opposition to the Motion to Amend Complaint. Plaintiff agreed to this request the next day.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2007 at Stanford, California.

    /s/ Brandy A. Karl  
    Brandy A. Karl