# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM V. AGUIAR III ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-11673-MLW |
| ) | |
| FLOYD WEBB, BARRON SHEPPARD ) | |
| WENDY SHEPPARD, and ) | |
| ASHIDA KIM aka CHRISTOPHER ) | |
| HUNTER aka BRADFORD DAVIS ) | |
| ) | |
| Defendants. ) | |

## ASSENTED-TO MOTION TO CORRECT CAPTION

By this assented-to Motion, Pro se Plaintiff William V. Aguiar III and Co-Defendants Barron Shepherd and Wendy Shepherd move, subject to the approval of the Court, to correct the caption of this case to properly name Barron Shepherd and Wendy Shepherd.

The Complaint, as originally filed, contained a misspelling of the surname of Barron Shepherd and Wendy Shepherd. Pro se Plaintiff William V. Aguiar III and Co-Defendants Barron Shepherd and Wendy Shepherd move to correct the caption as follows:

1. Barron Sheppard should be corrected to read Barron Shepherd.

2. Wendy Sheppard should be corrected to read Wendy Shepherd.

2

For the reasons described above, Pro se Plaintiff William V. Aguiar III and Co-Defendants Barron Shepherd and Wendy Shepherd move to correct the caption of this case.

A proposed order is attached hereto.

Respectfully submitted,

BARRON SHEPHERD
WENDY SHEPHERD

By their attorneys,

| | |
|---|---|
| /s/ Aaron Silverstein | /s/ William V. Aguiar III |
| Aaron Silverstein (BBO# 660716) | William V. Aguiar III |
| Arpiar M. Saunders (BBO# 664997) | 630 Maple Street |
| Saunders Silverstein & Booth LLP | Fall River, MA 02720 |
| 172 State Street Suite 3 | Tel: (508) 678-5310 |
| Newburyport, MA  01950 | |
| Tel: (978) 463-9100 | *Pro Se Plaintiff* |
| asilverstein@ssbooth.com | |
| msaunders@ssbooth.com | |

Dated: October 29, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed on October 29, 2007 through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants on the above date.

/s/ Aaron Silverstein
Aaron Silverstein