## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM V. AGUIAR III | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-11673-MLW |
| FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD, and ASHIDA KIM aka CHRISTOPHER HUNTER aka BRADFORD DAVIS | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Having considered Plaintiff Aguiar and Co-Defendants Barron Shepherd and Wendy Shepherd's Assented-To Motion to Correct Caption, it is hereby

ORDERED that the caption be corrected as follows:

    1.    Barron Sheppard shall be corrected to read Barron Shepherd.

    2.    Wendy Sheppard shall be corrected to read Wendy Shepherd.

_____
Honorable Mark L. Wolf
Chief Judge, United States District Court
District of Massachusetts