UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR, III,

    Plaintiff,

v.

FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD and ASHIDA KIM a/k/a CHRISTOPHER HUNTER and a/k/a BRADFORD DAVIS,

    Defendants.

Civil Action No. 07-CA-11673-MLW

## SECOND DECLARATION OF WENDY SHEPHERD IN SUPPORT OF CO-DEFENDANTS' MOTION TO DISMISS

I, Wendy Shepherd, declare and state as follows:

1. I have never received any notification of claimed copyright infringement filed by William V. Aguiar III pursuant to 17 U.S.C. § 512(c)(3).

2. I have never filed any counter-notification pursuant to 17 U.S.C. § 512(g)(3) in response to notification of claimed copyright infringement filed by William V. Aguiar III.

3. I have no business relationship with Radford Davis, or any interest in or control over Mr. Davis' business activities.

4. I have no ownership stake or interest in SKS Systems or Dojo Press, nor do I have any control over any activities conducted in the name of such entities.

I declare under penalty of perjury under the laws of Mississippi and the United States that the foregoing is true and correct and that this declaration was executed on Oct 29, 2007 in Evansville, Indiana.

                                                          _____
                                                          Wendy Shepherd

Aguiar v. Webb et al   Doc. 39 At