# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR, III,<br><br>              Plaintiff,<br><br>   v.<br><br>FLOYD WEBB, BARRON SHEPHERD,<br>WENDY SHEPHERD and ASHIDA KIM<br>a/k/a CHRISTOPHER HUNTER and<br>a/k/a BRADFORD DAVIS,<br><br>              Defendants. | Civil Action No. 07-CA-11673-MLW |

## [PROPOSED] ORDER

Having considered Co-Defendants Barron Shepherd and Wendy Shepherd's Motion for Leave to File Reply in Support of their Motion to Dismiss, it is hereby

ORDERED that the Co-Defendants' Motion for Leave is granted.

_____
Honorable Mark L. Wolf
Chief Judge, United States District Court
District of Massachusetts

Dockets.Justia.com