UNITED STATE'S DISTRICT COURT
DISTRICT OF MASSACHUSETT'S

William v Aguiar III
Plaintiff

VS

Civil Action No. 07-11673-MLW

Floyd Webb and All
Defendants

FILED
IN CLERKS OFFICE
2007 OCT 31  P 4: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.

MOTION TO AMEND REPORT'S ON THE FILING OF DETERMINATION AFTER ACTION OR APPEAL REGARDING A COPYRIGHT

Now come's the plaintiff William V Aguiar III and moves the court to amend the original papers of determination to include additional works.

In Support of my motion I hereby state that the other works were not included due to mistake inobservance

I have attached to my motion an amended report of Filing.

WILLIAM V AGUIAR III
PRO SE
William V. Aguiar III
630 MAPLE STREET
FALL RIVER
MASSACHUSETT'S