NO. 07CA11673MLW

AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | FILED<br>IN CLERKS OFFICE<br>2007 SEP 28 P 2: 12<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>Federal District Court<br>1 Court Way Boston Mass. | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>William V Aguiar III | | DEFENDANT<br>Floyd Webb and All |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 A86679 | World's Deadliest Fighting Secrets | William V Aguiar III |
| 2 TX3116682 | World's Deadliest Fighting Secrets | William V Aguiar III |
| 3 PAU-2-673-807 | World's Deadliest Fighting Secrets | William V Aguiar III |
| 4 PAU-617-092 | World's Deadliest Fighting Secrets II | William V Aguiar III |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☒ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 TX3116682 | World's Deadliest Fighting Secrets | William V Aguiar III |
| 2 PAU-673-807 | World's Deadliest Fighting Secrets | William V Aguiar III |
| 3 PAU-617-092 | World's Deadliest Fighting Secrets II | William V Aguiar III |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Dockets.Justia.com