WILLIAM v. AGUIAR III
PLAINTIFF

VS.

CIVIL ACTION 07-11673-MLW

FLOYD WEBB AND ALL
DEFENDANT'S

F I L E D
Clerk's Office
USDC, Mass.
Date 10-31-07
By KTB
Deputy Clerk

WILLIAM V. AGUIAR III OPPOSITION OF DECLARATION OF FLOYD WEEB IN

OPPOSITION TO PLAINTIFF'S PRELIMINARY INJUCTION

I'll William V Aguiar III declare as follows;

1. I am the Plaintiff in the above captioned manner. I have personal knowledge of the fact's set forth in this declaration. I am over eighteen years old. If called upon to testify I would and could testify competently to all matter's stated herein
2. I am the Supreme Grand Master of the Black Dragon Fighting Society and I Work for the Department of Youth Service's as a direct care worker working with children. Working With inner city youth from the Boston area and Cape Cod.
    3. WE DO NOT CONTEST
    4. WE DO NOT CONTEST
    5. WE DO NOT CONTEST
    6. WE DO NOT CONTEST
    7. WE DO NOT CONTEST
    8. WE DO NOT CONTEST
    9. WE DO NOT CONTEST
    10. WE DO NOT CONTEST
    11. Now I the Plaintiff have followed the step in the law. In the application of my right as a copyright owner. Plaintiff has followed the letter of the law. And gave Defendant Webb several chance's to sign appropriate copyright agreement's.
    12. WE DO NOT CONTEST
    13. WE DO NOT CONTEST
    14. WE DO NOT CONTEST
    15. Defendant Webb sent counter verification in which gave me the option for Federal Court. And Defendant Webb waived his right to Federal Court,

25 This is part of my two book's of my copyrighted material's the plaintiff own's this is a crucial part of my marketing. The crest and the is from the World's Deadliest Fighting Secret's Book, DVD"S and World's Deadliest Fighting Secret's II .
26 WE DO NOT CONTEST
27 This is a image from both copyrighted book' and DVD"S. It is a picture of Barbara Kemp and John Keehan Standing behind her.
28 This is a image from both copyrighted book' and DVD"S. It is a picture of Barbara Kemp and John Keehan Standing behind her.
29 WE DO NOT CONTEST
30 WE DO NOT CONTEST
31 WE DO NOT CONTEST
32 WE DO NOT CONTEST
33 WE DO NOT CONTEST
34 I the plaintiff William V Aguiar III am the said copyright owner. This image's are directly from both book's. The same sequence appear's in both illustration's of both copyrighted book's HA86679.
35 WE DO NOT CONTEST
36 WE DO NOT CONTEST
37 I the plaintiff William V Aguiar III am the said copyright owner of. This image is directly from both book's front cover. The same sequence appears in both illustrations of both copyrighted book's HA86679.
38 WE DO NOT CONTEST
39 WE DO NOT CONTEST
40 This is a image from both copyrighted book' and DVD"S. It is a picture of Barbara Kemp and John Keehan Standing behind her. The copyright is HA86679.
41 WE DO NOT CONTEST
42 I the plaintiff William V Aguiar III am the said copyright owner of. This image is directly from both book's front cover. The same sequence appears in both illustration's of both copyrighted book's HA86679
43 WE DO NOT CONTEST
44 WE DO NOT CONTEST
45 I the plaintiff William V Aguiar III am the said copyright owner of. This image is directly from both book's front cover. The same sequence appears in both illustration's of both copyrighted book's HA86679
46 WE DO NOT CONTEST
47 WE DO NOT CONTEST
48 John F Creeden III has been threatened several times and verbally harassed my Mr. Webb and his associated Defendant Barron Sheppard Floyd Webb so called investor. Were to the extent the Defendant Sheppard wouldn't sign a user agreement. To [say Mr. Creeden III called Barron Sheppard's mother in the middle of the night and said he will kill her son] Mr. Creeden wants prove that this hasn't happened to include phone record's the Mr. Creeden III calling from one of his number's. Slander like that is a criminal offense. . Mr. Webb has thrown comments in bad taste and hurled slur's created a

hostile in-human atmosphere. Furthermore An ex associate of the Plaintiff William V Aguiar III for 18 years who Mr. Webb or Mr. Sheppard have allegedly paid substantial money's for exclusive flyer's that I owned for the Plaintiff to use for a book. By Mr. Webb's verbal and under minded techniques to avoid the rightful copyright owner's claim. Mr. Webb has deliberately under minded my business with other Ashida Kim associate's.

49  Mr. Webb has hurled off re-mark to John Creeden III in a derogatory manner unbecoming a human being. Mr. Webb has directly threatened Mr. Creeden in several forums.
50  This order does not re-strict free speech at all and does not restrict his artistic expression.

I declare under penalty and perjury under the laws of the United States of America

That these statements are true and correct. Executed the 29 the of October at Fall River Massachusetts's

By pro se William V Aguiar III

*William V. Aguiar III*

10/29/07

CERTIFICATE OF SERVICE



William V Aguiar III
Plaintiff
VS.

Civil Action No. 07-11673-MLW

Floyd Webb and All
Barron and Wendy Sheppard
Ashida Kim / Radford Davis

I William V Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

William V Aguair III
Pro Se *William V Aguiar III*
630 Maple Street
Fall River Massachusett's

10/29/07