# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR III, an individual<br><br>Plaintiff,<br><br>v.<br><br>FLOYD WEBB, an individual, et. al.<br><br>Defendants. | CIVIL ACTION NO.<br>07-11673-MLW |

## DECLARATION OF FLOYD WEBB IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

I, Floyd Webb, declare as follows:

1. I am a Defendant in the above-captioned case. I have personal knowledge of the facts set forth in this declaration. I am over eighteen years of age. If called upon to testify I would and could testify competently to the matters stated herein.

2. 3 to 1 Studios, LLC ("3 to 1") is an Illinois limited liability company organized in February 2006.

3. 3 to 1 Studios is a media and film production company. It was formed to pursue web, industrial, and commercial film production ventures. It was not formed to pursue any ventures related to my film.

4. I became a partner in 3 to 1 Studios in February 2006.

5. I do not operate or control 3 to 1 Studios.

6. I began the work on my film in March 2005, before I became a partner in 3 to 1 Studios.

7. 3 to 1 Studios is not producing or distributing my film, *The Search for Count Dante*.

8. 3 to 1 Studios had no involvement with the trailers for the film.

9. 3 to 1 Studios had no involvement with the website for the film.

Dated: November 5, 2007

By: *Floyd Webb*
Floyd Webb