UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2007 NOV 13　P 1:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM V. AGUIAR III,
PLAINTIFF

VS.

FLOYD WEBB
ASHIDA KIM/ RADFORD
DAVIS
BARRON AND WENDY
SHEPPARD
DEFENDANTS

CIVIL ACTION NO.
07-11673-MLW

MOTION
PLAINTIFF INTERROGATIES REQUEST FOR DOCUMENTS

1. Federal Tax return's 2006 to 2001
2. All book's from Ashida Kim.com / Dojo Press
3. All video's from Ashida Kim .com / Dojo Press
4. All bank receipts from Ashida Kim / Radford Davis / Dojo Press / Ashida Kim .com
5. All criminal history of Radford Davis.
6. All paper work and e-mail's from Ashida Kim / Radford Davis to Barron Sheppard and monie's paid.
7. All e-mail's between Floyd Webb and Ashida Kim / Radford Davis / Dojo Press
8. All mail order receipt's from Ashida Kim .com / Dojo Press for years 2007 to 2001.
9. All parties a joined with Ashida Kim .com and their involvement with said web site.
10. State the name and addresses and the occupations of each participating in the preparation of these interrogatives.
11. State the owner of Ashida Kim .com/ Dojo Press.com
12. Name all people involved in Ashida Kim .com and the Job's and involvement.
13. State your involvement in the Search for Count Dante and monies paid.
14. All affiliations with Stoffel Van Vureen and monies paid by Defendant.
15. All monies between Ashida Kim and Barron Sheppard.
16. All property of Ashida Kim / Radford Davis.

17. All Martial Arts diplomas belonging or issued to Ashida Kim / Radford Davis / Dojo Press.com.
18. All involvement with Barron Sheppard and Wendy Sheppard and Skssystems.
19. All transaction's with bookstore / i.e. [Walden book's]/ Paladin Press Borders Books and and outside publication's Amazon. Com
20. All records of business transaction's from all publishers pertaining to Ashida Kim / Radford Davis / Dojo Pres / Dojo Press.com
21. All outside business transaction's overseas for year's 2001 to 2006.
22. All business deals with Floyd Webb pertaining to the Search for Count Dante.
23. All copies of World's Deadliest Fighting Secrets and Patches pertaining to this action.
24. Copies of all membership's and Diplomas Pertaining to the Black Dragon Fighting Society and Count Dante/ John Keehan.
25. All other martial arts business pertaining to Ashida Kim / Radford Davis.
26. Copies of all membership's and Diplomas Pertaining and Franchises to Black dragon fighting Society franchises.
27. Copies of all membership's and Diplomas Pertaining pertaining to Ashida Kim .com
28. Copies of all mail –order receipt's pertaining to Ashida Kim.com and Dojo Press.
29. Copies of All You - Tube and Goggle Videos limited and not limited to this list.
30. Proof of ownership and authority and lineage of Grand Mastership and Ownership of Black Dragon Fighting Society. [I e] Diplomas, Certificates, Grades and Rank under Ashida Kim / Radford Davis/ Dojo Press. / Christopher Hunter.

WILLIAM V AGUIAR III
630 MAPLE STREET
FALL RIVER MASSACHUSETTS

*William V. Aguiar III*

PRO SE

11/10/07

CERTIFICATE OF SERVICE

William V Aguiar III
Plaintiff
VS.

Floyd Webb and All
Barron and Wendy Sheppard
Ashida Kim / Radford Davis

Civil Action No. 07-11673-MLW

I William V Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

William V Aguair III
Pro Se  *[signature: William V. Aguiar III]*
630 Maple Street
Fall River Massachusett's 02720

11/10/07