UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

WILLIAM V AGUIAR III
PLAINTIFF

2007 NOV 13 P 1:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

VS.                                CIVIL ACTION NO. 07-11673-MLW

ASHIDA KIM / RADFORD DAVIS
FLOYD WEBB
BARRON AND WENDY SHEPPARD
DEFENDANTS

### MOTION TO DENY OF INSUFFICIENCY OF AMOUNT OF CONTROVERSY

Plaintiff William V Aguiar III Pro Se hereby moves this Honorable Court to Deny 128 USCA paragraph 1332 because it does not apply to this proceeding. Plaintiff William V Aguiar is asking A Federal Question because the U.S government is not a party in this action. Also one does not need Diversity in a Copyright Infringement case against Radford Davis and his blatant and underhanded sale's practice's. Diversity is only needed for proving that a matter exceed's 75,000 dollars one doe not need Diversity to prove infringement.

### ARGUMENT IN DENIAL OF MOTION TO DISMISS

1. Diversity rule's do not apply. Because there is to prove sale's in excess of 75,000. We are asking a Federal Question and the rule's don't apply.
2. Diversity rule's do not apply. Because there is to prove sale's in excess of 75,000. We are asking a Federal Question and the rule's don't apply.
3. Diversity rule's do not apply. Because there is to prove sale's in excess of 75,000. We are asking a Federal Question and the rule's do don't apply.
4. Diversity rule's do not apply. Because there is to prove sale's in excess of 75,000. We are asking a Federal Question and the rules do don't apply.

WILLIAM V AGUIAR III
630 MAPLE STREET
FALL RIVER MASSACHUSETTS

*William V. Aguiar III* (signature)

PRO SE

11/10/07

## CERTIFICATE OF SERVICE

William V Aguiar III
Plaintiff

VS.                                        Civil Action No. 07-11673-MLW

Floyd Webb and All
Barron and Wendy Sheppard
Ashida Kim / Radford Davis

I William V Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

William V Aguair III
Pro Se *[signature: William V. Aguiar III]*

630 Maple Street
Fall River Massachusett's 02720

11/10/07