UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 NOV 13 P 1:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

07-11673 mlw

WILLIAM V AGUIAR III
PLAINTIFF

VS,    CIVIL ACTION NO.
       07-CA-11673-MLW

BARRON AND WENDY SHEPPERD
FLOYD WEBB
ASHIDA KIM / RADFORD DAVIS
DEFENDANTS

MOTION TO DENY CO-DEFENDANT'S MOTION FOR LEAVE IN REPLY IN
SUPPORT OF THEIR MOTION TO DISMISS

Plaintiff William V Aguiar III hereby moves to Deny Local rule 7.1 for leave to file the

Accompanying Reply memorandum in Support of Co- Defendants Motion to Dismiss [

The reply memorandum]. Co-Defendant's filed their Motion to Dismiss on October 1

2007. Plaintiff has opposed the relief requested in that motion. Plaintiff has not
consented

To this to the instant motion for leave to file this apply.