UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT'S

FILED
IN CLERKS OFFICE

2007 NOV 13   P 1:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

WILLIAM V. AGUIAR III
PLAINTIFF

VS

CASE.NO 07-11673-MLW

ASHIDA KIM, BARRON SHEPPARD
WENDY SHEPPARD and FLOYD WEBB
DEFENDANT'S

MOTION TO DENY FOR LACK OF PERSONAL JURISDICTION AND IN THE ALTERNATE, IMPROPER VENUE.

The Plaintiff William V. Aguiar III move's to deny against rule 12[b][2] and, in the alternate, Rule 12 [b][3] of the Federal Rule's of Civil Procedure. And to uphold the action against him. Mr. William V Aguiar III states the following.

1. Mr. Aguiar III believes that personal jurisdiction can be held in Massachusetts's. as the fact's of this case prove Massachusetts's is the Jurisdiction to hear this case. Mr. Davis has sufficient contacts with Massachusetts's for personal jurisdiction to hear this case. It would be Reasonable for Mr. Davis to defend this case in Massachusetts's when the Majority of evidence and witness will be in Boston Federal Court
2. Mr. Aguiar III is not an improper venue. That it doesn't matter if Mr. Davis resides in Massachusetts's. And it is the District to hear this case the DCMA everyone who is referring to is a small part of the infringement. And Section 1400 of 28 of the United State's Code does not apply.
3. A supporting memorandum and the supporting Affidavit accomplices this motion.

WHEREFORE, The Plaintiff William V Aguiar III requests that Mr. Davis motion be denied; and this action be granted.

        WILLIAM V AGUAIR III
        630 MAPLE STREET
        FALL RIVER MASSACHUSETTS

*[signature: William V. Aguiar III]*

PRO SE.

11/10/07

CERTIFICATE OF SERVICE

William V Aguiar III
Plaintiff

VS.                                              Civil Action No. 07-11673-MLW

Floyd Webb and All
Barron and Wendy Sheppard
Ashida Kim / Radford Davis

I William V Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

William V Aguair III
Pro Se

*William V. Aguiar III* (signature)

630 Maple Street
Fall River Massachusett's 02720

11/10/07