DMCA Complaints
YouTube, Inc.
1000 Cherry Ave.
Second Floor
San Bruno, CA 94066
Fax: 650.872.8513
Email: copyright@youtube.com

DATE: 29 July 2007

RE:   Copyright Infringement Claim
      Black Dragon Fighting Society vs. SKSSystems
      [25 June-28 June]

Harry,

Regarding Incident [#176228775] Corporate eFax from "8632916566" - 9 page(s) sent by Fax 18 July 2007

I hereby rescind, revoke and in all other manner, means and terminology withdraw this Counter-Notification effective 0830 a.m. EDT 28 July 2007

It is obvious that you have no intention of acting in a professional or responsible manner to resolve this issue. As I said in my first e-mail to you, there is no appeal. Therefore, the only thing to do when the other fellows are cheating is to not play.

In the ten days since acknowledgement of Counter-Notification receipt you have not acted on a single request made in therein But, When Floyd Webb sends you a Counter-Notification regarding his trailers, they are immediately restored without question or pause. If this is what you consider fair play and equal treatment, it leaves a lot to be desired.

It is your website. You can do with it what you will. If you would rather take sides with a group of people whose only life is harassing me and choose to believe their lies over my simple logic, so be it.

This Registered Letter follows my e-mail and fax to your address at the above date and time, so you won't be able to say you didn't receive this. See, when you let the other fellow make up the rules and he still doesn't play by them and he keeps stalling you to death and moving the goal-posts, it is obvious the game is fixed.

May the same blessing fall on you some day.

I remain,

*[signature]*

cc: to file

| | | |
|---|---|---|
| Job number | : | 771 |
| Date & Time | : | 07-30  09:05am |
| To | : | 816508728513 |
| Number of pages | : | 001 |
| Start time | : | 07-30  09:05am |
| End time | : | 07-30  09:06am |
| Pages sent | : | 001 |
| Status | : | OK |

Job number    : 771          *** SEND SUCCESSFUL ***

---

DMCA Complaints
YouTube, Inc.
1000 Cherry Ave
Second Floor
San Bruno, CA 94066
Fax: 650.872 8513
Email: copyright@youtube.com

DATE: 29 July 2007

RE    Copyright Infringement Claim
      Black Dragon Fighting Society vs. SKSSystems
      [25 June - 28 June]

Harry,

Regarding Incident [#176228775] Corporate eFax from "8632916566"  9 page(s) sent by Fax 18 July 2007

I hereby rescind, revoke and in all other manner, means and terminology withdraw this Counter-Notification effective 08:30 a.m. EDT 28 July 2007

It is obvious that you have no intention of acting in a professional or responsible manner to resolve this issue. As I said in my first e-mail to you, there is no appeal. Therefore, the only thing to do when the other fellows are cheating is to not play.

In the ten days since acknowledgement of Counter-Notification receipt you have not acted on a single request made in therein. But, When Floyd Webb sends you a Counter-Notification regarding his trailers, they are immediately restored without question or pause. If this is what you consider fair play and equal treatment, it leaves a lot to be desired.

It is your website. You can do with it what you will. If you would rather take sides with a group of people whose only life is harassing me and choose to believe their lies over my simple logic so be it.

This Fax follows my e-mail to your address at the above date and time, so you won't be able to say you didn't receive this. See, when you let the other fellow make up the rules and he still doesn't play by them and he keeps stalling you to death and moving the goalposts, it is obvious the game is fixed.

May the same blessing fall on you some day.

I remain

*[signature]*

cc: to file
Registered Letter to Follow





Videos | Categories | Channels | Community

My Account | Help | Site Global

Upload Videos

Search YouTube

## Help Center

Video Toolbox

Help Center Home > Account and Policies > Policy and Copyright Guidelines

### How do I file a counter notice?

The process for counter-notifications is governed by Section 512(g) of the Digital Millennium Copyright Act: http://www.copyright.gov/legislation/dmca.pdf

To file a counter notification with us, you must provide a written communication that sets forth the items specified below.

