





## Private Duty Rate Schedule

**Registered Nurse**
**Licensed Practical Nurse**
**Home Health Aide – C.N.A.**
**Live-In Aide**

There is no long term contract required. The minimum service period is six (6) hours, one or more days a week, with no contract required for the number of scheduled visits weekly. Invoices are mailed weekly during the week following service. Payment is due upon receipt.

**Home Health Insurance:** South Florida Nursing Services, Inc. accepts assignment of insurance benefits that cover home health care. We will bill your insurance company directly and send you an invoice for portions not covered, if applicable. We are among the few agencies to offer this service. If you have Home Health Insurance, we will be happy to investigate benefits on your behalf.

Fees include bonding, professional and general liability, workers' compensation insurance, and all employee Federal and State payroll taxes.

Holidays and hours over 40 for the same person requested in a 7-day period are charged at 1 ½ times the normal service rate. Recognized holidays:

- Memorial Day
- July 4th
- Labor Day
- Thanksgiving Day
- Christmas Day
- New Year's Day

*3 DAYS @*

If South Florida Nursing Services employees use their own automobiles on patient business there is a charge of $.35 per mile.



**Call Now!**
**800 749 3320**

*$200/day /24 hr*

Website Design and Internet Advertising Powered By Intelligent Media Ventures, LLC
Copyright © 2006 Intelligent Media Ventures, LLC All Rights Reserved.