UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR )<br>)<br>Plaintiff )<br>v. )<br>)<br>FLOYD WEBB, BARRON SHEPPARD, )<br>WENDY SHEPPARD and ASHIDA )<br>KIM a.k.a. RADFORD DAVIS and )<br>a.k.a. CHRISTOPHER HUNTER )<br>)<br>Defendants ) | Civil Action No. 07-11673-MLW |

## [PROPOSED] ORDER

Having considered Defendant Radford Davis Motion for Inclusion, it is hereby

ORDERED that Defendant Radford Davis shall be included in the proposed hearing before Magistrate Judge Robert B. Collings assigned to this case by the court so that his Motions to Dismiss for Lack of Jurisdiction and Motion to Dismiss Due to Inadequacy of the Amount in Dispute be heard and ruled upon at that time. And that Defendant be allowed to participate and represent himself at this hearing by telephone conference.

_____
Honorable Mark L. Wolf
Chief Judge, United State District Court
District of Massachusetts