## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILLIAM V. AGUIAR** | ) |
| | ) |
| Plaintiff | ) |
| **v.** | ) |
| | ) |
| **FLOYD WEBB, BARRON SHEPPARD,** | )   **Civil Action No. 07-11673-MLW** |
| **WENDY SHEPPARD and ASHIDA** | ) |
| **KIM a.k.a. RADFORD DAVIS and** | ) |
| **a.k.a. CHRISTOPHER HUNTER** | ) |
| | ) |
| Defendants | ) |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that through these filings and response to this Honorable Court, and previously as demonstrated by Defendant's Response of 13 November, Defendant Radford Davis *pro se* has conferred with Plaintiff in an attempt to resolve and narrow the issues presented by his motion, and that no agreement or reconciliation has thusfar been possible.

Respectfully submitted,

Radford Davis, PRO SE
Post Office Box 209
Lake Alfred, Florida 33850
(863) 401- 9473
dojopress@gmail.com
20 November 2007

Dockets.Justia.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon each party

appearing pro se and the attorney of record for each other party by mail on November 20,

2007.

Radford Davis, PRO SE
Post Office Box 209
Lake Alfred, Florida 33850
(863) 401- 9473
dojopress@gmail.com
20 November 2007