**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WILLIAM V. AGUIAR | ) |
| | ) |
| Plaintiff | ) |
| v. | ) |
| | ) |
| FLOYD WEBB, BARRON SHEPPARD, | ) Civil Action No. 07-11673-MLW |
| WENDY SHEPPARD and ASHIDA | ) |
| KIM a.k.a. RADFORD DAVIS and | ) |
| a.k.a. CHRISTOPHER HUNTER | ) |
| | ) |
| Defendants | ) |

## [PROPOSED] ORDER

Having considered Defendant Davis' Motion for Participation in Status Conference(s) by Telephone;

IT IS HEREBY ORDERED that Defendant Radford Davis be allowed to participate in any scheduling conferences ordered in the captioned matter by telephone.

_____
Honorable Mark L. Wolf
Chief Judge, United State District Court
District of Massachusetts