www.nettime.org
Nettime mailing list archives

### Floyd Webb on Wed, 9 May 2007 15:53:44 +0200 (CEST)

[Date Prev] [Date Next] [Thread Prev] [Thread Next] [Date Index] [Thread Index]

#### <nettime-ann> LOOPTOPIA: THE SEARCH FOR COUNT DANTE (Modified by Geert Lovink)

- *To*: geert {AT} xs4all.nl
- *Subject*: <nettime-ann> LOOPTOPIA: THE SEARCH FOR COUNT DANTE (Modified by Geert Lovink)
- *From*: "Floyd Webb" <floyd {AT} 3tolstudios.com>
- *Date*: Wed, 9 May 2007 08:17:47 -0500

```
Special Preview Screening of The Search for Count Dante,
a documentary work-in-progress at LOOPTOPIA.
http://thesearchforcountdante.com/html/looptopia5_11.html

Friday, May 11, at the Project 3tol Film Festival
Fine Arts Building, 410 S Michigan Ave., Suite 421
Screening Times to be announced.

Contact: Floyd Webb
708-704-1482

In the 1960s and 70s, his scowl was unmistakable and his kung fu pose conveyed a
menace that went beyond martial arts mastery. He called himself Count Dante and he
claimed to be "The Deadliest Man Alive" in garish comic book ads and gruesome
instructional manuals. While his name and title may have been more show biz than
lineage, his drive to live up to his fearsome reputation left one man dead and a
promising career in ruins.

   Count Dante's real name was John Keehan and he grew up in a posh section of
Chicago. In the early 1960s he was one of the most intriguing figures in America's
nascent martial arts scene. Bruce Lee and Chuck Norris were his contemporaries, but
Keehan's appetite for self-promotion was greater than a movie star's. When he
wasn't putting on karate tournaments, he was styling hair and courting Playboy
Bunnies. He was one part "Black Belt Jones" and one part Warren Beatty from
"Shampoo." He challenged Muhammad Ali, tested his hand speed against a quick draw
artist, and kept an African lion as a house pet.

But as the 1960s gave way to the 70s, Keehan could no longer separate himself from
the macho marketing tool that he created. Rival dojos were stormed, the life of
Keehan's best friend was lost and Dante became involved in the Purolator Armored
Car Robbery in 1974 that netted four million dollars. Soon after the robbery, Dante
mysteriously died and was buried in an unmarked grave.

The documentary film "The Search for Count Dante" is filmmaker Floyd Webb's
personal journey into the Dante legend. Webb explores how a rich kid from Chicago
became the self-proclaimed "Crown Prince of Death" all told against the backdrop of
social change during the 1960s and 70s and the emergence of martial arts in
```

Dockets.Justia.com



**Date:** Thu, 19 Oct 2006 01:34:42 -0500
**From:** "Floyd Webb" <fwebb@tutu.com>   Add to Address Book   Add Mobile Alert
**To:** masteraguiar@yahoo.com
**Subject:** Business First: Let's eliminate all these middle people

William Aguiar III

Bill, let's put all this crap behind us and start again. This is business that should be between you and me.
It is my every intention to do right by you in the licensing of your archives materials.

When I got the film footage in the mail I had no idea where it came from. I had to go to the Indian neighborhood to have it converted from to American Standard. I

This can be very good for you and the BDFS, all you and I have to do is cooperate. If we work together we can maximize the exposure of BDFS and do something

What you should prepare to do is have the materials transferred to video or DVD with w Big Black Dragon logo watermark covering the screen. That is what you ne

Check out http://photodisc.com and see how they sell still and film footage online. The watermark cannot be removed and your ownership is branded into the mate

I am extending my hand in friendship and cooperation, Bill. Tell me what you want to do.

Floyd Webb

--
Floyd Webb, COO
3tolstudios, LLC (http://3tolstudios.com)
410 S. Michigan Ave, Suite 421
Chicago, IL 60605
312-281-2288
--------------------------
http://thesearchforcountdante.com
http://monkeehub.blogspot.com

In order to be free you simply have to be so, without asking permission of anyone. You have to have your own hypothesis about what we are called
       Andrey Tarkovsky
       Sculpting Time

**Attachments**

Files:
  fwebb.vcf (255)

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Comcast Webmail - Email Message     http://mailcenter3.comcast.net/wmc/v/wm/473BA7FE00026B60000...

Case 1:07-cv-11673-MLW    Document 53-2    Filed 12/04/2007    Page 3 of 6

**From:** barron shepherd <coachbarron2000@yahoo.com>
**To:** lamokio@comcast.net
**Subject:** Fwd: Re: Told you guy's to stop . But know you can't stop it. See you in court
**Date:** Tuesday, September 11, 2007 8:49:14 AM

kiss my rebel dick.

Note: forwarded message attached.

Don't let your dream ride pass you by. Make it a reality with Yahoo! Autos.

### Attached Message

**From:** barron shepherd <coachbarron2000@yahoo.com> [ Save Address ]
**To:** Floyd Webb <floyd@3to1studios.com>
**Subject:** Re: Told you guy's to stop . But know you can't stop it. See you in court
**Date:** Tue, 11 Sep 2007 05:46:32 PDT

Hey Floyd just tell aguair and creeden to kiss my rebel dick. How damn funny can this whole thing get. the guy wants to file something without representation what a joke.

