UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

2007 DEC -4 A 11: 42

07-11673-mlw

| WILLIAM V AGUIAR III |
| PLAINTIFF |
| |
| VS. CIVIL ACTION NO. |
|   -   07-11673-MLW |
| |
| FLOYD WEBB AND ALL |

PLAINTIFF'S AUTOMATIC DISCLOSURES

A.  WITNESSES

    A. Floyd Webb
       505 S. 7th Ave
       Maywood Ill.
       E22 Digital Film productions
       3 to 1 Studios
       410 South Michigan Ave.
       Suite 421
       Chicago Illinois 60605
       Work phone 1-312-281-2288
       Cell Phone 1-706-704-1482

    B. Barron Shepperd
       1100 Cowan Rd
       Gulfport Mississippi, 39507
       Cell Phone – 1-863-860-8769

    C. Wendy Shepperd
       921 Ave W.N.W
       Winter Haven, Florida
       33881
       1467 Bonnie View Ct
       Evansville Indiana, 47715
       Work phone 1-863-292-0307

    D. Radford Davis a.k.a Christopher Hunter a.k.a Ashida Kim
       1010 Ave W.N.W. Winter Haven Florida, 33881
       4900 Cypress Gardens Road
       Winter Haven Florida, 33881
       Dojo Press
       P.O. Box 209
       Lake Alfred Florida, 33805

    E. Attorney John Franquer Esquire
       138 Rock Street
       Fall River Massachusetts, 02722
       1-508-678-2824

    F. John F Creeden Jr.
       45 E Mitchell Apt.
       Fall River Massachusetts 02720

    G. John F Creeden III
       22 Famiglietti Drive
       Providence Rhode Island, 08190
       1-401-751-3884

    H. John A Cole
       253 Mill Street
       New Bedford, Massachusetts, 02740


B. 1. Worlds Deadliest Fighting Secrets Book, Published August, 26 1968
    An Original template to Worlds Deadliest Fighting Secrets Book 1968
      Original pictures to Worlds Deadliest Fighting Secrets Book 1968
      Original negatives to Worlds Deadliest Fighting Secrets Book 1968
      Original illustrations to Worlds deadliest fighting Secrets Book 1968
      Original Bindings to the World's Deadliest Fighting Secrets Book 1968
      All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 1968 to #A86679.

2. Worlds deadliest fighting Secrets Book, Published July 17 1991
   A Original template to Worlds Deadliest Fighting Secrets Book 1991
      Original pictures to Worlds Deadliest Fighting Secrets Book 1991
      Original negatives to Worlds Deadliest Fighting Secrets Book 1991
      Original illustrations to Worlds deadliest fighting Secrets Book 1991
      Original Bindings to the World's Deadliest Fighting Secrets Book 1991
      All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 1991 for #A86679.

3. Worlds Deadliest Fighting Secrets Video, Published August 22 2001
   An Original template to Worlds Deadliest Fighting Secrets Video 2001
      Original pictures to Worlds Deadliest Fighting Secrets Video 2001
      Original negatives to Worlds Deadliest Fighting Secrets Video 2001
      Original illustrations to Worlds deadliest fighting Secrets Video 2001
      Original Bindings to the World's Deadliest Fighting Secrets Video 2001
   All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 2001 to # Pau 2-673-807.

4. Worlds Deadliest Fighting Secrets II Video, Published August 22 2001
   An Original template to Worlds Deadliest Fighting Secrets II Video 2001
      Original pictures to Worlds Deadliest Fighting Secrets II Video 2001
      Original negatives to Worlds Deadliest Fighting Secrets II Video 2001
      Original illustrations to Worlds deadliest fighting Secrets II Video 2001
      Original Bindings to the World's Deadliest Fighting Secrets ll Video 2001
      All Copyrights and Holdings to Worlds Deadliest Fighting Secrets II 2001 to # Pau 2-617-092.

5. John Keehan /Dante Video Footage.
   4, 8mm reel's 1st generation color
   6, VHS Tapes 2nd generation color
   6, VHS Tapes 3rd generation black and white.
   1, DVD'S 4th generation black and white.

