UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 DEC -4 A 11: 42

07-11673-MCW

| WILLIAM V AGUIAR III |
| PLAINTIFF |
| |
| VS. CIVIL ACTION # 07-11673-MLW |
| |
| RADFORD DAVIS AND ALL |

DENIAL OF SCHEDULING CONFERENCES BY TELEPHONE

1. Plaintiff Aguiar moves this Honorable Court to dismiss this motion for an improper financial statement by not entering the thousand dollars paid by Barron Shepperd for Defendants intellectual property.
2. Defendant Davis is the author of over 30 books and publication, he owns Dojo press. And has traveled oversea twice in 2006 to Pavia Italy and to Munich Germany to teach. I doubt this would do any harm to his mother Defendant Davis has been warned for over 10 years to stop infringing on copyright's and trademark's. He was sent cease and desist letters dated 2005 and threw several e-mail's. Either way I tried to give Defendant Davis a chance to stop infringing on said Copyrights.
3. Further more I will ask for Sanction for a Criminal Complaint against Defendant Davis for filing a Fraudulent Financial Affidavit for not mentioning that his income from Defendant Barron Shepperd for one thousand dollars from for buying the right to his business and video's. Defendant Barron Sheppard e-mail dated March 28, 2007. To which he states that there was a sale of one thousand dollar transfer. Defendant Davis come with un-clean hands in this motion.

4. We do not contest. Only proof of her life alive really exists. And proof of probate and power of Attorney
5. Defendant Davis has to prove to this Honorable Court that she exists and proof of power of Attorney and probate. And Defendant Davis has to prove to this Honorable Court that there is a hardship " The proofs in the pudding". Show documentation of said person. And show to this Honorable Court that a hardship exists. Also an Affadavit from the Social Worker or health care provider notarized and sworn to satisfy this honorable Court.
6. The Defendant comes with un-cleans hands. Defendant Davis is trying to deceive you with someone else e-mail's. Thos e-mails are from someone else and there is not one threat to Defendant Davis from anyone. This is just another tactic by Defendant Davis to deceive this Honorable Court. Mr. John F Creeden III is not part of this complaint. But a witness for the Plaintiff. Defendant's Barron Shepperd and Floyd Webb did deceive John f Creeden Jr. into an alleged sale of said footage. Those e-mails are from everyone involved in the alleged theft and conspiracy to de-fraud copyrighted materials. Mr. John F Creeden III signed no said agreements verbal or otherwise and no agreements or Mr. John F Creeden Jr so there was no sale. Further more that I Plaintiff William V Aguiar III This Honorable Court to ask for sanction against Defendant Davis for not Cleary reading who sent the e-mail's and who received them I the Plaintiff have not even been mentioned in the e-mail's.

Defendant Davis should not be allowed to make baseless accusations clearly he hasn't even read them.

WILLIAM V AGUIAR III
PRO SE

*William V Aguiar III*  12-2-07

630 MAPLE STREET
FALL RIVER MASSACHUSETTS
02720