FILED
UNITED STATES DISTRICT COURT IN CLERKS OFFICE
DISTRICT OF MASSACHUSETTS

2007 DEC -4  A 11: 42

07-11673-MLW

WILLIAM V AGUIAR III
PLAINTIFF

VS   CIVIL ACTION # 07-11673-MLW

RADFORD DAVIS AND ALL

MOTION TO DENY INCLUSION – RADFORD DAVIS

Now comes Plaintiff William V Aguiar III moves this Honorable Court as follows

1. Plaintiff William V Aguiar III petitions this Honorable Court to deny Inclusion. There is no hearing before Magistrate Judge Robert B Collin's. Chief Justice Mark Wolf will hear this case so this Motion no merit to this Honorable Court. Chief Justice Wolf will hear and Deny Motion for Lack of Jurisdiction and Motion to Dismiss Due to Inadequacy of the amount in dispute. Even through Diversity is not the Question asked and it a Federal Question. Once again Defendant Davis is misquoting the Law.

2. Plaintiff Aguiar petitions the Honorable Court to Deny Inclusion and Defendant

Have sufficient funds to travel to Pavia Italy and to Munich Germany to travel by his own personal expense in 2006. Further more defendant Davis needs to prove that his mother is still alive and in a signed Affadavit from the Administrator of the Facility. That's states that his mother if alive couldn't survive without his care. And proof that Defendants mother in an Affidavit signed and notarized is indignant without her son. Not vague unproven hypothetical situation but proven fact.

    1.Defendant Davis has sufficient fund that would allow him to travel to Massachusetts's. In the Discovery phase Plaintiff Aguiar will ask for his IRS record back 6 years to see if Defendant Davis is lying to this Honorable Court

3. Defendant Davis assertion that in his financial statement of only has a monthly income of three hundred dollars yet has an credit card debit of a total of six hundred dollars a month in payments
4. Further more I will ask for Sanction for a Criminal Complaint against Defendant Davis for filing a Fraudulent Financial Affidavit for not mentioning that his income from Defendant Barron Shepperd for one thousand dollars from for buying the right to his business and video's. Defendant Barron Sheppard e-mail dated March 28, 2007. To which he states that there was a sale of one thousand dollar transfer. Defendant Davis come with un-clean hands in this motion.

William V Aguiar III
Pro Se

*William V. Aguiar III*

12-2-07

603 Maple Street
Fall River Massachusetts 02720

UNITETED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


WILLIAM VAGUIAR III
PLAINTIFF


VS   CIVIL ACTION # 07-11673-MLW

RADFORD DAVIS AND ALL


PROPOSED ORDER


Having considered Plaintiff William V Aguiar III motion for Denial of Inclusion. Its hereby ordered that Plaintiff Radford Davis shall be included in the Copyright Case in front of Chief Justice The Honorable Mark L Wolf.

And Defendant Davis motion of jurisdiction and Inadequacy be Denied because Defendant Davis come with unclean hand in preparation of his Financial Affidavit.


SO ORDERED


-------------------------------------
Honorable Mark L Wolf
Chief Judge, United States District Court
District of Massachusetts

CERTIFICATE OF SERVICE

William V Aguiar III
Plaintiff

VS.                                                      Civil Action No. 07-11673-MLW

Floyd Webb and All
Barron and Wendy Sheppard
Ashida Kim / Radford Davis

I William V Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

Date  12 / 2 / 2007                    William V Aguair III
                                        Pro Se
                                        *William V. Aguiar III* (signature)
                                        630 Maple Street
                                        Fall River Massachusett's 02720