UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR III,

       Plaintiff,

v.

FLOYD WEBB, BARRON SHEPHERD,
WENDY SHEPHERD, AND ASHIDA
KIM a/k/a CHRISTOPHER HUNTER a/k/a
BRADFORD DAVIS,

       Defendants.

CIVIL ACTION NO.
07-11673-MLW

**JOINT STIPULATION TO CONTINUE JANUARY 11, 2008 HEARING AND SCHEDULING CONFERENCE**

    Defendant Floyd Webb, Defendants Barron and Wendy Shepherd, Pro Se Defendant Radford Davis a/k/a Ashida Kim, and Pro Se Plaintiff William V. Aguiar III, stipulate, subject to Court approval, to a continuance of the hearing and scheduling conference currently scheduled for 2:00pm January 11, 2008 until 2:00pm February 1, 2008.

    As set forth in the Declaration of Anthony T. Falzone, submitted herewith, there is good cause for the proposed extension. Mr. Falzone is the senior attorney for Mr. Webb. He is expecting the birth of his second child on January 5, 2008 or within the two weeks following that date and is accordingly unable to travel to Boston to attend the scheduled hearing.

    One extension of time has been granted in the above-captioned matter. Defendant Webb and Plaintiff Aguiar stipulated to an extension of time to file Defendant Webb's

response to Plaintiff's Motion to Amend the Complaint. The Court endorsed that stipulation on October 26, 2007. There have been no continuances in this matter, and there are no other dates (including hearing dates, discovery cut-off dates, hearing deadlines, pre-trial conference dates, or trial dates) currently set in this matter besides the hearing date sought to be continued.

For the reasons described above, there is good cause to grant the continuance of the January 11, 2008 hearing in this matter.

A proposed order is attached hereto.


Respectfully submitted this 20th day of December, 2007, by joint stipulation of all parties.


/s/ Brandy A. Karl
Brandy A. Karl (BBO #661441)
Center for Internet and Society
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305-8610
Tel: (650) 724-0517
bkarl@stanford.edu

*Attorney for Defendant Webb*

/s/ William V. Aguiar III
630 Maple Street
Fall River, MA 02720
Tel: (508) 678-5310

*Pro Se Plaintiff*

/s/ Aaron Silverstein
Aaron Silverstein (BBO# 660716)
Arpiar M. Saunders (BBO# 664997)
Saunders Silverstein & Booth LLP
172 State Street Suite 3
Newburyport, MA  01950
Tel: (978) 463-9100
asilverstein@ssbooth.com
msaunders@ssbooth.com

/s/ Radford Davis
Radford Davis a/k/a Ashida Kim
Post Office Box 209
Lake Alfred, FL 33850
Tel: (863) 401-9473
dojopress@gmail.com

*Pro Se Defendant*

*Attorneys for Defendants Shepherd*

**CERTIFICATE OF SERVICE**

       I hereby certify that this document filed on December 20, 2007, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

                                        /s/ Brandy A. Karl
                                        Brandy A. Karl