UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR III,<br><br>      Plaintiff,<br><br>v.<br><br>FLOYD WEBB, BARRON SHEPHERD, WENDY SHEPHERD, AND ASHIDA KIM a/k/a CHRISTOPHER HUNTER a/k/a BRADFORD DAVIS,<br><br>      Defendants. | CIVIL ACTION NO.<br>07-11673-MLW |

## **[PROPOSED] ORDER**

Having considered the parties' Joint Stipulation to Continue January 11, 2008 Hearing and Scheduling Conference, it is hereby

ORDERED that the hearing and scheduling conference scheduled for 2:00pm January 11, 2008 is continued to 2:00pm February 1, 2008.

_____
Honorable Mark L. Wolf
Chief Judge, United States District Court
District of Massachusetts