Subj: **Mr. Davis this is Master Aguiar**
Date: 11/17/2007 7:01:23 P.M. Eastern Standard Time
From: masteraguiar@yahoo.com
To: DOJOPress@aol.com

Before every motion under the Federal Rules of Procedure you need to converse with me over every motion our I will not re-ply and I will go see the Judge to make you converse . Go ask a lawyer if you don't believe me .

      Supreme Grand Master William V Aguiar III

Master Bill Aguiar of the Black Dragon Fighting Society

Be a better sports nut! Let your teams follow you with Yahoo Mobile. Try it now

EXHIBIT 1.

17 DEC 07

Subj: **This is William V Aguiar III**
Date: 12/4/2007 4:34:48 P.M. Eastern Standard Time
From: masteraguiar@yahoo.com
To: DOJOPress@aol.com

Mr. Davis this is my third time trying to contact you about motions and and discovery. You must follow the Federal Rules of Procedure. The following interrogatories you sent will not do . I will file a motion under rule 37 failure to make disclosures or cooperate in discovery: Sanctions. You must follow Rule 26 of the Federal Rules of Procedure if you liken it or not.

You must follow the rules of Procedure or you will be held in contempt of court. It doesn't matter if I'm a CPA or not its the law Radford so get over it.

        Please call me at you convenience to discuss the case thank you

        William V Aguiar III
        1-508-67-85310

Master Bill Aguiar of the Black Dragon Fighting Society

Be a better sports nut! Let your teams follow you with Yahoo Mobile. Try it now.

EXHIBIT 2
17 osc 07

Subj: **William Aguiar again**
Date: 12/6/2007 9:43:30 P.M. Eastern Standard Time
From: masteraguiar@yahoo.com
To: DOJOPress@aol.com

Mr. Davis I'm sending you this e-mail compelling you to follow the Federal Rules of Procedure in the Discovery Phase of Court. I have read your reply and found something interesting. You state you have semi annual payments from Paladin how come their are not recorded in your Financial Affidavit.

These are several issues that you must comply with by the Federal Rules I must in good faith try to contact you. Thank You

Master Bill Aguiar of the Black Dragon Fighting Society

**Never miss a thing.** Make Yahoo your homepage

EXHIBIT 3
17 DEC 07

| | |
|---|---|
| Subj: | **Ashida Kim a.k.a. Radford Davis** |
| Date: | 12/7/2007 4:09:42 P.M. Eastern Standard Time |
| From: | masteraguiar@yahoo.com |
| To: | dojopress@aol.com |

Mr. Davis please respond. By law you must work in the discovery and interrogatories phases or you will be in violation of Rule 37 of the Federal Rules of Procedure.

Which I will ask the court for them to order you to comply at your expense and you will be held in contempt of court. Mr. Davis this is your last chance or i will ask the court to intervene

Please read

Rule 37. Failure to Make Disclosures or to Cooperate in Discovery; Sanctions

### (a) Motion for an Order Compelling Disclosure or Discovery.

(1) In General.
On notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action.
(2) Appropriate Court.
A motion for an order to a party must be made in the court where the action is pending. A motion for an order to a nonparty must be made in the court where the discovery is or will be taken.
(3) Specific Motions.
(A) *To Compel Disclosure.* If a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions.
(B) *To Compel a Discovery Response.* A party seeking discovery may move for an order compelling an answer, designation, production, or inspection. This motion may be made if:
(i) a deponent fails to answer a question asked under Rules 30 or 31;
(ii) a corporation or other entity fails to make a designation under Rule 30(b)(6) or 31(a)(4);
(iii) a party fails to answer an interrogatory submitted under Rule 33, or
(iv) a party fails to respond that inspection will be permitted â€" or fails to permit inspection â€" as requested under Rule 34.
(C) *Related to a Deposition.* When taking an oral deposition, the party asking a question may complete or adjourn the examination before moving for an order.
(4) Evasive or Incomplete Disclosure, Answer, or Response.
For purposes of this subdivision (a), an evasive or incomplete disclosure, answer, or response must be treated as a failure to disclose, answer, or respond.


Master Bill Aguiar of the Black Dragon Fighting Society


Looking for last minute shopping deals? Find them fast with Yahoo! Search.


