Web Hosting Guestbooks Message Forum Blogs Mailing List Advertise HOLIDAY S FREE PREMIUM

Drive Beautiful

IT SEEMS THE PRESS IS DOING ALL THE TALKING FOR US.

READ MO

Black Dragon
Fighting Society

[illegible] Virtual Museum & Library Forum

Welcome to the [illegible] Virtual Museum & Library Forum

Enjoy yourself

Search For Similar Forums · Return to Website

First Prev Reply Home Next Last

[illegible] Page 1 of 1 (Total Posts: [illegible]) Search this Forum: Search

| Author | Comment |
| --- | --- |
| [illegible] [illegible] | **Christa's letter**<br><br>It gutted me when I read this. To realize that Christa and not Aguiar actually owned the BDFS nar<br>yourself |



D-2

[illegible]

Nov [illegible]th 2007 12:55 PM

## Re: Christa's letter

Here's food for thought,

I have seen this and the other letter. Here is the problem with this entire case. Floyd is making a [illegible]
Is he really infringing any rights?
Here is why I ask, If he were using the BDFS and WKF logos to promote a martial arts school ther[illegible]
Kim is guilty as charged. All Floyd is doing is telling a story. As such he is not misrepresenting him[illegible]
is the footage of Dante doing the dance of death and the 1968 book. I think that these items woul[illegible]
not try and use these items to promote a martial arts school there should be no problems

D-3

Floyd, in your opinion am I close to being right on this???

Mike [illegible]

---

**[illegible] Gilbert**

[illegible] 2007 [illegible] PM

### Re: Re: Christa's letter

Hi Mike

After reading the info from Justia, (thank you for finding that), I agree with everything you said. F
and Sheppard is questionable, just depends on his actual business relationship with him. The court
thing could be thrown out do to some questionable actions on the dicovery part by the BDFS. At a
shoes. With all the lawyers defending Floyd if Bill loses he will be paying a small fortune in cost.

Verna

---

**MAD MONK**

[illegible] 2007 - 1:06 PM

### Re: Christa's letter

[illegible] Mike
I totally agree. Isn't this situation similar to writers who publish "unauthorized" [illegible]
MAD MONK

---

**mschremp**

[illegible] 2007 [illegible] PM

### Re: Christa's letter

Monk,

I think so. There was a guitar player that I was fanatical about. His name was Roy Buchanan. He [illegible]
[illegible] did a book about him called "American Axe". Roy Buchanans wife did not support this proje
[illegible] interviews and all. I really think this will be the same thing. I really feel that Fall River is [illegible]
those guys. I just really think they are messing up. As far as Ashida is concerned I think William h

Mike S

---

**MAD MONK**

Nov 15th 2007 - 2:15 PM

### Re: Christa's letter

Mike,
It looks like we are in complete agreement, but what can anyone do? It's really a shame how som
has turned into such a legal mess. However, the only person I can speak for is myself and I am o

---

**Floyd Webb**

[illegible] 2007 [illegible] PM

### Re: Christa's letter

In my few communications with Bill [illegible] by email, I explained I was entitled to use of some materi
adverse to paying for things that they had legal right to. I said this not once [illegible] out about 10

Their cease and desist had no merit as far as I could see and I asked for a detailed catalog of wha

They claimed to have 4000 images they owned. This was a shake-down and abuse of copyright as

When I felt like this was going to be a shake-down is when I sought legal aid.

Barron Sheppard is not in business with Ashida Kim and was never in business with him. He boug
[illegible]. They both saw Sheppard as a meal ticket and tried to go into business with him as he d
[illegible]

Here is how I met Barron and we starting talking.

Barron read my blog back in late 2005 and discovered that Dante did not have a marker on his gr
to do that. The dedication will be part of the film and we plan on having a [illegible] to end th

I did not know him from Adam and he offered to do this. We continued to communicate about th

D-4

[illegible] discussions about investing in the film.

Then I introduced him to John Creeden and everything went to hell

That [illegible]

---

**MAD MONK**

[illegible]

### Re: Christa's letter

This is the point where I become confused. What part does John Creeden play in all this and what [illegible], this is more confusing then the Kennedy assasination.

