UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

William V. Aguiar, III,

        Plaintiff,

   v.

Floyd Webb,
Barron Sheppard,
Wendy Sheppard,
Ashida Kim a.k.a. Christopher Hunter a.k.a.
Bradford Davis a.k.a. Radford Davis,

        Defendants.

Civil Action No. 1:07-cv-11673 MLW

## NOTICE OF APPEARANCE

    Please enter the appearance of attorney Amy L. Brosius of Fish & Richardson P.C. as attorney of record for Defendant Radford Davis in the above-captioned matter.

Dated: January 9, 2008

/s/ Amy L. Brosius
Amy L. Brosius (BBO # 656521)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Attorney for Defendant
Radford Davis

CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 9th day of January, 2008.

                                          /s/ Amy L. Brosius
                                          Amy L. Brosius

Not of Appearance Brosius 2.doc