UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William V. Aguiar, III,<br><br>    Plaintiff,<br><br> v.<br><br>Floyd Webb,<br>Barron Sheppard,<br>Wendy Sheppard,<br>Ashida Kim a.k.a. Christopher Hunter a.k.a.<br>Bradford Davis a.k.a. Radford Davis,<br><br>    Defendants. | Civil Action No. 1:07-cv-11673 MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of attorney Mark A. Fischer of Fish & Richardson P.C. as attorney of record for Defendant Radford Davis in the above-captioned matter.


Dated: January 10, 2008      /s/ Mark A. Fischer
                   Mark A. Fischer (BBO # 167100)
                   Fish & Richardson P.C.
                   225 Franklin Street
                   Boston, MA 02110-2804
                   Telephone: (617) 542-5070
                   Facsimile: (617) 542-8906
                   Attorney for Defendant
                   Radford Davis

CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 10th day of January, 2008.

                                                   /s/ Mark A. Fischer
                                                 Mark A. Fischer

21825504.doc