```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR, III         )
                               )
                               )
          v.                   )  C.A. NO. 07-11673-MLW
                               )
FLOYD WEBB, et al.             )
```

                    ORDER                     January 22, 2007

Defendant Radford Davis, a.k.a. Ashida Kim, has filed five <u>pro se</u> motions to dismiss (Docket Nos. 25, 27, 35, 37, and 64), some of which raise the same or related legal issues. Since then, Davis has retained counsel, who have moved to continue the hearing currently scheduled for February 1, 2008. In light of the foregoing, it is hereby ORDERED that:

1. Davis's Motion to Continue Hearing and Scheduling Conference to February 15, 2008 (Docket No. 67) is ALLOWED. The hearing and conference shall be held on February 15, 2008, at 2:00 p.m.

2. By January 29, 2008, counsel for Davis shall withdraw Davis's <u>pro se</u> motions to dismiss and either file a consolidated motion to dismiss and supporting memorandum, or state that no motion to dismiss will be filed. If Davis files a consolidated motion to dismiss, plaintiff William Aguiar III shall respond by February 11, 2008.

                                    /s/ Mark L. Wolf
                               UNITED STATES DISTRICT JUDGE