UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR III
PLAINTIFF

VS. CIVIL ACTION # 07-11673-MLW

FLOYD WEBB, BARRON SHEPPERD
WENDY SHEPPERD, RADFORD DAVIS

PLAINTIFFS SUPPEMENTAL FILING'S

Now comes the Plaintiff William V Aguiar III, and hereby file's the following documents in support the motion for preliminary injunction.

1. Transfer of intellectual property and copyright # A6679
2. Copyright # TX3161682
3. Copyright # PAU2-673807
4. Copyright # PAU2-617092
5. All Black Dragon Fighting Society Inc. paper and reports and tax documents
6. All Will and Probate documents showing the transfer of Intellectual property from William V Aguiar Jr to William V Aguiar III.

WILLIAM V AGUIAR III
PLAINTIFF
PRO SE

*William V. Aguiar III* (signature)

630 MAPLE STREET
FALL RIVER, MASSACHUSETTS
1-508-678-5310

1-21-08

CERTIFICATE OF SERVICE

WILLIAM V AGUIAR III
PLAINTIFF

VS.

Civil Action No. 07-11673-MLW

FLOYD WEBB, BARRON SHEPPERD WENDY
SHEPPERD, ASHIDA KIM / RADFORD DAVIS

I William V Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

Date / 21 / 2008

William V Aguair III
Pro Se

*William V. Aguiar III* (signature)

630 Maple Street
Fall River Massachusett's 02720
1-508-678-5310