LAW OFFICES
# LEVIN & LEVIN
138 ROCK STREET
P.O. BOX 2566
FALL RIVER, MA 02722

RICHARD C. LEVIN
MARK L. LEVIN
JOHN P. FRANCOEUR *

TELEPHONE: (508) 678-2824
FACSIMILE: (508) 677-4630
*also admitted in Rhode Island
Massachusetts & Federal Bar

January 15, 2008

Bristol County Registry of Probate
21 Father Devalles Boulevard
Fall River, MA 02723

    Re:    Estate of William V. Aguiar, Jr.
              Docket #: 05P2203VA
              Amended Voluntary Petition

Dear Sir or Madam:

Enclosed for filing and processing, please find an Amended Voluntary Petition regarding the above matter. The original Voluntary Petition was filed in 2005; however, through inadvertence or mistake certain copyright materials belonging to the decedent were left off the petition. We are asking that you substitute the Amended Voluntary Petition that was forwarded to your office on 1/10/08 for this one. The Amended Voluntary Petition contained typographical errors. Thank you.

Very Truly Yours,

John P. Francoeur

Cc: William V. Aguiar

# Commonwealth of Massachusetts
## The Trial Court
### Probate and Family Court Department

Bristol Division  
Docket No. 05P2203VA

2nd Amended
## Voluntary Administration

Name of Decedent: William V. Aguiar, Jr.

Domicile at Death: 181 South Main Street (Street and No.), Fall River, MA (City or Town), Bristol (County), 02721 (Zip)

Date of Death: January 10, 2005

**Death Certificate shall be filed with application.**

Name and address of Applicant(s): William V. Aguiar, III  630 Maple Street, Fall River, MA 02721

Status: Son

Your applicant(s) respectfully state(s) that said estate consisting entirely of personal property the total value of which does not exceed fifteen thousand dollars ($15,000) exclusive of the decedent's automobile as shown by the following schedule of all the assets of said deceased known to the applicant(s):

| Name of Property | Estimated Value |
|---|---|
| Copyright #A86679 – World's Deadliest Fighting Secrets | $ 1000.00 |
| Copyright #TX3161682 – World's Deadliest Fighting Secrets | $ 1000.00 |
| Copyright #PAU2-673807 – World's Deadliest Fighting Secrets | $ 1000.00 |
| Copyright #PAU2-617092 – World's Deadliest Fighting Secrets II | $ 1000.00 |
| (prior property list attached hereto) | $ 4000.00 |
| Total | $ 8000.00 |

That thirty days have expired since the date of death of said deceased and no petition for probate of will or appointment of administration/administratrix has been filed in said Court.

That your applicant(s) ha___ undertaken to act as voluntary administrator/administratrix of the estate of said deceased and will administer the same according to law and apply the proceeds thereof in conformity with Section 16 of Chapter 195 of the General Laws.

That to the knowledge of the applicant(s) the following are the names and addresses of all persons surviving who, with the deceased, were joint owners of property; also listed are the names and addresses of those who would take under the provisions of Section 3 of Chapter 190 in the case of intestacy.

William V. Aguiar, III,  630 Maple Street, Fall River, MA 02721

☐ The applicant(s) hereby certif___ that a copy of this document, along with a copy of the decedent's death certificate has been sent by certified mail to the ~~Department of Public Welfare, PO Box 86, Essex Station, Boston, Massachusetts 02112~~ Division of Medical Assistance, PO Box 15205, Worcester, MA 01615-9906

Date: January 7, 2008

Signature: *William V. Aguiar, III*  
William V. Aguiar, III

### NOTARIZATION

Bristol, ss.  
Date: January 15, 2008

Then personally appeared William V. Aguiar, III to me known and made oath that the information contained in the foregoing statement is true to the best of his/her/their knowledge and belief.

