UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

William V. Aguiar, III,

                Plaintiff,

    v.

Floyd Webb,                                                    Civil Action No. 1:07-cv-11673 MLW
Barron Shepherd,
Wendy Shepherd,
Ashida Kim a.k.a. Christopher Hunter a.k.a.
Bradford Davis a.k.a. Radford Davis,

                Defendant.

## [PROPOSED] ORDER ON DEFENDANT RADFORD DAVIS' MOTION TO DISMISS

UPON CONSIDERATION OF Defendant Radford Davis' Motion to Dismiss,

IT IS HEREBY ORDERED that Defendant Radford Davis' Motion to dismiss is

GRANTED. All claims against Mr. Davis in this action are dismissed with prejudice.

Dated:_____, 2007

SO ORDERED:

                                       _____

                                       United States District Judge

21745781.doc

Dockets.Justia.com