UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM V AGUIAR III
PLAINTIFF

VS. CIVIL ACTION NO. 07-11673-MLW

FLOYD WEBB, BARRON AND WENDY SHEPPERD, ASHIDA KIM / RADFORD DAVIS / CHRISTOPHER HUNTER



MOTION TO STRIKE

RADFORD DAVIS MOTION TO DISMISS FOR VIOLATION OF FEDERAL STATUTE, 18 USC 242 @ 18 USC 241

   In the above captioned matter issued before this Honorable Court, Now comes Plaintiff William V Aguiar III who petitions the Court as follows;

   Plaintiff Aguiar III moves this Honorable Court to Strike The Motion under Rule 12 section F in the above captioned case on the grounds of Scandalous Matter. Defendant Davis is trying to make a mockery out of the Honorable Court with supposed threats made by Plaintiff Aguiar III and Witness John F Creeden III. Defendants Davis is trying to make up conspiracies that don't exist. Witness John F Creeden has his own lawful issues with Defendant Davis who with Defendant Shepperd did steal footage from John F Creeden Jr's in illegal dealing's with Defendant Shepperd. To defraud the person who

shot said footage and illegally stole it with out any signed user agreement and no verbal agreements.

1.

Defendant Radford Davis once again comes with un-clean hands by filing a false motion. In exhibit 9 and 10 Defendant states that these are e-mail's are from John F Creeden III. Yet there isn't even an e-mail address on the paper. John F Creeden III e-mail is lamokio@comcast.net[ not MADOLIO which is stated as an e-mail from John F Creeden III] Once again Defendant Davis is trying to make up false and miss-leading motion. And Defendant Davis is trying to miss lead this Honorable Court. None of these e-mail's have originated from Plaintiff Aguiar III. As seen in exhibit's 1,2 these e-mails are completely false. Once again Defendant Davis has come with un-clean hands in filing a false Motion and statements.

2.

Defendant Davis comes with un-cleans hands. In exhibit 11. John F Creeden III challenged him to a match per his web site Ashida Kim .com challenge for 10'000 dollars challenge. Defendant Davis is trying to miss lead this Honorable Court into believing that Plaintiff Aguiar III and John F Creeden III are trying to harasses said Defendant. Which is not true Defendant Davis is trying to miss lead and to create chaos over copyright infringement.

3.

Defendant Davis Pro Se himself that means he waived his right to counsel and has to act appropriately as an officer of the court. **Pro se** is a Latin adjective meaning "for self", that is applied to someone who represents himself or herself without a lawyer in a court proceeding, whether as a defendant or a plaintiff and whether the matter is civil or criminal.

William V. Aguiar III
Pro Se
*William V. Aguiar III* (signature)
630 Maple Street
Fall River Massachusetts
1/21/08

CERTIFICATE OF SERVICE

William V Aguiar III
Plaintiff

VS.                                          Civil Action No. 07-11673-MLW

Floyd Webb and All
Barron and Wendy Sheppard
Ashida Kim / Radford Davis

1 William V. Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

William V Aguair III
Pro Se
*William V. Aguiar* (signature)
630 Maple Street
Fall River Massachusett's 02720
01 /21/ 2008