UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR III
PLAINTIFF


VS. CIVIL ACTION # 07-11673-MLW

FLOYD WEBB, BARRON SHEPPERD
WENDY SHEPPERD AND ASHIDA KIM
A.k.a. RADFORD DAVIS


FAILURE TO MAKE DISCLOSURE OR COOPERATE IN DISCOVERY-
RADFORD DAVIS DEFENDANT

I William V Aguiar III Plaintiff, ask this Honorable Court in the John Joseph Moakley Court House 1 Courthouse Way Boston Massachusetts. I ask this Honorable Court for a Motion compelling Disclosure of Defendant Radford Davis.

Mr. Davis is in violation of Federal Rules of Procedure. I have tried numerous times to contact Pro Se Davis with the intent to confer with him about the Discovery process by the Federal Rules of Procedure. Defendant Davis has filed false and misleading financial affidavits. And now he is violation of the Following Federal Rule's. 1- Rule37, A 2-Rule 37-3, and Rule 37-C

Defendant Davis has been evasive and unavailable to confer in the scope of Discovery and I ask this Honorable Court to compel Disclosure of Defendant Davis. Mr. Davis is continually trying to hide his criminal activity.

# CERTIFICATION

I William V Aguiar III Plaintiff that I as the movant has in good faith tried to confer or attempted to confer with the person " Defendant Radford Davis". And that I William V Aguiar III tried several time threw phone call and e-mail's in an attempt to get Radford Davis to comply with the Federal Rules of Procedure.

Rule 37. Failure to Make Disclosures or to Cooperate in Discovery; Sanctions

(a) Motion for an Order Compelling Disclosure or Discovery.

(1) In General.

On notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action.

(2) Appropriate Court.

A motion for an order to a party must be made in the court where the action is pending. A motion for an order to a nonparty must be made in the court where the discovery is or will be taken.

(3) Specific Motions.

(A) *To Compel Disclosure.* If a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions.

1/21/2008

WILLIAM V AGUIAR III
630 MAPLE STREET
FALL RIVER MASSACHUSETTS
02720

CERTIFICATE OF SERVICE

William V Aguiar III
Plaintiff

VS.                                      Civil Action No. 07-11673-MLW

Floyd Webb and All
Barron and Wendy Sheppard
Ashida Kim / Radford Davis

I William V. Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

William V Aguair III
Pro Se
*William V. Aguiar III* (signature)
630 Maple Street
Fall River Massachusett's 02720
01 /21/ 2008