UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM V AGUIAR III
PLAINTIFF

VS. CIVIL ACTION # 07-11673-MLW

FLOYD WEBB, BARRON AND WENDY SHEPPERD, ASHIDA KIM / RADFORD DAVIS

FLOYD WEBB SETTLEMENT PROPOSAL

    After much thought and being the sole proprietor of the intellectual property and said copyright A86679, TX3161682, PAU2-673807, PAU2-617092 of the World's Deadliest Fighting Secret's and Worlds Deadliest Fighting Secrets II. My settlement proposal is as follows

1. No use of book World's Deadliest Fighting 1969 nor use of book World Deadliest Fighting Secrets 1991 nor any images relating to the two books titled World's Deadliest Fighting Secrets. And no logos relating to the Black Dragon Fighting Society and the World Karate Federation
2. No film use relating to copyright's PAU2-673807, and PAU2-617092. The photographer John F Creeden Jr is saying he can't use it. My father who is deceased William V Aguiar Jr is in the footage and has not asked permission to use it as I am the executor of his estate

also. And it is copyrighted. He has violated copyright for two years and has not abided and ignored a cease and desist order.
3. Damages for the following two years of copyright infringements and the repeated ignorance for the law.
   Infringement for two years $ 275,000
   Relief                    $ 300,000

Also I will be giving Mr. Webb an opportunity to clear his name of 2 years of infringements and fraudulent involvement. That now clouds Mr. Webb's public image as a video production person in a highly competitive field.

WILLIAM V AGUIAR III
PLAINTIFF
PRO SE

*William V. Aguiar III*

630 MAPLE STREET
FALL RIVER MASSACHUSETTS
1-508-678-5310
DATE  / / 21 / 2008

CERTIFICATE OF SERVICE

William V Aguiar III
Plaintiff

VS.                                  Civil Action No. 07-11673-MLW

Floyd Webb and All
Barron and Wendy Sheppard
Ashida Kim / Radford Davis

I William V. Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

William V Aguair III
Pro Se

630 Maple Street
Fall River Massachusett's 02720
01 /   / 2008