UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM V AGUIAR III
PLAINTIFF

VS CIVIL ACTION # 07- 11673-MLW

FLOYD WEBB, BARRON AND
WENDY SHEPPERD, ASHIDA
KIM/RADFORD DAVIS
DEFENDANTS

## RADFORD DAVIS SETTLEMENT PROPOSAL

After much thought and being the sole proprietor of the intellectual property and said copyright A86679, TX3161682, PAU2-673807, PAU2-617092 of the World Deadliest Fighting Secrets and The World's Deadliest Fighting Secrets II. My settlement proposal is as follows.

Damages $ 500.000

Relief     $ 500.000

And a signed paper that Mr. Davis Defendant will not use any image copyrighted for perpetuity.

WILLIAM V AGUIAR III
PLAINTIFF *(signature)*
630 MAPLE STREET
FALL RIVER MASSACHUSETTS
1/21/08

CERTIFICATE OF SERVICE

WILLIAM V AGUIAR III
PLAINTIFF

VS.

                        Civil Action No. 07-11673-MLW

FLOYD WEBB, BARRON SHEPPERD WENDY
SHEPPERD, ASHIDA KIM / RADFORD DAVIS

I William V Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

Date  / 1 / 21 / 2008

William V Aguair III
Pro Se

*[signature: William V. Aguiar III]*

630 Maple Street
Fall River Massachusett's 02720
1-508-678-5310