UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

07-11673-mcw



WILLIAM V AGUAIR III
PLAINTIFF

VS. CIVIL ACTION # 07-11673- MLW

FLOYD WEBB, BARRON AND WENDY SHEPPERD, ASHIDA KIM/RADFORD DAVIS
DEFENDANTS

SETTLEMENT PROPOSALS BARRON AND WENDY SHEPPERD

After a lot of thought I William V Aguiar III will submit a settlement proposal

1. A signed agreement that's he will not try to profit anyway or sell copyrighted material concerning A86679 books and video PAU2-673807 and PAU2-617092 video's for perpetuity
2. Damage's $50'000
   Relief   $50'000

WILLIAM V AGUIAR III
PLAINTIFF
PRO SE   William V. Aguiar III

630 MAPLE STREET
FALL RIVER MASSACHUSETTS
1-508-678-5310

1/21/08

CERTIFICATE OF SERVICE

WILLIAM V AGUIAR III
PLAINTIFF

VS.

Civil Action No. 07-11673-MLW

FLOYD WEBB, BARRON SHEPPERD WENDY
SHEPPERD, ASHIDA KIM / RADFORD DAVIS

I William V Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

Date 1 / 21 / 2008

William V Aguair III
Pro Se

*[signature: William V. Aguiar III]*

630 Maple Street
Fall River Massachusetts 02720
1-508-678-5310