# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

VIA ECF

February 14, 2008

Honorable Mark L. Wolf
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:    *Aguiar v. Webb, et al*
       USDC-D. Mass. - Civil Action No. 1:07-cv-11673-MLW

Dear Judge Wolf:

We represent Defendant Radford Davis ("Mr. Davis") in the above-identified action.

The Court's January 22, 2008 order required Mr. Davis to withdraw all prior *pro se* motions to dismiss (Docket Nos. 25, 27, 35, 37, and 64) in lieu of filing a consolidated motion to dismiss. Mr. Davis withdrew these *pro se* motions in his consolidated motion to dismiss filed with the Court on January 29, 2008 (Docket No. 71).

We note that one of Mr. Davis' *pro se* motions (Docket No. 27), while styled as a motion to dismiss, was ostensibly Mr. Davis' *pro se* opposition to Plaintiff's motion for preliminary injunction.

We hope to address in more detail Mr. Davis' opposition to Plaintiff's motion for preliminary injunction at tomorrow's hearing. However, we respectfully request that Docket No. 27, which was mistakenly withdrawn, be reinstated on the docket for the sake of good order.

Should the Court have any questions, we are prepared to provide additional information on this or any other issue.

Very truly yours,

*Amy L. Brosius*

Amy L. Brosius

cc:    William V. Aguiar III (by email and first class mail)
        Ronald Collins (by first class mail)

21854514.doc