```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR, III          )
                                )
                                )
        v.                      )   C.A. NO. 07-11673-MLW
                                )
FLOYD WEBB, et al.              )
```

ORDER                                    February 15, 2008

For the reasons stated in court on February 15, 2008, it is hereby ORDERED that:

1. The oral motion for a continuance by plaintiff William V. Aguiar, III ("Aguiar") is DENIED.

2. The Motion to File a Reply Brief (Docket No. 39) by defendants Barron and Wendy Shepherd ("Shepherds") is ALLOWED.

3. Aguiar's Motion to Amend Reports on the Filing of Determination After Action or Appeal Regarding a Copyright (Docket No. 40) is ALLOWED.

4. Aguiar's Motions for Production of Documents (Docket Nos. 43 and 46) and Motion to Compel Discovery (Docket No. 73) are DENIED.

5. The Motion for Inclusion (Docket No. 51) by defendant Radford Davis ("Davis") is MOOT.

6. The Motion to Act as Amicus Curiae or "Friend of the Courts" (Docket No. 65) by Ronald Collins, Jr. is DENIED.

7. Aguiar's Motion to Strike (Docket No. 72) is MOOT.

8. The Motions to Dismiss of the Shepherds (Docket No. 7) and

Davis (Docket No. 71) are ALLOWED and the case against them is DISMISSED without prejudice for lack of personal jurisdiction.

9. Aguiar's Motion for Preliminary Injunction (Docket No. 3) is DENIED.

10. By February 29, 2008, Aguiar shall either cause counsel to appear on his behalf or file a statement that he will continue to proceed pro se.

11. By 12:00 noon on March 5, 2008, defendant Floyd Webb ("Webb") and Aguiar shall file, jointly if possible but individually if necessary, a proposed schedule for this case and a statement of whether they each wish to go to mediation.

12. A scheduling conference will be held on March 6, 2008, at 1:30 p.m. Aguiar and Webb shall attend.

13. By March 14, 2008, Aguiar shall file an amended complaint clearly stating the factual and legal bases for each of his claims against Webb and any other putative defendant, and the grounds for jurisdiction as required by Federal Rule of Civil Procedure 8. In light of this Order, Aguiar's Motion to Amend the Complaint (Docket No. 23) is MOOT.

                                        /s/ Mark L. Wolf
                                  UNITED STATES DISTRICT JUDGE