UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA07-11673

| William Aguiar | Floyd Webb et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Pro Se | Anthony Falzone, Julie Ahrens, David Kluft |
| | Amy Brosius |
| | Aaron Silverstein |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

CLERK'S NOTES

| DATES: | Motion Hearing/Scheduling Conference |
|---|---|
| 2/15/08 | Plaintiff moves orally for a continuance of 90 days to allow recently retained counsel to review the case. Court denies the request. Court makes various rulings on the housekeeping motions by granting motion to file reply (docket no. 39) and motion to amend (docket no. 40), denying motions to produce (docket nos. 43 & 46), motion to compel (docket no. 73) and motion to file amicus curie (docket no. 65) and finding as moot motion to strike (docket no. 72) and motion for inclusion by telephone (docket no. 51). Court listens to oral argument on the several pending motion s to dismiss. Court grants the motions to dismiss for lack of personal jurisdiction for Bradford Davis, Barron Sheppard and Wendy Sheppard without prejudice. Court states its reasoning for the decision from the bench. Court now moves to the plaintiff's motion for preliminary injunction (docket no. 3). Court listens to oral arguments on the same. Court denies the plaintiff's motion for preliminary injunction. Court states its reasoning from the bench. Court gives Atty. Gorin two weeks to decide whether he is going to appear in the case and schedule a further scheduling conference shortly after that. Plaintiff shall either cause counsel shall file a notice of appearance or inform the court that he will continue to proceed pro se by February 29, 2008. A further scheduling conference will be held on March 6, 2008 at 2:30 PM. If plaintiff proceeds Pro Se, then an amended complaint shall be filed by 3/14/2008. Court takes up the motion for a protective order agreed upon by the parties. Court will enter the order with one change to paragraph 11 as stated in open court. Protective order to issue. Parties to file an amended proposed schedule by 3/5/08 by 12:00 noon. |