UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT'S

WILLIAM V AGUIAR III

VS

FLOYD WEBB

C.A. NO. 07-11673-MLW

MOTION TO CONTINUE PRO SE / MOTION FOR MEDIATION

I William V Aguiar III will continue to Pro se himself. I've been in direct talks with Attorney Richard Goren who is only looking into the case right know due to his full docket. He is from the firm Bodoff and Associates 225 Friend Street Boston Ma. No commitment has been made on his representation in this case. We are still continuing negotiations , unfortunatily no commitment has been made at this time. I have sent him several video's and document's for him to review.

I William V Aguiar III ask's this Honorable Court for a course of mediation to resolve this civil dispute. I think it is beneficial to both plaintiff and defendant at this time.

William V Aguiar III
630 Maple Street
*[signature]*
Fall River Massachusetts
Pro Se  2/29/08

CERTIFICATE OF SERVICE

William V Aguiar III
Plaintiff

VS.                                            Civil Action No. 07-11673-MLW

Floyd Webb and All
Barron and Wendy Sheppard
Ashida Kim / Radford Davis

I William V. Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

William V Aguair III
Pro Se
*(signature)*
630 Maple Street
Fall River Massachusett's 02720
02 / 27 2008