LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

## ADDITIONAL CERTIFICATE OF REGISTRATION
## OF A CLAIM TO COPYRIGHT

THIS IS TO CERTIFY THAT THE STATE-
MENTS SET FORTH IN THE ATTACHED
HAVE BEEN MADE A PART OF THE
RECORDS OF THE COPYRIGHT OFFICE
WITH CLAIM OF COPYRIGHT REGIS-
TERED UNDER NUMBER
A 86679

IN TESTIMONY WHEREOF,
THE SEAL OF THIS OFFICE IS
AFFIXED HERETO ON

February 11, 1986



REGISTER OF COPYRIGHTS

**NOTE:** | Leave line 6 blank unless there has been a **PREVIOUS FOREIGN EDITION** in the English language.|

**Book is English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition _____ (Year)    Was registration for the foreign edition made in the U.S. Copyright Office?  Yes ___  No ___

If your answer is "Yes," give registration number ...........  EXAMINER

*Complete all applicable spaces on next page*

# FORM A

| CLASS | REGISTRATION NO |
|---|---|
| **A** | 86679 |

DO NOT WRITE HERE

## Application for Registration of a Claim to Copyright
### in a published book manufactured in the United States of America

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be **SIGNED** at line 10 and the **AFFIDAVIT** (line 11) **must be COMPLETED AND NOTARIZED.** The application should not be submitted until after the date of publication given in line 4, and should state the facts which existed on that date. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies. Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington, D.C. 20540, together with 2 copies of the best edition of the work and the registration fee of $6. Make your remittance payable to the Register of Copyrights.

**1. Copyright Claimant(s) and Address(es):** Give the name(s) and address(es) of the copyright owner(s). Ordinarily the name(s) should be the same as in the notice of copyright on the copies deposited.

Name .... Black Dragon Fighting Society, accepted alternate business designation of Count Dante

Address .... 811 South Ashland Avenue, Chicago, Illinois 60620

Name .....

Address .....

**2. Title:** WORLD'S DEADLIEST FIGHTING SECRETS
(Give the title of the book as it appears on the title page)

**3. Authors:** Citizenship and domicile information must be given. Where a work was made for hire, the employer is the author. The citizenship of organizations formed under U.S. Federal or State law should be stated as U.S.A. Authors may be editors, compilers, translators, illustrators, etc., as well as authors of original text. If the copyright claim is based on new matter (see line 5) give requested information about the author of the new matter.

Name .... Black Dragon Fighting Society, accepted alternate business designation of Count Dante
(Give legal name followed by pseudonym if latter appears on the copies) Citizenship .... USA (Name of country)

Domiciled in U.S.A. Yes .. X .. No ........ Address .... 811 South Ashland Avenue, Chicago, Ill. 60620

Name .....
(Give legal name followed by pseudonym if latter appears on the copies) Citizenship .... (Name of country)

Domiciled in U.S.A. Yes ........ No ........ Address .....

Name .....
(Give legal name followed by pseudonym if latter appears on the copies) Citizenship .... (Name of country)

Domiciled in U.S.A. Yes ........ No ........ Address .....

**4. Date of Publication of This Edition:** Give the complete date when copies of this particular edition were first placed on sale, sold, or publicly distributed. The date when copies were made or printed should not be confused with the date of publication. (**NOTE:** The full date (month, day, and year) must be given.) For further information, see page 4.

August 28 1968
(Month) (Day) (Year)

▶▶ (NOTE: Leave line 5 blank unless the following instructions apply to this work.) ◀◀

**5. New Matter in This Version:** If any substantial part of this work has been previously published anywhere, give a brief, general statement of the nature of the new matter published for the first time in this version. New matter may consist of compilation, translation, abridgment, editorial revision, and the like, as well as additional text or pictorial matter.

.....

▶▶ NOTE: Leave line 6 blank unless there has been a PREVIOUS FOREIGN EDITION in the English language. ◀◀

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition .....
(Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes .... No

If your answer is "Yes," give registration number ...

| EXAMINER |
|---|
|  |

*Complete all applicable spaces on next page*

7. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

8. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name ___ Auslander & Thomas ___ Address ___ 233 Broadway, New York, N. Y.

9. Send certificate to:

(Type or print name and address)

Name ___ Auslander & Thomas

Address ___ 233 Broadway
(Number and street)

___ New York ___ N. Y. ___ 10007
(City) ___ (State) ___ (ZIP code)

10. **Certification:** (NOTE: Application not acceptable unless signed)
I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

(Signature of claimant or duly authorized agent)

11. **Affidavit (required by law.)** Instructions: (1) Fill in the blank spaces with special attention to those marked "(X)." (2) Sign the affidavit before an officer authorized to administer oaths within the United States such as a notary public. (3) Have the officer sign and seal the affidavit and fill in the date of execution.

