WILLIAM v. AGUIAR III
PLAINTIFF

VS.

CIVIL ACTION 07-11673-MLW

FLOYD WEBB AND ALL
DEFENDANT'S

```
F I L E D
Clerk's Office
USDC, Mass.
Date   10-31-07
By           KT
    Deputy Clerk
```

WILLIAM V. AGUIAR III OPPOSITION OF DECLARATION OF FLOYD WEEB IN

OPPOSITION TO PLAINTIFF'S PRELIMINARY INJUCTION

I'll William V Aguiar III declare as follows;

1. I am the Plaintiff in the above captioned manner. I have personal knowledge of the fact's set forth in this declaration. I am over eighteen years old. If called upon to testify I would and could testify competently to all matter's stated herein
2. I am the Supreme Grand Master of the Black Dragon Fighting Society and I Work for the Department of Youth Service's as a direct care worker working with children. Working With inner city youth from the Boston area and Cape Cod.
    3. WE DO NOT CONTEST
    4. WE DO NOT CONTEST
    5. WE DO NOT CONTEST
    6. WE DO NOT CONTEST
    7. WE DO NOT CONTEST
    8. WE DO NOT CONTEST
    9. WE DO NOT CONTEST
    10. WE DO NOT CONTEST
11. Now I the Plaintiff have followed the step in the law. In the application of my right as a copyright owner. Plaintiff has followed the letter of the law. And gave Defendant Webb several chance's to sign appropriate copyright agreement's.
12. WE DO NOT CONTEST
13. WE DO NOT CONTEST
14. WE DO NOT CONTEST
15. Defendant Webb sent counter verification in which gave me the option for Federal Court. And Defendant Webb waived his right to Federal Court,

16  WE DO NOT CONTEST
17 WE DO NOT CONTEST
18  WE DO NOT CONTEST
19  This was per DCMA takedown were he filed counter verification. Which he waived his right to Federal Court?
20  WE DO NOT CONTEST
21.

The said video footage Floyd Webb has stolen from my   copyrighted video
Ballet of Horror from my set that I sell exclusive under my copyright Ballet of Horror
Disc 3 it wasn't re-leased to the public on July 17 2001 under copyright no.
Pau2-673-807 World's Deadliest Fighting Secret's. Mr. Webb secured the video
 From an unlicensed agent. Mr. Webb illegally cut up my DVD"S to take footage to
Use for commercial use to post on his trailers. Floyd Webb's footage was up in his
Trailers for year's before Mr. Creeden III involvement. Mr. Creeden Jr shot the film
In 8mm format exclusively owned by John Creeden JR in the 60's early seventies in
Chicago Illinois and In Fall River Massachusetts's. There is no permission of said footage
Even fair use rules don't apply. My deceased father William V Aguiar II is in said
Footage and doesn't have my permission to use these image's with out my exclusive
License.   The said footage owned by Mr.Creeden Jr was not sold to Floyd Webb and has
No exclusive license. Mr. Webb cannot produce a signed document's that said they have
License for use in his videos by neither Mr. Creeden Jr nor Creeden III.

 I Challenge Mr. Webb to produce a signed user agreement's between the parties.
Mr. Webb and Mr. Sheppard tried unsuccessfully tried to swindle Mr. Creeden Jr and Mr.
Creeden III out of said footage and yes their was a transaction it wasn't complete because
There are no signed user agreement from John Creeden III and John Creeden Jr. Yes their
Was 1000 paid in two installments' of 500 dollar's. Still with a 500 balance and when Mr.
Creeden III tried to get a signed a user agreement from Mr. Sheppard. Mr. Creeden III
Was told that .the footage was given to Ashida Kim / Radford Davis. When Mr. Sheppard
Received the footage he told Mr. Creeden III that the footage was worthless and it was
Given to Mr. Davis. Mr. Creeden III demanded the footage returned but was turned down
By Mr. Sheppard. Mr. Sheppard was used as a buffer used by Mr. Webb to circumvent
My said copyright to conspire to under mines my copyrights. In closing I challenge Mr.
Webb to produce said signed document's from John Creeden Jr and John Creeden III that
Gives defendant Webb exclusive right's to use such footage. There is no signed
User agreement's or no verbal agreement's to use such footage in Mr. Webb's trailer's and
Is committing a criminal act. A receipt from Westin Union doe not constitute a signed
User agreement. This show Floyd Webb and Barron Sheppard have un-clean hand's
That they make accusation's of license and cannot prove such a thing as a license.

