```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

WILLIAM AGUIAR
            Plaintiff(s)

      v.                            CIVIL ACTION
                                    NO.  07-11673-MLW

FLOYD WEBB
            Defendant(s)

## SCHEDULING ORDER

WOLF, D.J.

      This case is governed procedurally by the 1992 Amendments to the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), which implement the District's Civil Justice Expense and Delay Reduction Plan. Counsel must, therefore, comply with the relevant Local Rules in the litigation of this case.

      It is hereby ORDERED pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16(f) that:

[X]  1.  Plaintiff shall file his amended complaint and <u>answer to</u> counter cl <u>2008.</u>

[X]  2.  Defendant shall respond to the Complaint by <u>April 11, 2008</u>.

[X]  3.  Plaintiff shall either cause counsel to appear on his behalf or file a statement that he will continue to proceed pro se by <u>APRIL 18, 2008</u>.

[X]  4.  The parties shall by <u>APRIL 25, 2008</u> make the automatic document disclosure required by Federal Rules of Civil Procedure 26(a)(1) and Local Rule 26.2(A) and, if applicable, disclose the information required by Local Rule 35.1

[X]  5.  The parties shall by <u>APRIL 25, 2008</u> make the disclosure authorized by Federal Rules of Civil Procedure 26(a)(1) and Local

Rule 26.1(b)(1) and (2).

[X] 6. Counsel for the parties shall confer and, by MAY 2, 2008, file a report as to the prospects for settlement.

If the case is not settled, the parties shall report whether they wish to participate in mediation to be conducted by a magistrate judge or attorney on the Court's panel of mediators and whether either party feels there is a proper basis for filing a motion for summary judgment without any further discovery.

[X] 7. A further scheduling conference shall be held on MAY 9, 2008 at 3:30 pm.

All provisions and deadlines contained in this Order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings. Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record. The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery.
Counsel are encouraged to seek an early resolution of this matter. Additional case management conferences may be scheduled by the Court or upon the request of counsel.

By the Court,
DENNIS P. O'LEARY

March 6, 2008
Date

/s/ Dennis O'Leary
Deputy Clerk