

John Cole and William V. Aguiar Jr.

SATURDAY, MARCH 8, 2008

## FLOYD YOU JUST PROVED MY POINT



You just proved your the delusional one. You tell half truths , just like your movie. Half truths by people who got their friend killed and turned their back on him. No wonder why your wife left you. Did the judge question your mental capacity or not, I think YES he did. Billy has show ownership you have only shown what a small twisted little scared boy you really are . Who likes to steal thing's that are not yours. Floyd your loosing all that you hoped for Billy wants it to stop . Now you look bad , like the stubborn little child you are. Whats wrong Floyd mommy didn't show you any love. You now that shows up in your love life later on. Oh that's right your divorced.

Billy did tell me over beers. Because he thinks your such a pussy and a wimp. Floyd you shouldn't talk about illegal drugs with your record. you shouldn't throw stones in glass houses. As far as being an "advisor" you can't handle Billy, let alone me. Oh on Advisors Floyd who was in the courtroom with Billy. Its wasn't John Cole, he is known as "Ray" just "Ray". You don't want to know what Ray does for a living. Floyd he is one of Billy's advisor's. Your dealing with the old timers Floyd not me, he's from Keehans past the past you don't want to know about. Be afraid be
very afraid whoops weres Floyd.

I'll say this hes from Federal Hill, see Floyd people are watching you. Billy got to do this on his own.

Ring Ring in your head your mental status is in question? Yes it was I love fuckin with you your to easy Loser.

POSTED BY JOHN CREEDEN AT 1:12 AM
LABELS: ASHIDA KIM, BARRON SHEPPERD, FELKOFF, FLOYD WEBB, JOHN PATRICIO, KUNG FU PIMP, LAWRENCE DAY, MIKE FELKOFF, POISON HAND, RADFORD DAVIS. JOHN PATRICIO, RON COLLIN'S, STOFFEL VAN VUREEN, THIEF

## 0 COMMENTS:

Post a Comment

Newer Post     Home     Older Post

Subscribe to: Post Comments (Atom)

WORLDS DEADLIEST FIGHTING SECRETS



COMIC BOOK AD

BLOG ARCHIVE

▼ 2008 (139)

  ▼ MARCH (6)

THIS IS WHY I'M NOT INVOLVED
FLOYD YOU JUST PROVED MY POINT
FLOYD WEBB'S MENTAL STATUS IN QUESTION
KNOW , NOW, NO ,KNOWN UPDATE
THE BDFS INTERNATIONAL FAKES.
THIS IS WERE ME PROOF COMES FROM

▶ FEBRUARY (60)