

John Cole and William V. Aguiar Jr.

FRIDAY, MARCH 7, 2008

## FLOYD WEBB'S MENTAL STATUS IN QUESTION



The Judge Mark Wolf asked Julie Ahern of Stanford law about Floyd Webb's mental status. After being denied a declaratory judgement by the judge. Judge Wolf questioned Julie Ahern several times whether Floyd Webb's mental status when he was using the film, he wanted to know if he was mentally capable of making decision's pertaining to the case.
Floyd asked for mediation and got it and he didn't want it at all. People are puzzled about Floyd and his motive's.
Is it personal, I seem to think so. It all comes down to ownership, it obvious that someone else is sailing Floyd's ship. Its obvious that Floyd doesn't have the intelligence to see a deal right in front of him. Its seems funny that the judge is questioning his mental status, when he staed in the past that the judge was going to do that against me, the irony huh Floyd.

Threw his case management statement, Floyd hopes to dislodge William Intellectual property, some wonder why would Floyd do such a thing a put a hold on his movie for 2 years and future litigation. I feel bad for Floyd he's extremely stubborn like a child who wants the nipple and he can't have it. Floyd temper tantrum's shows what a small person in his head he really is. Billy wanted to put this behind him , but Floyd is really showing his real color's. It just goes to show you that hes the type of person that you can't trust in business. Floyd is trying to say that William doesn't own anything. I bet if Felkoff drinks a glass of water that Floyd cant speak.

Floyd doesn't have Fair Use until the gavel falls, and the same goes for ownership. Nothing has been ruled on so Floyd . once again only tell half truth's. Only to suit him, Floyd you still have to deal with me in court once your court is over with William. And I'm going to sue all of you people and I'm gonna win . No signatures and you have nothing, see I can prove criminal conspiracy. Using this court's declaration against you, see it all a big set up and your all gonna be taken down.

Whats everybody gonna say now that Billy not playing along, its Floyd like I said is the shady one. Ths scumbag, the loser, this is why no one will do business with him. The only people who do business with him are people who got their friend killed. Go Figure.



POSTED BY JOHN CREEDEN AT 1:16 PM
LABELS: ASHIDA KIM, BARRON SHEPPERD, FELKOFF, FLOYD WEBB, LAWRENCE DAY, MIKE FELKOFF, RADFORD DAVIS. JOHN PATRICIO, RON COLLIN'S

## 0 COMMENTS:

Post a Comment

Home                                          Older Post

Subscribe to: Post Comments (Atom)

WORLDS DEADLIEST FIGHTING SECRETS



COMIC BOOK AD

BLOG ARCHIVE

▼ 2008 (137)

▼ MARCH (4)

FLOYD WEBB'S MENTAL STATUS IN QUESTION

KNOW , NOW, NO ,KNOWN UPDATE

THE BDFS INTERNATIONAL FAKES.

THIS IS WERE ME PROOF COMES FROM

► FEBRUARY (60)

► JANUARY (73)

► 2007 (22)