

John Cole and William V. Aguiar Jr.

SUNDAY, MARCH 23, 2008

## FLOYD WEBB IS DOING DAMAGE CONTROL ONCE AGAIN



FLOYD IS A STUBBORN CHILD no wonder him wife left him. He's being defeated on all areas, hes a fuckin comedy act. He reminds me of a child who doesn't like to play with others. He's sad when everybody around you hates you it must be hard Floyd. YOUR WIFE HATES YOU, YOUR FRIENDS HATES YOU. He won't talk normally on Bullshido and 1bdfs board, he'll come their for damage control only. Oh and two words for you "consumer confussion" its the only defense against "Fair Use". Matt Kiley professor gave Billy that the only diffinitive and win able defense against Fair Use. Do I hear the

door slamming shut on you. This is because your putting Ashida Kim in the doc. You just lost see kim is the self proclaimed Master of the bdfs and thats were you loose. Hope you "choke on a piece of ham and died you piece of shit" on Easter.
And 2.8 million hits your loosing sucker. Floyd you lucky your in Chicago you would't be pulling this shit here. People now your face know . I will be naming names of the people in Chicago and all their dirty deeds because of you Floyd. So get a vest and a shotgun because you steered up a hornests nest. No one believes you because the people in the filmare their all liars, thieves and killers. Except Russel Brown hes stand up.

POSTED BY JOHN CREEDEN AT 8:56 AM 

## 0 COMMENTS:

Post a Comment

Newer Post         Home         Older Post

Subscribe to: Post Comments (Atom)

WORLDS DEADLIEST FIGHTING SECRETS



COMIC BOOK AD

BLOG ARCHIVE

 2008 (147)

 MARCH (15)

GUYS YOU GUYS ARE FUNNY BUT THE TRUTH IS THE TRUTH...
FLOYD WEBB IS DOING DAMAGE CONTROL ONCE AGAIN
HERE THE PROOF MORE PEOPLE LISTEN TO ME
YOU JUST PROVED MY POINT WHAT AN EXPLANATION JERK ...
YA FLOYD YOU TELL THE TRUTH
I LOVE DISINFORMATION KUNG FU PIMP
YOU WANT MORE PROOF , FLOYD YOUR IGNORANCE IS CLEA...