

John Cole and William V. Aguiar Jr.

MONDAY, MARCH 24, 2008

# GUYS YOU GUYS ARE FUNNY BUT THE TRUTH IS THE TRUTH



Floyd wants to say that I called someone mother this is what he gets. As for a shotgun and a vest its what Keehan did in the last days of his life. Obviously none of you knew Keehan at all. If you

really new me , you would know that you would just disappear I wouldn't put it on-line. Floyd was married I got it off a dating forum that Floyd put up.

You seem to think that Floyd never lies and he doesn't manipulate the truth. See when Court ends for Billy and Floyd I'm going to sue Floyd for breach of contract and slander. None can prove that I called Barron mother and its on line on Floyd Webbs blog, that's not true at all. Barron and Floyd started this and I'm gonna ends it, I'm not Billy III And breach of contract for the film footage, see no signatures no sale . Its the same thing Brandy Karl is trying to hold William III too. When their a judgement in the case he's getting sued. Fair Use isn't going to be an issue in that one, hes gonna have to get a real lawyer for that one. When the deal went down and Barron told me to go fuck myself. I told him ok Charles Kid and the Dixie boys were gonna make his phone ring and ten minutes later it did. Charles Kid and the Dixie boys are nothing to play with, their the Klan down south. He was a personal friend of David Duke.

As for Bertuiax and Lully DSimon was right in a way. When I was a child in Fall River their were these cult murders in 1978, 1979. Were a girl I knew from the neighborhood killed all her female friends and ate the bodies in in the wood's , she was my next door neighbor Robin Murphy. If you don't believe me read this http://www.religionnewsblog.com/6544/murphys-third-attempt-at-parole-to-be-heard-today . See guys I know what evil is and Bertrauix and Lully are baby killers and murders these guys weren't hit men with a code [ no women no kids] they didn't live by this. The Man King incident that Lully and Bertrauix were involved in Lully disappeared after was a baby was killed for its pure blood to control people. They were faggots that use to drink semen, they thought that the semen was the life force. All these girls were prostitutes Robin was the den mother like Barbara Kemp. I consider myself a watcher of sorts on this, people are evil . I have a picture of Robin standing next to me on my 10 birthday. I know what evil is "My Friends" and Bertruiax and Lully are evil hands down. Floyd hasn't mentioned this because 3 to 1 studio is on Floor down from Bertrauix in the Fine Arts building. And what Keehan has on them, Bertrauix will go to jail for along time. See Keehan kept files on a lot of people. Hey Patricio their was a lot of boxes at Billy Jr's school that just sat their. If you only knew what was in them.

On Chicago people seem to think that one of Floyd friends gave me all this info, bullshit. You people seem to think that we got all this Dante stuff and we weren't going to do anything with it. Actually we were waiting for all the people to die. And people seem to think that after Dante skipped town that business stopped in Calumet with Fall River , sorry guys. That's didn't happen the businees went up to 1985 or 86 with a boss named Anthony Accardo and Joe Lambardo.Running un-taxed cigarettes and gun's to the Panthers and P Stone Rangers thats what Andy Wilson was into. And the dojo war, we have the actual court case from that. We have everybody's statements pertaining to the dojo war. And thats why I hate fuckin Felkoff and Day their liars hands down. Like I said Billy III has his personal belongings.

On William Aguiar Jr, Billy was a fuckin wild man when I knew him . Did Billy go to Chicago and kill people for Giancana ya he did . Six people were wacked by Billy Jr in what Billy Jr called the Leeve District in Chicago . When the mob wants somebody out in the family they hire an outside hitter. Billy Jr blow torched some guys feet. William Jr was a gangster the real way you fucked with him and you disappear. Their was a girl here that knew to much

she disappeared in 1995 and then they found her buried in her back yard bound with Keehans belt in 2003.
See I know the truth, I was their when i was a child. look I saw Keehan after his so called death guys. See William Jr flew out and drove back. Their are safety deposit boxes that are still paid for to this day in Keehan name. Also people have been contacting my father out of Chicago and Hammond Illinois over this. I'm telling you alot of people are watching silently. Look what i'm about to say isn't a threat at all. But their are people out their that don't want the film to be made. I can't stop Floyd from making it but remember this I warned him.
Ask Floyd about the guy Billy went to court with a guy from Chicago. So before everybody don't believe me ask Floyd. Just Ray is part of a family out their. Alot of shit is going on behind the scenes their in Chicago. You dig up bones like this your gonna end up in a split level coffin.
I like you guys especially Lord of Chaos he has that R.I. attitude. I would like to meet him to show him whats what. I don't take anything on line personnal.

POSTED BY JOHN CREEDEN AT 8:43 AM 

Newer Post　　　　　　　　Home　　　　　　　　Older Post

## WORLDS DEADLIEST FIGHTING SECRETS



COMIC BOOK AD

### BLOG ARCHIVE

 2008 (164)

　 APRIL (2)

　　AN OLDIE BUT GOODIE, AFTER I GOT SWINDLED BY FLOYD...
　　JOE DORADOS REPLY

　▶ MARCH (30)

　▶ FEBRUARY (60)

　▶ JANUARY (72)

▶ 2007 (22)