

John Cole and William V. Aguiar Jr.

SUNDAY, MARCH 30, 2008

# FLOYD WEBB LIAR CHEAT AND ALL AROUND SCUM BAG



Foley and Hoag sent Ray Peck this letter. Mr

Peck gave my father these over chow mein sandwiches in a Chinese restaurant. Mr Peck is the head of probate and family court , see their was amended paper submitted in Probate court. That really pissed Floyd and his lawyers off big time.
See its all about ownership, see Barron and Dwyer, and Felkoff want to cash in in return sales of BDFS and WKF merchandise. Sorry losers thats not going to happen. I wonder if Bob Sandon will be included in the initial disclosures or is that just another bold face lie from Floyd Webb once again. Floyd was saying that their wasn't a total buy out for the book in 1969. But once again Floyd is a liar who makes up stories to benefit himself without an proof what so ever. How come Bob Sandon isn't included in the case, because Floyd Webb lie's. I wonder how Floyd is going to like it when it happens to him.
I got my hand s on a dvd descrambler and I'll reap more profits from this movie than Floyd Webb will. Got a friend who can burn up to 100 dvd at one time. I'm ready for you Floyd. not bad for a "wannabe gangster" right Floyd. Lets see from the black market sales and my court case against you. I'll be reaping at least 35% to 45 % of your profits one way or another. And I can't wait to get a hold of your posters and advertisement's either.
Mr. Peck assured us that Floyd Webb has nothing in Fall River, that they have no grounds and they are desperate to get merchandising. He said once the judge declares that Billy owns the books and the logo's. Floyds going to pay William III one way or another. So Fuck You you wannabe film maker. I've talked to people in Tribeca film festival they never heard of you.

POSTED BY JOHN CREEDEN AT 9:32 AM 

Newer Post          Home          Older Post

WORLDS DEADLIEST FIGHTING SECRETS



COMIC BOOK AD

BLOG ARCHIVE



▼ 2008 (164)

▼ APRIL (2)



# FOLEY HOAG LLP
## ATTORNEYS AT LAW

February 11, 2008

Dave Kluft
Boston Office
617.832.1000

<u>Via U.S. Mail</u>

Robert E. Peck
Register of Probate
Bristol County Probate and Family Court
21 Father Devalles Boulevard
Fall River, MA 02723

Re: Estate of William V. Aguiar, Jr.
Docket #: 05P2203VA

Dear Mr. Peck:

I write to bring to the attention of the Bristol County Probate and Family Court (the "Probate Court") information concerning the above-referenced matter. According to documents filed with the Probate Court, the above-referenced decedent passed away in 2005. In 2005, his son, William V. Aguiar, III ("Mr. Aguiar"), filed a petition for Voluntary Administration of certain personal property which was purportedly part of his father's estate.

Recently, Mr. Aguiar has filed two "Amended" petitions for Voluntary Administration, dated January 7 and January 15, 2008. These petitions seek to add to the voluntary administration of the estate certain copyrights. In a cover letter accompanying the most recent amended petition, Mr. Aguiar, through his attorney, claimed that the amendments were necessary because these copyrights were left off the original petition "through inadvertence or mistake." [See Tab A].

In fact, the ownership of the copyrights in question is currently a disputed issue of fact and law in matter No. 07-CA-11673-MWL in the United States District Court for the District of Massachusetts (the "Federal Court"). In the Federal Court action, Mr. Aguiar has sued my client, Floyd Webb, and others, for copyright infringement. [See Tab B]. My client has responded in part by challenging Mr. Aguiar's claim of ownership in these copyrights. For example, at least one of the registrations of the copyrights in question, #A866679, contains no mention of Mr. Aguiar or his father. [See Tab C]. In

B3457248.2

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP        BOSTON                    WASHINGTON, DC              www.foleyhoag.com

other words, it is not at all clear that this property was ever part of the above-referenced estate in the first place.

By filing the recent amended petitions, Mr. Aguiar appears to be attempting to bolster his claim of ownership in the Federal Court by reliance on the supposed imprimatur of the Probate Court. Only days after filing the amended petition on January 15, 2008, Mr. Aguiar turned around and submitted a copy of it to the Federal Court as proof of ownership. [Tab D; See also Tab A]. Importantly, based on the papers Mr. Aguiar has submitted to the Federal Court, it does not appear that he has informed the Probate Court about the existence of the copyright infringement action or the role he seeks to have these voluntary petitions play in that action. I do so now by this letter.

Thank you for your attention to this matter. Please feel free to contact me if you have any questions.

Very truly yours,

Dave Kluft

DAK
cc: John P. Francoeur, Esq.
    Mark Fischer, Esq.
    Aaron Y. Silverstein, Esq.