

John Cole and William V. Aguiar Jr.

TUESDAY, FEBRUARY 19, 2008

REALLY FLOYD



It goes without saying that Mr. Creeden does more damage to himself, than me.

Then why did you ask Billy to reel me in Floyd, see I try to start to be nice and Floyd shits it up. The child arrogance of this guy is funny. Oh buy the way how did those interviews in Fall River go Floyd good. NOT you have nothing here but newspaper articles 1 interview that you can't use John Cole isn't going to grant an interview. He doesn't like you at all, he'll talk to you but thats it.

I have their interviews on Dante and his being here, so when your movie drops I will have something to work around your film when I cut it up. Several people in the industry are not happy with the way your doing this . And they have granted me some assistance in this . Your ruining this type of business with your tatic's, when your movie drops , I bet I'll take a 1/3 of your profit one way or another.

Thats the damage I'll do to you. You can steal someone project well so can I. I can't wait for you to copyright the project .

Turn your shit down Floyd It will only get harder for you to do the film . I haven't let my friends in this. Timmy and Matt, Bob were all Billy's friend's. Their waiting for the word to unleash the "Dogs of War" on you Floyd. And alot of them live on the Navy training base in illinois. STOP FLOYD your making me take the next step and you don't want that.
Really Floyd I'm not doing damage. Well how's this I've talked to lawyers for Peter Roth Prersident of Warner Bros television to name one , also Walt Disney World lawyers who fight for copyright like no other. And once the word reaches out your film has nothing. Also contacted Executives in the Sundance Film festivals about your under handed ness. I'll be calling Tribeca next , Cannes. My goal is no funding for you. Just like you Floyd enough shit against the wall and some will stick. Remember this I'm 40 Billy 32 I was around Dante more than all of you. Stop the shit Floyd before it gets really bad. But you know whats funny they never heard of you at all . SAD REALLY SAD

POSTED BY JOHN CREEDEN AT 7:02 AM

## 0 COMMENTS:

Post a Comment

Newer Post    Home    Older Post

Subscribe to: Post Comments (Atom)

**WORLDS DEADLIEST FIGHTING SECRETS**