Please note that under Section 512(f) of the Copyright Act, any person who knowingly materially misrepresents that material or activity was removed or disabled by mistake or misidentification may be subject to liability. Please also be advised that we enforce a policy that provides for the termination in appropriate circumstances of subscribers who are repeat infringers. Accordingly, if you are not sure whether certain material infringes the copyrights of others, we suggest that you first contact an attorney.

**Search Help Center**

counter

Search

**What's that word?**

Check our glossary

**Elements of Counter-Notification**

A sample counter notification may be found at: www.chillingeffects.org/dmca/counter512.pdf. To expedite our ability to process your counter notification, please use the following format (including section numbers):

1. Identify the specific URLs of material that YouTube has removed or to which YouTube has disabled access.
2. Provide your full name, address, telephone number, and email address, and the username of your YouTube account.
3. Provide a statement that you consent to the jurisdiction of Federal District Court for the judicial district in which your address is located (or San Francisco County, California if your address is outside of the United States), and that you will accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.
4. Include the following statement: "I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled."
5. Sign the notice. If you are providing notice by e-mail, a scanned physical signature or a valid electronic signature will be accepted.

Send the written communication to the following address:

YouTube, LLC
Attn: YouTube DMCA Counter-Notification
1000 Cherry Ave
Suite 200
San Bruno, CA 94066

or fax to:
(650) 872-8513, Attn: YouTube DMCA Counter-Notification

or email to:
copyright@youtube.com, Subject: YouTube DMCA Counter-Notification

**What happens next?**

After we receive your counter-notification, we will forward it to the party who submitted the original claim of copyright infringement. Please note that when we forward the counter-notification, it includes your personal information. By submitting a counter-notification, you consent to having your information revealed in this way. We will not forward the counter-notification to any party other than the original claimant.

After we send out the counter-notification, the claimant must then notify us within 10 days that he or she has filed an action seeking a court order to restrain you from engaging in infringing activity relating to the material on YouTube. If we receive such notification we will be unable to restore the material. If we do not receive such notification, we may reinstate the material.

      b) videotape edited to remove any references to BDFS
32) catalog.vt2- [SoN] -there are no references to BDFS or WDFS on this tape or ad
33) catalog.vt3-- directly mentions kata dante [AKU]
      a) item discontinued
34) catalog.vt7- mentions count dante dance of death etc. [HoD]
      a) item discontinued
35) catalog.vt8- [NDT1]
      a) ad copy edited
      b) videotape edited
36) catalog.vt9- bdfs references [NDT2]
      a) ad copy edited
      b) videotape edited
37) catalog.vt13 [Kumite]
      a) removed "black dragon" from title
      b) ad copy edited
      c) tape edited
38) catalog.vt11- [DNM]
      a) ad copy edited to remove references to BDFS
      b) no references to BDFS on videotape
39) catalog.vt12- [AKTC]
      a) edited ad copy to remove BDFS reference
      b) no mention of BDFS or WDFS on videotape
40) DVD- associated member with BDFS references
      a) item discontinued
audiotapes next to follow
41) catalog.at3- [NMC]
      a) item discontinued
web pages that either tell fraud stories info or more ads
42) bulletinboard- has ad for count dante
      a) deleted
43) dojopresshome - advertises membership count dante
      a) just membership index link, does not mention Count Dante
44) msg.1- mentions fraud story connection to count dante and his bio
      a) edited to remove reference
45) contactus- mentions he is the contact man for the BDFS ect.
      a) edited to remove reference
46) history- miss leading and copy right infringements
      a) edited to remove references
47) interview2- miss leading interview 1
      a) edited to remove references
48) interview1- miss leading interview 2
      a) edited to remove references

We have not used any BDFS logos since 1999 when Grandmaster Aguiar Senior asked us to remove them.