Barron

*Floyd Webb <floyd@3to1studios.com>* wrote:

> All Bluff and bluster. $350 to file a suit in which Bill aguiar III is the attorney is not exactly awe inspiring.
>
>
> On 9/8/07, lamokio@comcast.net <lamokio@comcast.net> wrote:
> Aguiar v. Webb et al
> Plaintiff: William V. Aguiar, III
> Defendant: Floyd Webb, Barron Sheppard, Wendy Sheppard and Ashida Kim
>
> Case Number: 1:2007cv11673
> Filed: September 7, 2007
>
> Court: Massachusetts District Court
> Office: Boston Office [ Court Info ]
> County: Bristol
> Presiding Judge: Chief Judge Mark L. Wolf
>
> Nature of Suit: Intellectual Property - Copyrights
> Cause: 17:101 Copyright Infringement
> Jurisdiction: Federal Question
> Jury Demanded By: None
> Access additional case information on PACER

Use the links below to access additional information about this case on the US Court's PACER system. A subscription to PACER is required.
Access this case on the Massachusetts District Court's Electronic Court Filings (ECF) System

  * Search for Party Aliases
  * Associated Cases
  * Attorneys
  * Case File Location
  * Case Summary
  * Docket Report
  * History/Documents
  * Parties
  * Related Transactions
  * Check Status

Search for this case: Aguiar v. Webb et al
Search Blogs    [ Justia BlawgSearch | BlawgSearch Google Co-op | Blawg.com | Bloglines | Feedster | Google Blogsearch | Technorati ]
Search News    [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ]
Search Web     [ Legal Web | Google | MSN | Yahoo | Ask ]
Plaintiff: William V. Aguiar, III
Search Dockets  [ Dockets ]
Search Blogs    [ Justia BlawgSearch | BlawgSearch Google Co-op | Blawg.com | Bloglines | Feedster | Google Blogsearch | Technorati ]
Search News    [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ]
Search Finance [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ]
Search Web     [ Legal Web | Google | MSN | Yahoo | Ask ]
Defendant: Floyd Webb
Search Dockets  [ Dockets ]
Search Blogs    [ Justia BlawgSearch | BlawgSearch Google Co-op | Blawg.com | Bloglines | Feedster | Google Blogsearch | Technorati ]
Search News    [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ]
Search Finance [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ]
Search Web     [ Legal Web | Google | MSN | Yahoo | Ask ]
Defendant: Barron Sheppard
Search Dockets  [ Dockets ]
Search Blogs    [ Justia BlawgSearch | BlawgSearch Google Co-op | Blawg.com | Bloglines | Feedster | Google Blogsearch | Technorati ]
Search News    [ Google News | Marketwatch | Wall Street Journal | Financial Times | New York Times ]
Search Finance [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar Filings ]
Search Web     [ Legal Web | Google | MSN | Yahoo | Ask ]
Defendant: Wendy Sheppard

```
Search Dockets  [ Dockets ]
Search Blogs    [ Justia BlawgSearch | BlawgSearch Google Co-op |
Blawg.com | Bloglines | Feedster | Google Blogsearch | Technorati ]
Search News     [ Google News | Marketwatch | Wall Street Journal | Financial
Times | New York Times ]
Search Finance  [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar
Filings ]
Search Web      [ Legal Web | Google | MSN | Yahoo | Ask ]
Defendant: Ashida Kim
Search Dockets  [ Dockets ]
Search Blogs    [ Justia BlawgSearch | BlawgSearch Google Co-op |
Blawg.com | Bloglines | Feedster | Google Blogsearch | Technorati ]
Search News     [ Google News | Marketwatch | Wall Street Journal | Financial
Times | New York Times ]
Search Finance  [ Google Finance | Yahoo Finance | Hoovers | SEC Edgar
Filings ]
Search Web      [ Legal Web | Google | MSN | Yahoo | Ask ]


--
Floyd Webb
3to1 Studios, LLC
http://3to1studios.com
410 S. Michigan Ave
Chicago, IL 60605
312-281-2288 office
708-704-1482 cell
312-233-2780 skype
```

**Fussy? Opinionated? Impossible to please? Perfect.** Join Yahoo!'s user pan

## Your WHOIS Search Results



**thesearchforcountdante.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!
Backorder - Try to get this name when it becomes available.
Private Registration - Keep personal information for this domain private.
SSL Certificates - Get peace of mind with a secure certificate

Visit AboutUs.org for more information about THESEARCHFORCOUNTDANTE.COM
AboutUs: THESEARCHFORCOUNTDANTE.COM

**Registrant:**
Webb, Floyd

410 S. Michigan Ave.
Suite 421
Chicago, IL 60610
US

Make this info private

**Domain Name:** THESEARCHFORCOUNTDANTE.COM

**Administrative Contact, Technical Contact:**
Webb, Floyd
fwebb@itutu.com
410 S. Michigan Ave.
Suite 421
Chicago, IL 60610
US
Phone: 708-704-1482

Record expires on 15-Jul-2008
Record created on 15-Jul-2005
Database last updated on 15-Oct-2006

**Domain servers in listed order:**                Manage DNS

NS29.WEBSITEWELCOME.COM                 67.19.161.34
NS30.WEBSITEWELCOME.COM                 67.19.161.35

Show underlying registry data for this record

| | |
|---|---|
| Current Registrar: | NETWORK SOLUTIONS, LLC. |
| IP Address: | 67.19.161.34 (ARIN & RIPE IP search) |
| IP Location: | US(UNITED STATES)-TEXAS-DALLAS |
| Record Type: | Domain Name |
| Server Type: | Apache 1 |
| Lock Status: | clientTransferProhibited |
| Web Site Status: | Active |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | 0 |
| Data as of: | 31-Jul-2007 |