6. All John Keehan / Count Dante 3, Comic Book AD.
   Original Template to AD.
   Original Negatives to Count Dante AD
   Original Illustrations of Count Dante AD

7. Black Dragon Fighting Society Logos I e Dragon
   Original Template to Black Dragon Fighting Society Logos
   Original Negatives to. Black Dragon Fighting Society Logos
   Original Illustrations of Black Dragon Fighting Society Logos
   Original Images of Black Dragon Fighting Society Logos

    8. World Karate Federation Logo's
       Original Templates to World Karate Federation Logo's
       Original Negatives to World Karate Federation Logo's
       Original Illustration's to World Karate Federation Logo's
       Original Images to World KARATE FEDERATION LOGOS.

C. C.     1. Worlds Deadliest Fighting Secrets Book, Published August, 26 1968
    An Original template to Worlds Deadliest Fighting Secrets Book 1968
      Original pictures to Worlds Deadliest Fighting Secrets Book 1968
      Original negatives to Worlds Deadliest Fighting Secrets Book 1968
      Original illustrations to Worlds deadliest fighting Secrets Book 1968
      Original Bindings to the World's Deadliest Fighting Secrets Book 1968
      All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 1968 to #A86679.

    2. Worlds deadliest fighting Secrets Book, Published July 17 1991
      An Original template to Worlds Deadliest Fighting Secrets Book 1991
        Original pictures to Worlds Deadliest Fighting Secrets Book 1991
        Original negatives to Worlds Deadliest Fighting Secrets Book 1991
        Original illustrations to Worlds deadliest fighting Secrets Book 1991
        Original Bindings to the World's Deadliest Fighting Secrets Book 1991
        All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 1991 for #A86679.

      3. Worlds Deadliest Fighting Secrets Video, Published August 22 2001
        An Original template to Worlds Deadliest Fighting Secrets Video 2001
          Original pictures to Worlds Deadliest Fighting Secrets Video 2001
          Original negatives to Worlds Deadliest Fighting Secrets Video 2001
          Original illustrations to Worlds deadliest fighting Secrets Video 2001
          Original Bindings to the World's Deadliest Fighting Secrets Video 2001
        All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 2001 to # Pau 2-673-807.

      4. Worlds Deadliest Fighting Secrets II Video, Published August 22 2001
        An Original template to Worlds Deadliest Fighting Secrets II Video 2001
          Original pictures to Worlds Deadliest Fighting Secrets II Video 2001
          Original negatives to Worlds Deadliest Fighting Secrets II Video 2001
          Original illustrations to Worlds deadliest fighting Secrets II Video 2001
          Original Bindings to the World's Deadliest Fighting Secrets II Video 2001
       All Copyrights and Holdings to Worlds Deadliest Fighting Secrets II 2001 to

# Pau 2-617-092.

5. John Keehan /Dante Video Footage.
   4, 8mm reel's 1st generation color
   6, VHS Tapes 2nd generation color
   6, VHS Tapes 3rd generation black and white.
   1, DVD'S 4th generation black and white.

6. All John Keehan / Count Dante 3, Comic Book AD.
   Original Template to AD.
   Original Negatives to Count Dante AD
   Original Illustrations of Count Dante AD

7. Black Dragon Fighting Society Logos I e Dragon
   Original Template to Black Dragon Fighting Society Logos
   Original Negatives to. Black Dragon Fighting Society Logos
   Original Illustrations of Black Dragon Fighting Society Logos
   Original Images of Black Dragon Fighting Society Logos

8. World Karate Federation Logo's
   Original Templates to World Karate Federation Logo's
   Original Negatives to World Karate Federation Logo's
   Original Illustration's to World Karate Federation Logo's
   Original Images to World KARATE FEDERATION LOGOS.

WILLIAM V AGUIAR III
630 MAPLE STREET
FALL RIVER MASSACHUSETTS
02720

*William V. Aguiar III*
PRO SE

12/2/07

CERTIFICATE OF SERVICE

William V Aguiar lll
Plaintiff

VS.                                                    Civil Action No. 07-11673-MLW

Floyd Webb and All
Barron and Wendy Sheppard
Ashida Kim / Radford Davis

l William V Aguiar III l herby state that l mailed A true copy within document's to all counsel of record.

Date 12 / 2 / 2007

William V Aguair III
Pro Se
*William V. Aguiar III* (signature)
630 Maple Street
Fall River Massachusett's 02720