EXHIBIT 4

17 DEC 07

Subj: **William V Aguiar III Again**
Date: 12/9/2007 3:59:08 P.M. Eastern Standard Time
From: masteraguiar@yahoo.com
To: dojopress@aol.com

Mr. Davis this will be my last attempt to confer with you as per Federal Rules of Procedure. I will be submitting a motion per rule 37 for failure to cooperate with discovery.

Even with your weak assumptions of a person who isn't a Certified Public Accountant. It is like you saying your a black belt and it is proven that you are not a black belt.

This will be my last attempt to confer with you.

Master Bill Aguiar of the Black Dragon Fighting Society

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now

EXHIBIT 5
17 DEC 07

Subj: **crony your the fuckin crony**
Date: 7/7/2007 12:31:02 P.M. Eastern Standard Time
From: lamokio@comcast.net
To: dojopress@aol.com
CC: masteraguiar@yahoo.com

you little fuck i,m gonna sue you and barron sheppard i'll find you. talked to several school in n winter hanven saying your a loser and not a real martial artist. he also told me barron was just a wrestling coach . i want to make your shit list me and . i'm going to be the won who take you down chris. see you soon i'll fight anyone of your student's oh that's right you don't have any hahahahaha

EXHIBIT 6

17 DSC 07

| | |
|---|---|
| Subj: | **Re: You posted on countdante.com as vlad already you idiot** |
| Date: | 9/14/2007 12:41:59 P.M. Eastern Standard Time |
| From: | lamokio@comcast.net |
| To: | floyd@3to1studios.com |
| CC: | masteraguiar@yahoo.com, coachbarron2000@yahoo.com, johnpatricio@hotmail.com, dojopress@aol.com |

I've out thought you at every turn. Your the idiot Floyd you can't play fair. Your being backed by clown's. Why are you so mad at me . I exposed you and that's why you are so pissed to go around someone who own's the copyright's That's bad business practice's. William had given you a chance to resolve these issue's but you didn't want that.

Everybody know's that I own nothing no trademark's and no copyright's so why so mad at me Floyd. My dad shot the footage everybody now's that. William's and my dad's paper work will put you down.

As for fair use you should have used best practice's . Not some back yard drug dealer deal's that you and Barron have used. One of you guys have said let's work this out and come to a busness deal
. Know your comin to Boston  for copyright infrigement not fair use. You wanted this you got it.
-------- Original message ----------
From: "Floyd Webb" <floyd@3to1studios.com>
To hear you actually refer to someone as an idiot is HILARIOUS.

Floyd Webb


EXHIBIT 7

17 psc 07


EXHIBIT 8
17 DEC 07

| | |
|---|---|
| Subj: | **Re: You posted on countdante.com as vlad already you idiot** |
| Date: | 9/14/2007 5:07:20 P.M. Eastern Standard Time |
| From: | lamokio@comcast.net |
| To: | floyd@3to1studios.com |
| CC: | blackdragon@isat.co.za, coachbarron2000@yahoo.com, johnpatricio@hotmail.com, dojopress@aol.com |

Floyd you should have just dealt with Billy alone but you made it this way. William is willing to deal with you but no you didn't want that. Like I said I want the film to be made. But you chose side's to bring down the real member's of the Black Dragon fighting Society by chosing Ashida/ Barron Sheppard's side.

Who have been stealing the book and the name for year's all of this has come to a head. You didn't chose the right side and know look were your at know. And Brandy Karl isn't buying you any time . The court thing is going to happen . You have created this mess and only you can stop it by being a man and contacting William. And doing the right thing.

All of your cheap ass hustle's are not going to work. One way or another he's going to take a piece of you. You may get some fair use but the price is going to be to high to pay.

It's not about money it's about setting these thing's straight. Your all in the conspiracy and it's going to stop. Because William is going to stop it or until you come to your sense's . When an injuction goes in on Friday you have got nothing . William is going to drag this out for year's. Your will need Brandy Karl and Hoag to defend you. Once the injuction is in and you violate that order it become's a criminal procedding. Did I get your attention know. Get in touch with William and get the copyright's done and come to an agreement or go to court. You will have to come to Boston 10 or 15 time's Brandy will show you around she graduated from Harvard.