---

**John Patricio**

[illegible]

### Re: Christa's letter

[illegible] killing me so I'll give you a quick abridged version.

As far as Barron goes, I think he just became entranced with Dante as we all [illegible] and wanted to [illegible] bought film footage from Creeden for $1,000, but basically [illegible] because [illegible] couldn't use it and never returned the money

That's my quick version. Someone with better hand functions can fill in the details.

Very nice and generous of Barron to want to buy a headstone for Dante. My mom doesn't have on[illegible] Always planned on publishing a book and funding it with the profits, but that book is still in the wo[illegible]

You know, I would like it to happen, but if it never does I don't think my mom would mind. It's no[illegible] that me and my half brother Ken live out of state, I'm not sure anyone visits her anyhow. I know [illegible] miss her. That's all that matters in the end.

---

**mischremp**

Nov [illegible], 200[illegible] [illegible] PM

### Re: Christa's letter

Monk,

You are closer to the truth than you thought. Creeden is ex military. He learned to shoot a gun in [illegible] that trained Lee Harvey Oswald. There was a special commission set up to investigate the death o[illegible] commission determined that Dante locked himself in his apartment in Chicago because he was afr[illegible] the street. It turns out that Ashida Kim was working for the Florida mafia and was going to do a h[illegible] behind the JFK assassination. Bruce Lee was hired by a strip club owner out of Dallas to make sur[illegible] would be killed. Lee was secretly poisoned before he could perform the hit. But here is the real kic[illegible] whole deal with the help of John Patricio. Patricio sold secret documents for $2,500 to help cover [illegible] [illegible] operative that needs to make sure the truth does not come out. If Floyd gets t[illegible] [illegible] Therefore he has to do what ever he can to stop this movie

Hopefully this clears everything up

Mike S

---

**MAD MONK**

Nov [illegible]th, 200[illegible] [illegible]:32 PM

### Re: Christa's letter

HOLY SHNYKIES! Step aside Floyd Webb, it's time we called in Oliver Stone!
MAD MONK

---

**Floyd Webb**

### Re: Christa's letter

Oliver Stone... IS MY FAH THUH ...Luke ☺

D-5

| [illegible] | |
|---|---|
| [illegible] | **Re: Christa's letter** <br> [illegible] what about the fact that Aliens took over Fall River? John Patricio is not really John Patricio, <br><br> [illegible] he's going to take us all away in a spacecraft and mate us with Martian women [illegible] copy of [illegible] "Klingon Kung Fu" when I go. |
| John Patricio <br><br> [illegible] | **Re: Christa's letter** <br> [illegible] great and entertaining story. Enjoyed it much <br><br> [illegible], Your comment reminded me of a song that some of the kids used to [illegible] when I was a kid. I don't remember most of the latter lyrics... I'm hoping someone else here does [illegible] can finish it for <br><br> Here goes <br><br> On the planet Mars where the Martians smoke cigars <br> every puff they take is enough to kill a snake <br> when the snake is dead they put diamonds in its head <br> when the diamonds blah, blah blah blah blah blah blah <br> blah <br><br> [illegible] |

First Prev Reply Home Next Last

**Cover Letter Samples**
Quickly Find Sample Cover Letter Help & Advice in Our Directory.

**Cease & Desist Form**
Online form creates Cease & Desist letters quickly & easily.

Ads by Google

Get your FREE forum service!
Fast URL Redirect · Site Rings · Mini Polls · Vote Caster

powered by bravenet.com

D-6

# My Community

- General Ashida Fraud Discussion
  - Ashida Fraud

Author | Comment | Share This Thread

**Ashida Fraud**

This forum was started for one purpose, as a retaliation against Radford "Ashida Kim" Davis for commiting FRAUD AND COPYRIGHT INFRINGMENT against the BLACK DRAGON FIGHTING SOCIETY. We had the truth on our side regardless of what "Ashida" claims or what any of his little [illegible] misfits choose to believe. Since that time Radford Davis has had his website suspended until he removed all reference to the B.D.F.S. and Count Dante, which he did because he had no other choice if he wanted to keep his website. Once again, regardless of what he says in that ludicrous, delusional rant "Dojo Politics" on his website, this suspension occured because the B.D.F.S. had truth and the law on its side. It had nothing to do with "politics", it had to do with FRAUD AND COPYRIGHT INFRINGMENT, which is illegal.
At this point I have said the last I am going to say on the subject.
MAD MONK

*Edited by: [illegible] at: 3/24/06 5:36 pm*

Add Reply

jump to: Announcements Go

Ashida Fraud Forum

Powered By [illegible] Ver. 7.32
Copyright (c)1999-2007 ezboard, Inc.