Before me, *John P. Francoeur*  
NOTARY PUBLIC/~~JUSTICE OF THE PEACE~~  John P. Francoeur

My Commission expires August 4, 2011

CJ-P7 (8/92)

Cherry Productions, Inc.
6145 North Sheridan Road
Chicago, IL 60660

House of Dante, Inc.
P.O. Box ????
Providence, RI

To Whom It May Concern:

Cherry Productions, Inc. d/b/a Black Crayon Lighting Society hereby gives permission to House of Dante, Inc. to reproduce portions of the text, photographs, and advertising layouts of the book "World's Beautiful Nightclub Secrets" authored by John Recher a/k/a Count Dante for text and advertising purposes, Cherry Productions, Inc. holding said copyrights and I being an officer of Cherry Productions, Inc. empowered to do so.


Christi Siver, President
Cherry Productions, Inc.

Mr. A. Weiss
351 West 54th Street
New York, New York 10019

Dear Mr. Weiss,

I'm writing you in reference to an article published in the November issue of Official Karate Magazine. In this article, a Mr. Frank Ryan states he trained with my late husband, Count Dante', and is in position to "take over" my husband's fighting system and businesses if he wanted to. Frank Ryan never trained with my late husband nor is he affiliated with the Dan-te system of Fighting or any of the organizations which support it.

In February of this year, Count Dante' designated William V. Aguiar of Fall River, Massachusetts as his protege and successor in all matters concerning the Dan-te System of Fighting. He was made President of the "World Karate Federation" and Executive Director of the "Black Dragon Fighting Society." In April, my husband promoted Bill to Tenth Degree Red Belt in the Dan-te System and gave Bill FULL power and control over the "House of Dan-te." Mr. Ryan did not know my husband and any further statements or articles published in which such claims are made, will force Mr. Aguiar and I to seek legal action.

Sincerely,

Christi Dante'

341 South Dearborn Street
Chicago, Illinois 60604
Suite 906

mk

Filing fee: $15.00

To be filed annually
between January 1st and March 1st

# State of Rhode Island and Providence Plantations
OFFICE OF THE SECRETARY OF STATE
1977 ANNUAL REPORT
OF

HOUSE OF DANTE', INC. (formerly known as Self Defense, Inc. of Rhode Island)

Pursuant to the provisions of Section 7.1.1-118 of the General Laws, 1956, as amended, the undersigned corporation hereby submits the following annual report:

FIRST: The name of the corporation is HOUSE OF DANTE', INC.

SECOND: It is incorporated under the laws of Rhode Island

THIRD: The address of its registered office in Rhode Island is
624 Industrial Bank Building, Providence, Rhode Island 02903
and the name of its registered agent in Rhode Island at such address is
Edward S. Goldin, Esquire

FOURTH: If a foreign corporation, the address of its principal office in the state or country under the laws of which it is incorporated is
not applicable

FIFTH: The character of the business in which it is actually engaged in Rhode Island, briefly stated, is any and all lawful business

SIXTH: The names and respective addresses of its directors and officers are:

| Name | Office | Address |
|---|---|---|
| William V. Aguiar, Jr. | Director | 432 Durfee St., Fall River, Mass. |
| Linda R. Aguiar | Director | (as above) |
| Raymond R. Bessette | Director | (as above) |
|  | Director |  |
|  | Director |  |
|  | Director |  |
| Linda R. Aguiar | President | (as above) |
| NONE | Vice President |  |
| William V. Aguiar, Jr. | Secretary | (as above) |
| William V. Aguiar, Jr. | Treasurer | (as above) |

SEVENTH: The aggregate number of shares which it has authority to issue, itemized by classes, par value of shares, shares without par value, and series, if any, within a class, is:

| Number of Shares | Class | Series | Par Value per Share or Statement that Shares are without Par Value |
|---|---|---|---|
| 600 | common |  | without par value |

**Commonwealth of Massachusetts**
**The Trial Court**

Bristol Division · Probate and Family Court Department · Docket No. 05P2203VA

**AMENDED**
**Voluntary Administration**

Name of Decedent __William V. Aguiar, Jr.__
Domicile at Death __171 South Main Street__   __Fall River, MA__   __Bristol__   __02721__
   (Street and No.)   (City or Town)   (County)   (Zip)