NOTE: The affidavit must be signed and notarized only *on or after* the date of publication or completion of printing which it states. The affidavit *must* be signed by an individual.

I, the undersigned, depose and say that I am the

STATE OF ___ NEW YORK

COUNTY OF ___ NEW YORK

[X] Person claiming copyright in the book described in this application.
[ ] Duly authorized agent of the person or organization claiming copyright in the book described in this application.
[ ] Printer of the book described in this application.

That the book was published or the printing was completed on (X) __August 26, 1968__
(Give month, day, and year)

That of the various processes employed in the production of the copies deposited, the setting of the type was performed within the limits of the United States or the making of the plates was performed within the limits of the United States from type set therein, or the lithographic or photoengraving processes used in producing the text were wholly performed within the limits of the United States, and that the printing of the text and the binding (if any) were also performed within the limits of the United States. That such typesetting, platemaking, lithographic or photoengraving process, printing, and binding were performed by the following establishments or individuals at the following addresses:

**(GIVE THE NAMES AND ADDRESSES OF THE PERSONS OR ORGANIZATIONS WHO PERFORMED SUCH TYPESETTING OR PLATEMAKING OR LITHOGRAPHIC PROCESS OR PHOTOENGRAVING PROCESS OR PRINTING AND BINDING, ETC.)**

Names (X) ___ Beverly Offset Press ___ Addresses (X) 10136 South Vincennes Aven
___ Chicago, Illinois

(Signature of affiant)
(Sign and notarize only on or after date given above)

Subscribed and sworn to before me this ___ 6 th

PLACE
NOTARIAL SEAL
HERE

day of ___ June ___, 19 69.

Julius Milenbach
(Signature of notary)

**FOR COPYRIGHT OFFICE USE ONLY**

Application and affidavit received

Two copies received
MAY 6, 1969

Fee received

February 12, 1986

DATE



Black Dragon Fighting Society
44 North Main Street
Fail River, MA 02720

Attention: William V. Aguiar
Re: Your request of January 24, 1986

Dear Mr. Aguiar:

We are enclosing the document(s) you requested. Fees have been applied as follows:

| Remittance Received | Total $ | 21.10 | | |
| --- | --- | --- | --- | --- |
| Applied to documents | | | $ | 4.00 |
| Transferred to Photoduplication Service for photocopying | | | $ | 17.10 |
| Refunded (under separate cover) | | | $ | |
| Applied for search of Office files | | | $ | |

| Deposit Account Charges | Total $ | |
| --- | --- | --- |
| The identifying number which will appear on your deposit account statement for this request is | | |
| Applied for documents | | $ |
| Transferred to Photoduplication Service for photocopying | | $ |
| Applied for search of Office files | | $ |

Sincerely yours,

REGISTER OF COPYRIGHTS

2 Enclosures
2 Documents      additional certificate, A 86679 (1968)
                 noncertified copy of deposit, A 86679 (68)

Attachment:

World's Deadliest Fighting Secrets

William V. Aguiar
44 North Main Street
P.O. Box 3399
Fall River, MA    02722
(617) 679-8188

6 a.  Preexisting Material:

     The original format of "Poison Hand" Techniques & the "Dance
     of Death" prior to the death of Count Dante' & the formation
     of the "Dan-Te System of Fighting".


6 b.  Material Added to This Work:

     1.  Updated history of Count Dante', the man, his legend, and
         the propagation of his system, the "Dan-Te System of
         Fighting".

     2.  The syllabus of the "Dan-Te (Deadly Hands) System of
         Fighting" which was in process at the time of Count
         Dante's death.

     3.  New, more explicit "Poison Hand" photos.

# CERTIFICATE OF COPYRIGHT REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM TX**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX 3 161 682



TX    TXU
EFFECTIVE DATE OF REGISTRATION

APR 01 1991
Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

WORLD'S DEADLIEST FIGHTING SECRETS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

WORLD'S DEADLIEST FIGHTING SECRETS, Copyright May 6, 1969

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a NAME OF AUTHOR ▼**

BLACK DRAGON FIGHTING SOCIETY

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Updated and revised text

**b NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank.

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1991 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ March Day ▶ 19 Year ▶ 1991 ONLY if this work has been published.
United States of America ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Black Dragon Fighting Society
P.O. Box 3399
Fall River, MA  02722

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**See instructions before completing this space.**

APPLICATION RECEIVED
SEP 20 1991
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
APR 01 1991
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    **DO NOT WRITE HERE**
• See detailed instructions.    • Sign the form at line 10.