22This from the ad, which I use for my business on E-bay and my other business venture's
23 WE DO NOT CONTEST
24 WE DO NOT CONTEST

25 This is part of my two book's of my copyrighted material's the plaintiff own's this is a crucial part of my marketing. The crest and the is from the World's Deadliest Fighting Secret's Book, DVD"S and World's Deadliest Fighting Secret's II .

26 WE DO NOT CONTEST

27 This is a image from both copyrighted book' and DVD"S. It is a picture of Barbara Kemp and John Keehan Standing behind her.

28 This is a image from both copyrighted book' and DVD"S. It is a picture of Barbara Kemp and John Keehan Standing behind her.

29 WE DO NOT CONTEST

30 WE DO NOT CONTEST

31 WE DO NOT CONTEST

32 WE DO NOT CONTEST

33 WE DO NOT CONTEST

34 I the plaintiff William V Aguiar III am the said copyright owner. This image's are directly from both book's. The same sequence appear's in both illustration's of both copyrighted book's HA86679.

35 WE DO NOT CONTEST

36 WE DO NOT CONTEST

37 I the plaintiff William V Aguiar III am the said copyright owner of. This image is directly from both book's front cover. The same sequence appears in both illustrations of both copyrighted book's HA86679.

38 WE DO NOT CONTEST

39 WE DO NOT CONTEST

40 This is a image from both copyrighted book' and DVD"S. It is a picture of Barbara Kemp and John Keehan Standing behind her. The copyright is HA86679.

41 WE DO NOT CONTEST

42 I the plaintiff William V Aguiar III am the said copyright owner of. This image is directly from both book's front cover. The same sequence appears in both illustration's of both copyrighted book's HA86679

43 WE DO NOT CONTEST

44 WE DO NOT CONTEST

45 I the plaintiff William V Aguiar III am the said copyright owner of. This image is directly from both book's front cover. The same sequence appears in both illustration's of both copyrighted book's HA86679

46 WE DO NOT CONTEST

47 WE DO NOT CONTEST

48 John F Creeden III has been threatened several times and verbally harassed my Mr. Webb and his associated Defendant Barron Sheppard Floyd Webb so called investor. Were to the extent the Defendant Sheppard wouldn't sign a user agreement. To [say Mr. Creeden III called Barron Sheppard's mother in the middle of the night and said he will kill her son] Mr. Creeden wants prove that this hasn't happened to include phone record's the Mr. Creeden III calling from one of his number's. Slander like that is a criminal offense. . Mr. Webb has thrown comments in bad taste and hurled slur's created a

hostile in-human atmosphere. Furthermore An ex associate of the Plaintiff William V Aguiar III for 18 years who Mr. Webb or Mr. Sheppard have allegedly paid substantial money's for exclusive flyer's that I owned for the Plaintiff to use for a book. By Mr. Webb's verbal and under minded techniques to avoid the rightful copyright owner's claim. Mr. Webb has deliberately under minded my business with other Ashida Kim associate's.

49 Mr. Webb has hurled off re-mark to John Creeden III in a derogatory manner unbecoming a human being. Mr. Webb has directly threatened Mr. Creeden in several forums.

50 This order does not re-strict free speech at all and does not restrict his artistic expression.

I declare under penalty and perjury under the laws of the United States of America

That these statements are true and correct. Executed the 29 the of October at Fall River Massachusetts's

By pro se William V Aguiar III

*William V. Aguiar III*

10/29/07