I wish you got Lawrence Lessing he's like Fuckin YODA when it come's to this shit . He's a fuckin legend I would love to meet him. Take care Floyd good luck. Their will be no responce's. Remember this is not fair use it's about copyright infrigement for the last 2 year's. Hope your telling the truth to these people.
------------- Original message -------------------
From: "Floyd Webb" <floyd@3to1studios.com>
> Ok John, you got me. I will grant you 5 more minutes of attention just to
> make your Friday work for you.
>
> Who said I was mad at you? I just think you are not trustworthy, that you
> are a lying, decietful sumbitch. No sense in me being mad at you for being
> you?
>
> Hell, I would be mad all day everyday. And I ain't that kind of time to
> spend on the likes of you.
>
> So please don't take it personal.
>
> Floyd Webb
>
> On 9/14/07, lamokio@comcast.net <lamokio@comcast.net> wrote:
> >
> > It's don't matter to me what anybody think's of me . I don't profit from
> > any of this Floyd nor do I care . I didn't do anything for Billy he did it
> > all his own. I don't represent the Black Dragon Fighting society. My name is
> > not on any copyright so being mad at me get's you no were.
> >
> > Your delusional mind think's that I starteall of this and I have a hand
> > somewere in all this. I don't this is were you are delusional to think I
> > control Billy or advised him in some way. This is all his he stayed in the
> > shadow's
> >
> > Why are you mad at me . You seem to think I started all this trouble Floyd
> > WHY am I so hated. I'm not that smart . Floyd you don't want me in this
> > because you will be totally fucked. I have nothing to do with this. I laugh

```
> > how you and Barron have tried to twist me into this. This has started with a
> > bad deal between me and Barron and it should have stayed that way but no you
> > had to stick in your two cent's in . And here we are you seem to think I
> > wave this magic wand  over Billy. You want me to get involved that's fine.
> > But you don't want that. You can't handle Billy alone let alone both of
> > us.                                                    &nb
> > sp;
> > ------- Original message ----------
> > From: "Floyd Webb" < floyd@3to1studios.com>
> > Yeah Yeah Yeah, you are delusional Creeden. Is the circus in town or are
> > you just a Bozo naturally?
> >
> > You could not out think a mouse in a maze with a head start and an
> > overhead view. Oh I am sorry that might be a bit too complex for your little
> > walnut brain, sorry. I don't know the "exceptio nal children's version."
> >
> > You really are making me laugh with these antics. You got nothing better
> > to do. It is Friday so I can play for a minute. But shouldn't you be down at
> > the courthouse preparing your case? I mean, even a great legal mind like
> > yours needs preparation.
> >
> > You just can't resist the attention and abuse can you? You and I both know
> > you live for it. You really got that ass waxed on Bullshido with those
> > stupid posts of your. You screwed yourself pretty good over there.
> >
> > Go back to your sand box and figure out your legal gameplan like a good
> > little boy. We will see your legal eagleness in court. That is, if Billy
> > let's you come. He will probably make you stay home so you won't say
> > something stupid to piss off the judge.
> >
> > Well, thats all the entertainment I have time for today.
> >
> > Floyd Webb
> >
> >
> >
> >
> >  On 9/14/07, lamokio@comcast.net < lamokio@comcast.net> wrote:
> > >
> > > I've out thought you at every turn. Your the idiot Floyd you can't play
> > > fair. Your being backed by clown's. Why are you so mad at me . I exposed you
> > > and that's why you are so pissed to go around someone who own's the
> > > copyright's That's bad business practice's. William had given you a chance
> > > to resolve these issue's but you didn't want that.
> > >
> > > Everybody know's that I own nothing no trademark's and no copyright's so
> > > why so mad at me Floyd. My dad shot the footage everybody now's that.
> > > William's and my dad's paper work will put you down.
> > >
> > > As for fair use you should have used best practice's . Not some back
> > > yard drug dealer deal's that you and Barron have used. One of you guys have
> > > said let's work this out and come to a busness deal
> > > . Know your comin to Boston  for copyright infrigement not fair use. You
> > > wanted this you got it.
> > >                                        ------- Original message
> > > -----------
> > > From: "Floyd Webb" < floyd@3to1studios.com>
> > > To hear you actually refer to someone as an idiot is HILARIOUS.
> > >
> > > Floyd Webb
> > >
```

```
> >
> >
> >
> > --
> > Floyd Webb
> > 3to1 Studios, LLC
> > http://3to1studios.com
> > 410 S. Michigan Ave
> > Chicago, IL 60605
> > 312-281-2288 office
> > 708-704-1482 cell
> > 312-233-2780 skype
> >
> >
>
>
> --
> Floyd Webb
> 3to1 Studios, LLC
> http://3to1studios.com
> 410 S. Michigan Ave
> Chicago, IL 60605
> 312-281-2288 office
> 708-704-1482 cell
> 312-233-2780 skype
```