# My Community

> General Ashida Fraud Discussion
> Ashida Kim, fraud, thief, con-man

| Author | Comment |
|---|---|
| | **Ashida Kim, fraud, thief, con-man** |
| ezOP | Some may shake their head, some may say "why bother?" but they have not had their organization victimized by a scam artist like Ashida Kim. First of all, as anyone with a brain knows, there is no such person as "Ashida Kim", this is an alias. Years ago he purchased a copy of Count Dantes book "World's Deadliest Fighting Secrets" by mail, which included a Black Dragon Fighting Society membership card. For some reason he now considers himself the Grandmaster of the B.D.F.S. and is currently engaged in criminal fraud by selling illegal pirated copies of the "Worlds Deadliest Fighting Secrets" through his website. Because of this, and also because I just want to do my small part to piss off him and his band of babbling retards, I decided to start this forum, DEDICATED TO TRUTH, JUSTICE AND THE DOWNFALL OF THE CLOWN PRINCE OF THE MARTIAL ARTS, ASHIDA KIM. |
| | **Kimmy** |
| Member<br>Posts: 50 | 1. Kim attended a seminar held by Dante possibly late sixties early seventies. Consider: most seminars have a duration of less than half a day (4 hours)<br><br>2. Kim was given or purchased a copy of the WDFS. How many others at seminar did the same?<br><br>3. Included with WDFS was a little black card that very tongue in cheek made people "members" of the BDFS.<br>How many others at that seminar were made "members"?<br><br>The point I'm making re: Radford's big claims to the BDFS is quite obvious, even to the boneheads that still think he is the grand poo-bah of the BDFS |
| | **Re: Kimmy** |
| ezOP<br>Posts: 66 | Radford Kims claim of meeting Count Dante at a seminar is really the first time I have ever even heard of the Count conducting seminars to the public. But of course if Ashida Davis says it, that makes it so. |

B.D.F.S Membership Card

Member

Wouldn't it be real cool if everyone who purchased the WDFS and received a "membership" card came out of the woodwork and claimed to be the hand picked successor to Count Dante! It'll give Bill one hel-eva migraine, but we can let them all fight it out and come back and start fresh once the bodies are cleaned away. A great marketing ploy by Dante in the late sixties, very good for business; but now look what he started! If a younger pimply faced Radford Davis hadn't got hold of one of those cards this wouldn't be happening.
One thing that always made me suspect about Kim's meeting with Dante ... street demo version as per Kim's website...... . Why would Dante teach a group of protesters that included a black street gang to go up against the trained and armed Chicago Police Department????
We know the protest happened but the Dante/Kim/street gang involvement? Gimme a break!

Re: BDFS Membership Card

Hey An, you know what all of Ashitas B.S. reminds me of? People who claim to have been abducted by aliens. Now no one can prove 100% that they are just telling tales of fantasy and imagination just to get attention (like Ashita) but the rest of us don't need to have 100% positive proof to know with a high degree of certanty that they are full of sh!t, we can think for ourselves and don't have to follow their "because I say it that makes it so" mentality. This is what Ashita Davis cannot tolerate, anyone who thinks for themselves. Just look at his forum and the way he behaves whenever anyone asks a question his highness does not like being asked, usually anything to do with his training and background. He just loses it, "COCKSUCKER, MUTHERFUKKER, ASSHOLE TROLL!!!" If his band of merry misfits can't see how unstable and unbalanced this guy is, they deserve to get laughed at and ridiculed right along with him.
You know what I think the B.D.F.S. should do, since Ashita Davis thinks it's ok for him to sell pirated copies of "Worlds Deadliest Fighting Secrets", I think we should buy some Ashita Kim books and offer them for free download on the internet.
Gee, I bet we would even make his "SH!T LIST".
MAD MONK