Date of Death __January 10, 2001__
Death Certificate shall be filed with application.
Name and address of Applicant(s) __William V. Aguiar, III   630 Maple Street, Fall River, MA 0272?__
_____ Status _____

Your applicant(s) respectfully state(s) that said estate consisting entirely of personal property the total value of which does not exceed fifteen thousand dollars ($15,000) exclusive of the decedent's automobile as shown by the following schedule of all the assets of said deceased known to the applicant(s):

| Name of Property   AMENDED: | Estimated Value |
|---|---|
| Copyright # A6679 - World's Deadliest Fighting Secrets | $ 1000.00 |
| Copyright# TX3161682 - World's Deadliest Fighting Secrets | $ 1000.00 |
| Copyright# PAU2-673807 - World's Deadliest Fighting Secrets | $ 1000.00 |
| Copyright#PAU2-617092 - World's Deadliest Fighting Secrets II | $ 1000.00 |
| (prior property list attached hereto) | $ 4000.00 |
| Total | $ 8000.00 |

That thirty days have expired since the date of death of said deceased and no petition for probate of will or appointment of administration/administratrix has been filed in said Court.

That your applicant(s) ha__s__ undertaken to act as voluntary administrator/administratrix of the estate of said deceased and will administer the same according to law and apply the proceeds thereof in conformity with Section 16 of Chapter 195 of the General Laws.

That to the knowledge of the applicant(s) the following are the names and addresses of all persons surviving who, with the deceased, were joint owners of property; also listed are the names and addresses of those who would take under the provisions of Section 3 of Chapter 190 in the case of intestacy.

__William V. Aguiar, III,   630 Maple Street, Fall River, MA 02721__

☐ The applicant(s) hereby certif____ that a copy of this document, along with a copy of the decedent's death certificate has been sent by certified mail to the ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~ ~~XXXXXXXXXXXXXXXXXXX~~ Division of Medical Assistance, PO Box 15205, Worcester, MA 01615-9906

Date __January 7, 2008__   Signature __William V. Aguiar III__
   William V. Aguiar, III

**NOTARIZATION**

__Bristol__, ss.   Date __January 7__   __2008__

Then personally appeared __William V. Aguiar, III__
to me known and made oath that the information contained in the foregoing statement is true to the best of his/her/their knowledge and belief.

Before me, _____
   NOTARY PUBLIC/~~XXXXXXXXXXXXXX~~   John P. Francoeur
My Commission expires __August 4, 2011__

CJ-P7 (8/92)



LIBRARY OF CONGRESS

Copyright Office
of the United States
WASHINGTON, D.C.

ADDITIONAL CERTIFICATE OF REGISTRATION
OF A CLAIM TO COPYRIGHT



THIS IS TO CERTIFY THAT THE STATE-MENTS SET FORTH IN THE ATTACHED HAVE BEEN MADE A PART OF THE RECORDS OF THE COPYRIGHT OFFICE WITH CLAIM OF COPYRIGHT REGISTERED UNDER NUMBER
A 86679

IN TESTIMONY WHEREOF, THE SEAL OF THIS OFFICE IS AFFIXED HERETO ON

February 11, 1986

REGISTER OF COPYRIGHTS

**NOTE:** Leave line 6 blank unless there has been a PREVIOUS FOREIGN EDITION in the English language.

**Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition ...... (Year) ...... Was registration for the foreign edition made in the U.S. Copyright Office? Yes ...... No ......

If your answer is "Yes," give registration number ......