Page 1 of ____ pages

ĭ( **3 161 682**

EXAMINED BY

CHECKED BY

**FORM TX**

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**

**A 86679**

**Year of Registration ▼**

**1969**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Previous Edition

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional text and illustrations; editorial revisions

See instructions
before completing
this space

— space deleted —

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

See instructions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**

**Account Number ▼**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Black Dragon Fighting Society
c/o William V. Aguiar, Supreme Grand Master
P.O. Box 3399
Fall River, MA   02722    Area Code & Telephone Number ▶    (508) 679-8188

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Black Dragon Fighting Society

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Name of author or other copyright claimant or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

William V. Aguiar, for the Black Dragon Fighting Society    date ▶   3/19/91

**Handwritten signature (X) ▼**

*William V. Aguiar*

**MAIL
CERTIFI-
CATE TO**

**Name ▼**
BLACK DRAGON FIGHTING SOCIETY
C/O WILLIAM V. AGUIAR

**Number Street Apartment Number ▼**
P.O. BOX 3399

**City State Zip ▼**
FALL RIVER, MA 02722

**Certificate
will be
mailed in
window
envelope**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, DC 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

August 1989—300,000

U S GOVERNMENT PRINTING OFFICE 1989 241-428 00 004

# CERTIFICATE OF REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Marybeth Peters

**REGISTER OF COPYRIGHTS**
United States of America

**OFFICIAL SEAL**



REGISTRATION NUMBER

PAu 2-617-892

EFFECTIVE DATE OF REGISTRATION

8 — 22 — 01
Month — Day — Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**(1) Title**

**TITLE OF THIS WORK:**
World's Deadliest Fighting Secrets Part II

**NATURE OF THIS WORK:**
(See instructions)
Videotape

**PREVIOUS OR ALTERNATIVE TITLES:**
The Charging T (The Death March)

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

**NAME OF AUTHOR:** William V. Aguiar

Was this author's contribution to the work a "work made for hire"? Yes X. No . . .

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of . . . . . . . . } or { Domiciled in . . U.S.A. . . . . . . . .
(Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)
Entire work

**DATES OF BIRTH AND DEATH:**
Born . . . Died . . . .
(Year) (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes . . No. . . .
Pseudonymous? Yes . . No . .
If the answer to either of these questions is "Yes," see detailed instructions attached

**2**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes No . . .

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . .
(Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born . . . Died . . .
(Year) (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes No
Pseudonymous? Yes No
If the answer to either of these questions is "Yes," see detailed instructions attached

**3**

**NAME OF AUTHOR:**

Was this author's contribution to the work a "work made for hire"? Yes . . . . No . . .

**AUTHOR'S NATIONALITY OR DOMICILE:**
Citizen of . . . . . . . . } or { Domiciled in . . . . . . . . . . . . . . .
(Name of Country)

**AUTHOR OF:** (Briefly describe nature of this author's contribution)

**DATES OF BIRTH AND DEATH:**
Born . . . Died . . . . . . .
(Year) (Year)

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:**
Anonymous? Yes . . . . . . No . . . .
Pseudonymous? Yes . . . . No . . . .
If the answer to either of these questions is "Yes," see detailed instructions attached

**(3) Creation and Publication**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:**
Year 2001
(This information must be given in all cases.)

**DATE AND NATION OF FIRST PUBLICATION:**
Date . . . . . . . . . . . .
(Month) (Day) (Year)
Nation . . . . . . . . . . .
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
William V. Aguiar
281 South Main Street
Fall River, MA 02721

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- Follow detailed instructions attached
- Sign the form at line 8

DO NOT WRITE HERE

Page 1 of . . . . . . . pages

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM PA
For a Work of the Performing Arts
UNITED STATES ...

PAu 2-573-887

( PAU )

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|-------|-----|------|
| 7 | 17 | 01 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

World's Deadliest Fighting Secrets

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Videotape

## 2

**a**

**NAME OF AUTHOR ▼**

William V. Aguiar

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ .U.S.A.

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire motion picture

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.