From:     "Floyd Webb" <floyd@3to1studios.com>
To:       "lamokio@comcast.net" <lamokio@comcast.net>
Cc:       william <masteraguiar@yahoo.com>
Subject:  Re: You posted on countdante.com as vlad already you idiot
Date:     Fri, 14 Sep 2007 21:07:42 +0000
Content-Type: Multipart/alternative;
boundary="NextPart_Webmail_9m3u9jl4l_27469_1189807574_1"


Ok John, you got me. I will grant you 5 more minutes of attention just to make your Friday work for you.

Who said I was mad at you? I just think you are not trustworthy, that you are a lying, decietful sumbitch. No sense in me being mad at you for being you?

Hell, I would be mad all day everyday. And I ain't that kind of time to spend on the likes of you.

So please don't take it personal.

Floyd Webb

On 9/14/07, lamokio@comcast.net <lamokio@comcast.net> wrote:
  It's don't matter to me what anybody think's of me . I don't profit from any of this Floyd nor do I care . I didn't do anything for Billy he did it all his own. I don't represent the Black Dragon Fighting society. My name is not on any copyright so being mad at me get's you no were.

  Your delusional mind think's that I starteall of this and I have a hand somewere in all this. I don't this is were you are delusional to think I control Billy or advised him in some way. This is all his he stayed in the shadow's

  Why are you mad at me . You seem to think I started all this trouble Floyd WHY am I so hated. I'm not that smart . Floyd you don't want me in this because you will be totally fucked. I have nothing to do with this. I laugh how you and Barron have tried to twist me into this. This has started with a bad deal between me and Barron

and it should have stayed that way but no you had to stick in your two cent's in . And here we are you seem to think I wave this magic wand over Billy. You want me to get involved that's fine. But you don't want that. You can't handle Billy alone let alone both of us. &nb
sp; ——————— Original message —————————
From: "Floyd Webb" < floyd@3to1studios com>
Yeah Yeah Yeah, you are delusional Creeden. Is the circus in town or are you just a Bozo naturally?

You could not out think a mouse in a maze with a head start and an overhead view. Oh I am sorry that might be a bit too complex for your little walnut brain, sorry. I don't know the "exceptio nal children's version."

You really are making me laugh with these antics. You got nothing better to do. It is Friday so I can play for a minute. But shouldn't you be down at the courthouse preparing your case? I mean, even a great legal mind like yours needs preparation.

You just can't resist the attention and abuse can you? You and I both know you live for it. You really got that ass waxed on Bullshido with those stupid posts of your. You screwed yourself pretty good over there.

Go back to your sand box and figure out your legal gameplan like a good little boy. We will see your legal eagleness in court. That is, if Billy let's you come. He will probably make you stay home so you won't say something stupid to piss off the judge.

Well, thats all the entertainment I have time for today.

Floyd Webb


> On 9/14/07, lamokio@comcast.net < lamokio@comcast net> wrote:
> I've out thought you at every turn. Your the idiot Floyd you can't play fair. Your being backed by clown's. Why are you so mad at me . I exposed you and that's why you are so pissed to go around someone who own's the copyright's That's bad business practice's. William had given you a chance to resolve these issue's but you didn't want that.
>
> Everybody know's that I own nothing no trademark's and no copyright's so why so mad at me Floyd. My dad shot the footage everybody now's that. William's and my dad's paper work will put you down.
>
> As for fair use you should have used best practice's . Not some back yard drug dealer deal's that you and Barron have used. One of you guys have said let's work this out and come to a busness deal
> . Know your comin to Boston for copyright infrigement not fair use. You wanted this you got it.
> ——————— Original message —————————
> From: "Floyd Webb" < floyd@3to1studios com>
> To hear you actually refer to someone as an idiot is HILARIOUS.
>
> Floyd Webb
>
>
> --
> Floyd Webb
> 3to1 Studios, LLC
> http //3to1studios.com
> 410 S. Michigan Ave
> Chicago, IL 60605
> 312-281-2288 office
> 708-704-1482 cell
> 312-233-2780 skype