*Edited by: at: 9/7/05 6:56 am*

jump to. Announcements Go

Ashida Fraud Forum

Powered By ... Ver. 7.32
Copyright ... Inc

# My Community

Author | Comment | Share This Thread

Ashica Humor

What's the difference between Ashida Kim and a dog turd? Ashida has ears.
What does Ashida Kim have in common with a dog turd? They both don't know shit about ninjutsu.
Why does Ashida Kim like to sniff dog turds? They smell [illegible] books.
Why does Ashica Kim like to eat dog turds? They're cheaper than dog food.
Why is Ashica BETTER than a dog turd? He can fill a bigger hole

Feel free to post your own Ashica humor!

*Edited by: at: 8/8/05 11:00 pm*

Re: Ashida Humor

Member
Posts: 1

There is a street in my town named after Ashida............ DEAD END

ashida joke

Member
Posts: 23

The only way Ashida will get any credibility is if someone dies and wills it to him!

Re: ashida joke

Posts: 10

Or maybe he could just make himself a "credibility certificate" and make himself the new "Grand Master of Credibility".

Dojo Press

If you want a real good laugh compliments of 'ol Radford Kim, have a look at the book section of his Dojo Press website. Take a look at the "book" titled "Ninja Magick". You will have to click on it to see the enlarged picture of the book, but have a look at the guy on the cover! I would guess by the look of that guys eyes that "Ninja Magick" has something to do with smokin' some REALLY good weed!

Member

dojo press

Hang on a second Mad Monk! You have just insulted the late Count Dante! If you read Asshita's spee you'll see that the magician tela was born 9 months after Dante gave up the ghost and after starting his training with Radford he realized that he knew Kata Dante (their description of Dance of Death) instantly as it had awakened memories of another life. Guess what, I've got a packet of Dante's personal blended cigarettes at home that he used to distribute amongst his friends. Maybe we're cousins!

Re: dojo press

Well, I guess Bill is just going to have to give up the 10th Dan his father passed on to him and bow to the NEW reincarnated Count Dante.Both him and Ashita must have been smokin some of the same stuff.
A little advice to you boys, if you can't handle the shit, don't do it.

Member

Re: dojo press

Yeah good joke you jealous fucktards, maybe I've got one too:
How many fags does it take to run a forum? Just a few because no one besides a few college losers come here anyway, lo

Member

Re: dojo press

This Bampion fellow is making a mockery of this forum with his trolling antics.

Some have suggested that it is an agent of none other than Stephen K. Hayes himself.

Send this message to Steve: your golden costume will not avail you, no matter how prettily you dance.

People have no grasp of what they do.

dojo press

Member

Bampian used a swear word.....I'm telling.

Re: dojo press

Member

Wow, unbelievable that you would actually claim to be that squeaky clean, huh? Pretending like this board isn't subject to swearing by you guys every second post? lol, next time get your story straight



Member

swearing

What me swear????!! You got it all wrong. @#%$

Member

Ashida Kim vs. A dead skunk

What's the difference between Ashida Kim dead in the road and a dead skunk in the road?

There are skid marks before the skunk.

Member

Ashida Kim vs. A Piece of Shit

What's the difference between Asida Kim and a piece of shit on a stick?

In a fight the shit would win without using the stick as a weapon

Re: Ashida Kim

Ashida is to the martial arts world what Jeffrey Dahmer is to the world of gourmet cuisine.

Member

Kim

Kim (on telephone) ... "Hello, operator. What's the number for 911?"

Kim (on telephone to Pizza Hut)......"Hello, can you tell me what's on a ham and pineapple pizza?"

        

Member

Ashida Kim's "climbing claws"

Ashida Kim has a new weapon in his deadly array of of incorrectly spelled tools. His own patented "climbing claws". Unlike the steel claws of the true ninja, his are made from durable velcro and are completely impossible to remove from wool when used by a master sheep f**cker like himself

Baaaahhhhhh AAAAsssshhhhiiiiidddaaaa noooooooooo!!!!