EXAMINER

*Complete all applicable spaces on next page*

COPYRIGHT OFFICE

RFL 4c

February 12, 1986

DATE



Black Dragon Fighting Society
44 North Main Street
Fall River, MA 02720

Attention: William V. Aguiar
Re: Your request of January 24, 1986

Dear Mr. Aguiar:

LIBRARY OF CONGRESS

We are enclosing the document(s) you requested. Fees have been applied as follows:

| Remittance Received | Total $ | 21.10 |
|---|---|---|
| Applied for documents | $ | 4.00 |
| Transferred to Photoduplication Service for photocopying | $ | 17.10 |
| Refunded (under separate cover) | $ | |
| Applied for search of Office files | $ | |

Washington D.C. 20559

| Deposit Account Charges | Total $ | |
|---|---|---|
| The identifying number which "d" appears on your deposit account statement for this request is | | |
| Applied for documents | $ | |
| Transferred to Photoduplication Service for photocopying | $ | |
| Applied for search of Office files | $ | |

Sincerely yours,

REGISTER OF COPYRIGHTS

2 Enclosures
2 Documents  additional certificate, A 86679 (1968)
noncertified copy of deposit, A 86679 (68)

Fee Used
March 1981 - 18,000

Attachment:

World's Deadliest Fighting Secrets

William V. Aguiar
44 North Main Street
P.O. Box 3399
Fall River, MA   02722
(617) 679-8188


6 a.  Preexisting Material:

   The original format of "Poison Hand" Techniques & the "Dance
   of Death" prior to the death of Count Dante' & the formation
   of the "Dan-Te System of Fighting".


6 b.  Material Added to This Work:

   1. Updated history of Count Dante', the man, his legend, and
      the propagation of his system, the "Dan-Te System of
      Fighting".

   2. The syllabus of the "Dan-Te (Deadly Hands) System of
      Fighting" which was in process at the time of Count
      Dante's death.

   3. New, more explicit "Poison Hand" photos.

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES ~~~

PAu 2-573-007

EFFECTIVE DATE OF REGISTRATION

Month 7  Day 17  Year 01

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
World's Deadliest Fighting Secrets

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
Videotape

**2 a** NAME OF AUTHOR ▼
William V. Aguiar

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Month ▶   Day ▶   Year ▶

**4** COPYRIGHT CLAIMANT(S)
William V. Aguiar
281 South Main Street
Fall River, MA  02721

TRANSFER
By written agreement

APPLICATION RECEIVED
JUL 05 2001  7/17/01
ONE DEPOSIT RECEIVED
7/17/01   ½" VT / D
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶

Page 1 of 2

|  | EXAMINED BY | FORM PA |
|---|---|---|
|  | CHECKED BY | |
|  | ☑ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6** a / b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

William Nitkin
850 Boylston Street, #424
Chestnut Hill, MA 02467-2402

b

Area code and daytime telephone number ▶ ( 617 ) 232-1854    Fax number ▶ ( 617 ) 232-1855
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   William V. Aguiar
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
William Nitkin    Date ▶ Nov. 27, 2001

Handwritten signature (X) ▼
x _[signature]_

| Certificate will be mailed in window envelope to this address: | Name ▼ William Nitkin |
|---|---|
|  | Number/Street/Apt ▼ 850 Boylston Street #424 |
|  | City/State/ZIP ▼ Chestnut Hill, MA 02467-2402 |

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/2,003

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
  Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a

**6**

See instructions
before completing
this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                          Account Number ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

William Nitkin
850 Boylston Street, #424
Chestnut Hill, MA 02467-2402

b

Area code and daytime telephone number ▶ ( 617 ) 232-1854       Fax number ▶ ( 617 ) 232-1855
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   William V. Aguiar
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

William Nitkin                                                 Date ▶ Nov. 27, 2001

Handwritten signature (X) ▼

X _[signature]_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
William Nitkin
Number/Street/Apt ▼
850 Boylston Street #424
City/State/ZIP ▼
Chestnut Hill, MA 02467-2402

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/2,003

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES ———

PAu 2-673-887

(PAU)

EFFECTIVE DATE OF REGISTRATION

7 / 17 / 01
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** **TITLE OF THIS WORK ▼**
World's Deadliest Fighting Secrets

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions
Videotape

**2 a** **NAME OF AUTHOR ▼**
William V. Aguiar

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   [ ] Yes  [ ] No
Pseudonymous? [ ] Yes  [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   [ ] Yes  [ ] No
Pseudonymous? [ ] Yes  [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   [ ] Yes  [ ] No
Pseudonymous? [ ] Yes  [ ] No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3 a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2001 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ ___  Day ▶ ___  Year ▶ ___   ◀ Nation

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
William V. Aguiar
281 South Main Street
Fall River, MA 02721

APPLICATION RECEIVED
DEC 05 2001   7/17/01
ONE DEPOSIT RECEIVED
7/17/01   ½"VT /D
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

UNITED STATES COPYRIGHT OFFICE



**REGISTRATION NUMBER**

PA 2-017-???