2001

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ _____ Day ▶ _____ Year ▶ _____
ONLY if this work has been published.
◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

William V. Aguiar
281 South Main Street
Fall River, MA   02721

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

**APPLICATION RECEIVED**
DEC 05 2001    7/17/01
**ONE DEPOSIT RECEIVED**
7/17/01    ½ " vT /D
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions    • Sign the form at line 8

**DO NOT WRITE HERE**
Page 1 of .2. pages

EXAMINED BY

CHECKED BY

✓ CORRESPONDENCE
Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**     **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**     **Account Number ▼**

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**

William Nitkin
850 Boylston Street, #424
Chestnut Hill, MA 02467-2402

Area code and daytime telephone number ▶ ( 617 ) 232-1854     Fax number ▶ ( 617 ) 232-1855
Email ▶

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **William V. Aguiar**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

William Nitkin     Date ▶ Nov. 27, 2001

Handwritten signature (X) ▼

x _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
William Nitkin

Number/Street/Apt ▼
850 Boylston Street #424

City/State/ZIP ▼
Chestnut Hill, MA 02467-2402

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999,
the filing fee for
Form PA is $30.

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

WEB REV: June 1999     PRINTED ON RECYCLED PAPER     ☆U.S. GOVERNMENT PRINTING OFFICE: 2000-461-113/20,003

## SALE OF COPYRIGHT

Cherry Productions, Inc. d/b/a Black Dragon Fighting
Society and d/b/a Count Dante of 911 South Ashland Avenue,
Chicago, Illinois 60620 for consideration paid by House of
Dante, Inc. a Rhode Island corporation does hereby sell, assign
and transfer to House of Dante, Inc. 624 Industrial Bank
Building, Providence, Rhode Island copyright number A86679
granted to Black Dragon Fighting Society by the Registrar of
copyrights in the book entitled, "World's Deadliest Fighting
Secret", together with the right to renew said copyright,
with all our literary property, right, title, and interest
in and to the book and all the profit, benefit and advantage
that shall or may arise from printing, publishing and vending
the same. Cherry Productions, Inc. does hereby warrant that
it is the sole proprietor of all rights transferred herein
and is the author of said book.

In witness whereof we have executed this instrument at
Chicago, Illinois on                    ,1977.

CHERRY PRODUCTIONS, INC.

BY: _(signature)_

*William Nitkin*

ATTORNEY AND COUNSELLOR AT LAW
PATENTS, TRADEMARKS, COPYRIGHTS

850 BOYLSTON STREET (ROUTE 9)
CHESTNUT HILL, MASSACHUSETTS 02467

TELEPHONE 617-232-1854
FAX 617-232-1855

October 28, 2002

William V. Aguiar, President
Black Dragon Fighting Society
281 South Main Street
Fall River, MA 02721

Re: Copyright Registration of World's Deadliest Fighting Secrets
    Registration No. PAu 2-673-807
    Effective Date of Registration: July 17, 2001

    Copyright Registration of World's Deadliest Fighting Secrets, Part II
    Registration No. PAu 2-617-092
    Effective Date of Registration: August 22, 2001

Dear Mr. Aguiar:

       The Copyright Office has issued copyright registrations for the above videotapes which
Certificates of Registration are enclosed herewith. These are important documents which should
be stored in a safe place. The second registration encountered a delay in issuance due to security
screening.

       If I can be of assistance to you in the future, please do not hesitate to contact me.

                                              Very truly yours,

                                              $\beta$ill

                                              William Nitkin

WN/ra
Encl.

Copy Right office 202 707 3000

Filing fee: $15.00

To be filed annually
between January 1st and March 1st

# State of Rhode Island and Providence Plantations

## OFFICE OF THE SECRETARY OF STATE

### 1977   ANNUAL REPORT

OF

HOUSE OF DANTE', INC. (formerly known as Self Defense, Inc. of Rhode Island)

Pursuant to the provisions of Section 7.1.1-118 of the General Laws, 1966, as amended, the undersigned corporation hereby submits the following annual report:

FIRST:   The name of the corporation is HOUSE OF DANTE', INC.

SECOND:   It is incorporated under the laws of Rhode Island

THIRD:   The address of its registered office in Rhode Island is

624 Industrial Bank Building, Providence, Rhode Island 02903

and the name of its registered agent in Rhode Island at such address is

Edward S. Goldin, Esquire

FOURTH:   If a foreign corporation, the address of its principal office in the state or country under the laws of which it is incorporated is

not applicable

FIFTH:   The character of the business in which it is actually engaged in Rhode Island, briefly stated, is any and all lawful business

SIXTH:   The names and respective addresses of its directors and officers are:

| Name | Office | Address |
|---|---|---|
| William V. Aguiar, Jr. | Director | 432 Durfee St., Fall River, Mass. |
| Linda R. Aguiar | Director | (as above) |
| Raymond R. Bessette | Director | (as above) |
| | Director | |
| | Director | |
| | Director | |
| Linda R. Aguiar | President | (as above) |
| NONE | Vice President | |
| William V. Aguiar, Jr. | Secretary | (as above) |
| William V. Aguiar, Jr. | Treasurer | (as above) |