--
Floyd Webb
3to1 Studios, LLC
http //3to1studios com
410 S. Michigan Ave
Chicago, IL 60605
312-281-2288 office
708-704-1482 cell
312-233-2780 skype

**Subj:** Re: who do you think you are
**Date:** 8/24/99 9:44:05 AM Eastern Daylight Time
**From:** MADOLIO
**To:** DOJO PRESS

you have impressed me with your knowledge look i just dont understand you doing this for money.being with master aguiar it was like being a decibel of something like a secret society to put it on the net to me is wrong and to me it feels like a sell out not calling you a sell out its just something i feel . i know you get a lot of bullshit mail but im the real thing ive studied this all my life under my father and master aguiar its just selling the knowledge of giving someone the ability to tear the flesh off of someones face in 7 to 10 seconds is awful to the public its like giving someone a loaded gun and not knowing how to use that weapon. its just awful to do that. for the love of god you should not be selling this over the net  its like selling bomb making material. plus another question are you the same guy answering the other e-mail hes really pissing me off the tape im inquiring to is the count that is doing the dance of death in the basement of my house it would be great to see it on the net lets stop fighting like too children but that is my opinion . i have proved my balls on the street and in combat this is stupid its just something i believe in amd put my life into i apologize to you  your truly john francis creeden 3

EXHIBIT 9
17 DEC 07

Subj: Re: who do you think you are  
Date: 8/24/99 9:53:49 AM Eastern Daylight Time  
From: MADOLIO  
To: DOJO PRESS

well i would like to fight but your to old ikind of figured your age and beating an old man is not my idea of honor i will send the tape and you will see that im not bullshitting like i said in your other e-mail im not no kid its just something i believe in like what you would believe in you would fight for this is what i lived since the day iwas born i know what the count did ive done the same thing in the military but this is something that igrew up as a kid its like your stealing my church or something like that it sounds weird but thats how i felt about it i respect you as a person ive seen to much fighting and killing to fight over this is stupid its just to commercial for me to tolerate i apoligize to you yours truly john francis creeden 3

EXHIBIT 10  
17 DEC 07

Subj: **i will give you 50.000 dollars for a death match/ no bullshit**
Date: 4/11/2007 12:24:38 P.M. Eastern Standard Time
From: lamokio69@comcast.net
To: dojopress@aol.com

bradford davis i john creeden challenge you to a death match . and will to give you fifty thousand for your funeral expenses!!!! do you except or i,ll go down their in front of your students and blow you off the matt and all your students. your a member of the black dragon fighting society well so am i . the real one my father was john keehans best friend and my dad got his black belt from him in 1974. i,m appauled that you dis-honor my master with lies and bull-shit kata-dante as you put it is bull. if you dont except i will use all my powers to find and destroy you . this has gone on for some time i,m surprised to find your still alive. you are a dis-grace to his name and honor but i don,t care about that i just want to fuck you up BAD. because bill aguiar won,t do it . selling that shit to barron sheppard for a thousand dollars. i,ll come down to winter haven have brother in west palm short drive sick of this shit. see i,m the guy who,s going to get you lets do the match. w e,ll have floyd webb shoot it be a great movie opener me tearing the flesh off of your face. it,s not kata dante IT POISON HAND DUMB ASS. I KNOW YOUR OLD AND SCARED BUT I REALLY AHVE THE MONEY SP LETS DO THIS              YOU A FAKE             JOHN F CREEDEN [ SHO DAN BLACK BELT BLACK DRAGON FIGHTING SOCIETY]   BECAUSE I KMOW YOU,LL PUSSY OUT

EXHIBIT 11

17 DEC 07

Saturday, December 15, 2007 AOL: DOJO PRESS