# My Community

Author | Comment | Share This Thread

**Mr. and Mrs. KIM's boy, Ashica.**

Thought I'd check out Bu'shido, especially after reading that thread about Ashica and his fake certificates on Bill's BDFS forum.
F*ck me! Ashica's a rash all over Bu'shido!
He has even turned to quoting threats from the old Arnie Schwartz movie Conan the Barbarian(!)
But like someone wrote on Bu'shido, Kim/Racford/Davis has stolen everything else, why not movie quotes?

**Re: Mr. and Mrs. KIM's boy, Ashica.**

I think the ONLY place you can read ANYTHING positive about Ashica is on his own message board, but I would think that guy now even his most loyal would be questioning his sanity. He's even making threats to kill now. Now I'm all scared again and my dogs back hiding under the bed!
Another challenger asked about his 10 thousand dollar challenge, but true to form, ol' Ashica can't give a straight answer. He even stipulated that the guy had to send him the 10 grand before he would even TALK to him about it. It just amazes me that there seems to be so many idiots that are so willing follow such an obvious fraud. He considers himself a "Grandmaster", but anytime he is questioned or anything about him is challenged he just seems to lose it, calling people "co*ksuckers" and "motherfu*kers, does that sound like the language of a "Grandmaster"?
MAD MONK



D-13

# THE WORLD'S DEADLIEST FIGHTING SECRETS CAN BE YOURS...

THE SUPREME GRAND MASTER OF THE

## BLACK DRAGON FIGHTING SOCIETY

brings you the forbidden secrets of

# DIM MAK

## "The Death Touch"

in this exclusive book!

### "THE DEADLIEST MAN ALIVE!"

Bringing to you these forbidden and secret fighting arts is the Supreme Grand Master of all the fighting arts — Count Dante who won the World overall Fighting Arts championship (Master & Expert Divisions) after defeating the top Judo, Boxing, Wrestling, Karate, Gung Fu, Aikido, etc. masters in 'Death Matches'. On Aug. 1, 1967 the World Federation of Fighting Arts crowned the Count — "The World's Deadliest Fighting Master."

### THIS BOOK CAN SAVE YOUR LIFE

The FORBIDDEN and SECRET training manual of the BLACK DRAGON FIGHTING SOCIETY has never before been available to anyone outside of the Society. Recent attempts for regular publication and public exposure have been rejected as the contents were considered HORRIFYINGLY DANGEROUS and BRUTALLY VICIOUS.

Yes, this is the DEADLIEST and most TERRIFYING fighting art known to man — and WITHOUT EQUAL. Its MAIMING, MUTILATING, DISFIGURING, PARALYZING and CRIPPLING techniques are known by only a few people in the world. An expert at DIM MAK could easily kill many Judo, Karate, Aikido and Gung Fu experts at one time with only finger tip pressure using his murderous POISON HAND WEAPONS. Instructing you step by step thru each move in this manual is non other than COUNT DANTE — THE DEADLIEST MAN WHO EVER LIVED.

#### BLACK DRAGON FIGHTING SOCIETY

The BLACK DRAGON FIGHTING SOCIETY is the WORLD'S DEADLIEST FIGHTING ORGANIZATION which has included in its closed membership the top fighting experts of the DREADED CHINESE TONG SOCIETY — the oriental, and more vicious counterpart of the Mafia. Its members, who are the world's top Masters in the oriental fistic and grappling arts, train in the most SECRET and FORBIDDEN aspects of the DEADLY Chinese fighting arts of GUNG FU, TAI CHI CHUAN, CHUAN-FA, KEMPO, HSING YI, PA-KUA, SHAOLIN BOXING and DIM MAK.

Until recently the forbidden training secrets of the society have been closely guarded by the members who were sworn to secrecy and joined together thru their initiation ceremony of blood. Breaking of the oath to secrecy meant death by torture to the offender.

Now for the first time their FORBIDDEN SECRETS OF TERROR can be shared with you.

#### BREAK A BRICK

Included in the manual is a GUARANTEED method of brick and board breaking enabling anyone to break a brick or board after only minutes of training. THIS IS NO EXAGGERATION. THERE IS NO TRICK OR GIMMICK. There is nothing to be held in the hand, or any hand brace needed, and no special stunt bricks or boards are needed. This is the same method that many famous Karate Masters use.