**EFFECTIVE DATE OF REGISTRATION**
8 / 22 / 01
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

### 1 Title

**TITLE OF THIS WORK:** World's Deadliest Fighting Secrets Part II

**NATURE OF THIS WORK:** (See instructions) Videotape

**PREVIOUS OR ALTERNATIVE TITLES:** The Charging T (The Death March)

### 2 Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1 NAME OF AUTHOR:** William V. Aguiar
Was this author's contribution to the work a "work made for hire"? Yes  X  No
**AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of _____ or Domiciled in U.S.A.
**AUTHOR OF:** Entire work
**DATES OF BIRTH AND DEATH:** Born ____ Died ____
**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes  No; Pseudonymous? Yes  No

**2 NAME OF AUTHOR:**
**3 NAME OF AUTHOR:**

### 3 Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year 2001

**DATE AND NATION OF FIRST PUBLICATION:** Date ____ Nation ____

### 4 Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
William V. Aguiar
281 South Main Street
Fall River, MA  02721

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached
- Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of ____ pages

|   |   |   |
|---|---|---|
| EXAMINED BY: JJM | APPLICATION RECEIVED: AUG 22 2001 | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY: | | |
| CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED: AUG 22 2001  '4"VT/D | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ......... No ... X ...

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
    - ☐ This is the first published edition of a work previously registered in unpublished form.
    - ☐ This is the first application submitted by this author as copyright claimant.
    - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number .................... Year of Registration ....................

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any pre-existing work or works that the work is based on or incorporates.)
................................................................
................................................................
................................................................
................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
................................................................
................................................................
................................................................
................................................................

**(6) Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name ....................

Account Number ....................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **William Nitkin**
Address: **850 Boylston Street, #424**
**Chestnut Hill, MA 02467-2402**

**(7) Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: **William V. Aguiar**
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ....[signature]....
Typed or printed name: **William Nitkin**   Date **08/20/01**

**(8) Certification**

**MAIL CERTIFICATE TO**

William Nitkin
850 Boylston Street, #424
Chestnut Hill, MA 02467-2402

**(9) Address For Return of Certificate**

§ 17 U.S.C. §506(e): FALSE REPRESENTATION – Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

*William Nitkin*
ATTORNEY AND COUNSELLOR AT LAW
PATENTS, TRADEMARKS, COPYRIGHTS

850 BOYLSTON STREET (ROUTE 9)
CHESTNUT HILL, MASSACHUSETTS 02467

TELEPHONE 617-232-1854
FAX 617-232-1855

October 28, 2002

William V. Aguiar, President
Black Dragon Fighting Society
281 South Main Street
Fall River, MA 02721

Re: Copyright Registration of World's Deadliest Fighting Secrets
Registration No. PAu 2-673-807
Effective Date of Registration: July 17, 2001

Copyright Registration of World's Deadliest Fighting Secrets, Part II
Registration No. PAu 2-617-092
Effective Date of Registration: August 22, 2001

Dear Mr. Aguiar:

The Copyright Office has issued copyright registrations for the above videotapes which Certificates of Registration are enclosed herewith. These are important documents which should be stored in a safe place. The second registration encountered a delay in issuance due to security screening.

If I can be of assistance to you in the future, please do not hesitate to contact me.

Very truly yours,

Bill

William Nitkin

WN/ra
Encl.