SEVENTH:   The aggregate number of shares which it has authority to issue, itemized by classes, par value of shares, shares without par value, and series, if any, within a class, is:

| Number of Shares | Class | Series | Par Value per Share or Statement that Shares are without Par Value |
|---|---|---|---|
| 600 | common | | without par value |

EIGHTH:   The aggregate number of its issued shares, itemized by classes, par value
of shares, shares without par value, and series, if any, within a class, is:

| Number of Shares | Class | Series | Par Value per Share or Statement that Shares are without Par Value |
|---|---|---|---|
| 400 | common | | without par value |

Dated  August 22  , 19  77        HOUSE OF DANTE', INC.
                                 ...........................................................
                                          (NAME OF CORPORATION)

By ...........................................................
                                 William V. Aguiar
                                   Its  Treasurer

WILLIAM V.

BLACK

FALL RIVER

INTERNAL REVENUE SERVICE
ANDOVER MA



ocation of business                                    Federal identification  number

22

23.                    PO box is not acceptable

24                                                           25.        26.

27                        28. Semi-annual date       Principal place of business
                         29. Semi-annual normal      Principal place of business
                         ☐ Other  complete Schedule TA-4

**Convention Center Financing District**

30

31

**Filing Frequencies**

32.                                              33. ... estimate ... a check ...
                                                 on 11 each ... Check the appropriate boxes.

**Tax Type Information**

**Withholding**

34                                               35.

**Sales/Use Tax on Goods**

36.

**Sales/Use Tax on Telecommunications Services**

37.

**Meals Tax on Food and All Beverages**

38.                                              39.
40.
41.
                                                 42.

**Room Occupancy**

43.                                         44.                        45.

**Use Tax Purchaser**

46.

**Convention Center Financing Surcharges**

47.

**Cigar and Smoking Tobacco Excise**

48.

Mail to  Massachusetts  Department  of Revenue  Data Integration Bureau  PO Box 7022  Boston  MA 12.n4

I certify ... that the statements made ... have been examined by me and are to the best of my knowledge ...

## PETROCELLI LAW OFFICES
### PROFESSIONAL CORPORATION
1110 Turks Head Building
Providence, Rhode Island 02903
401-831-7180

Fax: 401-831-7182

e-mail: petlaw@aol.com

April 19, 2000

Mr. William Aguiar
c/o Aguiar's Self Defense
281 South Main Street
Fall River, MA 02721

RE: Count Dante Fighting System & Black Dragon Fighting System

Dear Bill:

Enclosed are copies of the Certificates of Registration for Black Dragon Fighting System and Count Dante Fighting System. The originals were sent to you at P.O. Box 3399, Fall River, MA 02722 (which was the address on the Certificates).

As noted, the registration remains in force for ten years.

There are certain filings that you must make during the ten year period. At the end of six (6) years, you need to file an Affidavit of Continued Use and toward the end of the ten year period, you need to file an application for renewal. Some of these instructions are explained on the back of the certificate itself.

We certainly would be available to help you at that time as would any attorney with experience in trademark.

Very truly yours,

Richard W. Petrocelli

RWP:dmp
Enclosures

# SS-4 — Application for Employer Identification Number

For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, certain individuals, and others. See instructions.

► Keep a copy for your records

FALL RIVER

JUL 1 2000

DISTRICT OFFICE

Abe ► Martial Arts / Mail Order

Note ► Martial Arts /Mail Order

Yes ☒ No

William V. Aguiar / Owner

► 01-09-XXX

► For Paperwork Reduction Act Notice, see page 4.                                    SS-4

Int. Cl.: **41**

Prior U.S. Cls.: **100, 101 and 107**

Reg. No. 2,328,424

## United States Patent and Trademark Office

Registered Mar. 14, 2000

### SERVICE MARK
### PRINCIPAL REGISTER



AGUIAR, WILLIAM V. (UNITED STATES CITI-
ZEN)
P.O. BOX 3399
FALL RIVER, MA 02722

FOR: MARTIAL ARTS EDUCATION, IN
CLASS 41 (U.S. CLS. 100, 101 AND 107).
FIRST USE 8-28-1968; IN COMMERCE
8-28-1968.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FIGHTING SOCIETY",
APART FROM THE MARK AS SHOWN

SER. NO. 75-562,925, FILED 10-2-1998

MICHAEL KAZAZIAN, EXAMINING ATTOR-
NEY





# DEADLIEST MAN ALIVE

## NOW...
### The World's
### DEADLIEST
### FIGHTING
### SECRETS
### Can Be Yours
### . . .



## FREE ➡