#### POISON HAND

Considered by many as evil and cruel; the lethally savage ripping, tearing, slashing, clawing and gouging techniques which comprise the POISON HAND ARSENAL are used to attack (by strike, touch or pressure) the nerve centers, pressure points, major blood vessels and vital organs of the body. You will learn the original 77 "POISON HAND" techniques of ancient China in actual photographs showing them in application. These are not photos of drawings, but actual photos of COUNT DANTE applying these torturing techniques which are meant to maim, disfigure, cripple or kill and have been used by oriental terrorists and assassins to MURDER!

#### OUR $10,000 GUARANTEE

We cannot guarantee to make you a Fighting Arts Master or even an expert, as this is up to you; but we can make a $10,000 GUARANTEE that this book is DEADLIER than any other book, manual or course ever printed anywhere, at any cost and that it was, as mentioned before, refused for past publication due to its extremely FEROCIOUS nature. We also guarantee that the "WORLD'S DEADLIEST FIGHTING SECRETS" contains the most SECRET and FORBIDDEN attack and defense methods ever devised by man and that the DIM MAK and POISON HAND techniques are completely authentic and the WORLD'S DEADLIEST FIGHTING FORMS. Last we guarantee that you can break a real, authentic brick or board WITH NO GIMMICK — just your hand, using our method AFTER ONLY MINUTES OF TRAINING. If you are not satisfied, return the book in good condition and you will receive a refund. MAIL COUPON NOW! AIR MAIL REACHES US OVERNIGHT.

## FREE BLACK DRAGON FIGHTING SOCIETY MEMBERSHIP

as a special bonus for ordering early! Your own authentic identification card will be rushed to you absolutely free!

BLACK DRAGON FIGHTING SOCIETY

MEMBERSHIP REGISTRATION CARD

Name Christopher Hunter

This is to certify that the above-named Practicioner of Oriental Fighting Arts is Registered with the Black Dragon Fighting Society.

By Authority of Count Dante

Grand Master Count Dante
World's Deadliest Fighting Master

D-14 Part II of an interview w/ John Keehan/Juan Dante

# THE LAST CHAPTER

t the martial arts entirely, he had avitated into other fields of endeavor ter Concevic's demise.

One was pornography. Chicago Po- e listed him as the owner of an adult okstore. In fact, he was involved in a ain of them. "Involved" means differ- t things, depending on whether you lieve Dante's version or that of others. me said he owned the chain but John ld BLACK BELT, "All I do now is nd of supervise the chain for some ople in the organization. I just make re that nobody gets out of line, and body tries to muscle in." His students aimed that he grossed $4,000 a week.

Dante was into drugs but nobody as ever sure how deep. For publica- on, he'd only say, "Tell the readers of LACK BELT that I share, with the late uce Lee, a certain taste for cannabis."

was hinted that he had dealt in nar- otics. In a candid moment he told the riter that he had been thrown out of e Army because of drug charges ough he maintained that it was a bum p.

Toward the last part of his life, ante was into drugs . . . not heavily, t definitely. He got drunk a lot, the ay hard-living people do after a doctor as told them that the end might be in ght. And he had other problems. One ght he called me at about 3:30 AM d apologized for being slightly inco- erent. He was drunk, he said, and had een mixing liquor with some of his fe's surplus pain killers. She was suf- ring, he explained, from pernicious emia that the doctors feared would evelop into leukemia.

Jane Orr, Jim Concevic's number one nfidante, told us, "At the time Jim as killed, he and Keehan favored each her a lot. Keehan had his brown curly ir, and he wore a beard and so did m. They were both the same height. t Keehan weighed less and had small- bones. Sometimes I think it was a se of mistaken identity. They were ying to kill Keehan. A lot of people id so at the time. Jim had a school not r from the place where he was killed d he never had any beef with those eople.

"Keehan is psychotic. I think he's azy. Just from some of the things his rlfriend told me . . . he frightened me. nce I went to their apartment to visit ynthia Brown (a pseudonym). No one ould take me home, they got high on me kind of drugs, and I got scared. eehan was into marijuana and pills. He ally strung that poor girl out . . . ."