Copy Right office 2027073000

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 3 161 682**

TX / TXU

EFFECTIVE DATE OF REGISTRATION

**APR 01 1991**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1. TITLE OF THIS WORK ▼
WORLD'S DEADLIEST FIGHTING SECRETS

**PREVIOUS OR ALTERNATIVE TITLES ▼**
WORLD'S DEADLIEST FIGHTING SECRETS, Copyright May 6, 1969

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**  **Number ▼**  **Issue Date ▼**  **On Pages ▼**

### 2. NAME OF AUTHOR ▼
a. BLACK DRAGON FIGHTING SOCIETY

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
[X] Yes
[ ] No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? [ ] Yes [X] No
Pseudonymous? [ ] Yes [X] No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Updated and revised text

b. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

NOTE
Under the law, the "author" of a work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

c. NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

### 3. YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ March  Day ▶ 19  Year ▶ 1991
United States of America ◀ Nation

### 4. COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Black Dragon Fighting Society
P.O. Box 3399
Fall River, MA 02722

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 20 1991
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
APR 01 1991
REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of __ pages

# CERTIFICATE OF COPYRIGHT REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**TX 3 161 682**

TX    TXU

EFFECTIVE DATE OF REGISTRATION

**APR 01 1991**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1. TITLE OF THIS WORK ▼

WORLD'S DEADLIEST FIGHTING SECRETS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

WORLD'S DEADLIEST FIGHTING SECRETS, Copyright May 6, 1969

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2.

**a  NAME OF AUTHOR ▼**

BLACK DRAGON FIGHTING SOCIETY

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Updated and revised text

**b  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c  NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
    { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3.

**a  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    1991 ◀ Year

**b  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ March   Day ▶ 19   Year ▶ 1991
United States of America ◀ Nation

## 4.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Black Dragon Fighting Society
P.O. Box 3399
Fall River, MA 02722

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
SEP 20 1991
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
APR 01 1991
REMITTANCE NUMBER AND DATE

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

i( 3 161 682

EXAMINED BY _____ FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼
A 86679                                                              1969

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
Previous Edition

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional text and illustrations; editorial revisions

**6**

See instructions
before completing
this space

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

  a ☐ Copies and Phonorecords    b ☐ Copies Only    c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Black Dragon Fighting Society
c/o William V. Aguiar, Supreme Grand Master
P.O. Box 3399
Fall River, MA  02722    Area Code & Telephone Number ▶ (508) 679-8188

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                              ☐ author
                                              ☐ other copyright claimant
                           Check one ▶        ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.
                                              ☒ authorized agent of  Black Dragon Fighting Society
                                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
William V. Aguiar, for the Black Dragon Fighting Society    date ▶ 3/19/91

Handwritten signature (X) ▼
☞ /s/ William V. Aguiar

**10**

MAIL
CERTIFI-
CATE TO

Certificate
will be
mailed in
window
envelope

Name ▼
BLACK DRAGON FIGHTING SOCIETY
C/O WILLIAM V. AGUIAR
Number/Street/Apartment Number ▼
P.O. BOX 3399
City/State/ZIP ▼
FALL RIVER, MA  02722

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, DC 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 1989—300,000                                                                        U.S. GOVERNMENT PRINTING OFFICE: 1989 241-428/00,004

## SALE OF COPYRIGHT

Cherry Productions, Inc. d/b/a Black Dragon Fighting Society and d/b/a Count Dante of 911 South Ashland Avenue, Chicago, Illinois 60620 for consideration paid by House of Dante, Inc. a Rhode Island corporation does hereby sell, assign and transfer to House of Dante, Inc. 624 Industrial Bank Building, Providence, Rhode Island copyright number A86679 granted to Black Dragon Fighting Society by the Registrar of copyrights in the book entitled, "World's Deadliest Fighting Secret", together with the right to renew said copyright, with all our literary property, right, title, and interest in and to the book and all the profit, benefit and advantage that shall or may arise from printing, publishing and vending the same. Cherry Productions, Inc. does hereby warrant that it is the sole proprietor of all rights transferred herein and is the author of said book.

In witness whereof we have executed this instrument at Chicago, Illinois on                    ,1977.

CHERRY PRODUCTIONS, INC.

BY: _____