BLACK BELT spent a couple of days ying to track down "Cynthia Brown." he writer finally tracked down a phone number. A girl named Cynthia Brown answered the telephone. She had a pert kind of voice. We told her who we were and the voice got hard, cold and scared. "I don't want to talk to you. I don't care who you are. I don't know anyone named John Keehan or John Dante. I don't want you to call me again." The phone went dead.

The phone went dead a lot when we were checking into Dante's background. For every person who liked Dante there were two or three who loathed him. And for every one of those there was somebody who didn't dare talk about him at all. His legend may or may not have been true, but the fear he inspired was real enough.

It was said that Count Dante was an enforcer for the Chicago Syndicate. His students liked to play that up. So, on rare occasions, did he. In one unguarded moment, when he was visiting the coast for a tournament, he claimed he ". . . did two hits . . . ." one ". . . for myself . . . ," and another for a local gangster who is allegedly the acknowl- edged godfather of the New England Mafia.

Who was Count Dante to be doing stuff that heavy? Sicilian, he wasn't. His claim to the title of Count, he said, was through his mother's noble Spanish birth. His name had been legally changed to Count Juan Raphael Dante. Though he furnished BLACK BELT with the original certificate of his rank in the various arts he had acquired black belts in (see part I), he never came through with documentation of his title. In one mood, he would tell me with a characteristic snarl, "Look it up for yourself," and other times, he'd say, "A man's name should be what he says it is. No one questions that Cassius Clay is now Muhammad Ali. It doesn't bother anybody that Lew Alcindor is now Kareem Abdul Jabbar. Why do people question whether or not John Keehan is Count Dante?"

* * * * *

Count Dante stands in Bill Aguiar's hardwood-paneled office. On the desk in front of him are a few copies of his book, "The World's Deadliest Fighting Arts."

It's a book you see advertised in men's magazines and in comic books. He pays five figures a year for the ads in the Marvel comic series, and when we were talking to him, he was negotiating to put his ad in the DC (*Superman*, etc.) comic line.

"I am the most famous martial artist who ever lived," he said flatly. "Ask any martial artist who I am and either they won't know me or they'll say I'm shit. But ask the average person on the street. He's heard two names that he relates with the martial arts, Bruce Lee and Count Dante.

"The martial arts boom is dying. A lot of the magazines are going to go un- der. But I'll still be here, big as life. Big- ger."

The book was written between 1966 and '67, copyrighted in '68 and pub- lished at his own expense. It has sold millions of copies, probably more than any other martial arts book in history. It has made him a fortune.

He followed the book with the crea- tion of the Black Dragon Fighting Socie- ty, which gives membership cards to anybody who buys the book and puts on the order card what belt color he wants his membership certificate to state. Also in the catalog are sweatpants and sweatshirts with the BDFS symbol on them, warmup jackets, acrylic ya- wara sticks and shuriken.

Mail order martial arts is still big business. John was making a bundle off it before anybody ever heard of Bruce Lee or Kwai Chang Caine. John protect- ed that money the way your Syrian- Amerian rug merchant protects his busi- ness—by putting everything in his wife's name.

"I don't have anything to do with the mail order business anymore," John would tell you with a straight face. "It was part of the divorce settlement. My estranged wife runs it now."

Krista Dante, 22, was perhaps the only person John ever loved more than himself. He always referred to her as his "estranged" wife, even though he still loved her and lived with her, because that phrase made her remote from him, kept her away from the dangers he be- lieved were surrounding him.

And those dangers, in his mind, were many. The Mob, he told me, was unhap- py with him. He had been associated with the famous Chicago Purolator Bur- glary, the biggest American heist since the Brink's job, and he had been pulled in along with many Chicago syndicate figures in the aftermath of the hit.

Dante landed feet first in the bigtime martial arts again in March of 1975, as guest host of—and, some said, silent partner in—the infamous "Taunton Death Matches." What Dante had thought would be just another full- contact tournament along the lines of what Mike Anderson was popularizing had turned, he told me, into a debacle that brought New England-wide head- lines, and with it, attention of people who don't like publicity for people as- sociated with them. "I got a call," said John ominously. "When you get a call