

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| |
|---|
| WILLIAM V. AGUIAR, III, |
|               Plaintiff, |
| v. |
| FLOYD WEBB, BARRON SHEPPARD, WENDY SHEPPARD and ASHIDO KIM a/k/a CHRISTOPHER HUNTER and a/k/a BRADFORD DAVIS, |
|               Defendants. |

Civil Action No. 07-CA-11673-MLW

## AFFIDAVIT OF FLOYD WEBB

I, Floyd Webb, do depose and state the following under oath:

1. I am a defendant in the above-captioned case. I have personal knowledge of the facts set forth in this affidavit. I am over eighteen years of age. If called upon to testify I would and could testify competently to the matters stated therein.

2. Even though a preliminary injunction was not granted, the pendency of this case is still harming my ability to finish, fund and show my documentary film, "The Search for Count Dante." The longer this lawsuit continues because of Mr. Aguiar's delays, the longer this harm continues.

3. With a lawsuit hanging over the film, it is extremely difficult to pursue funding. One of the film's best prospects for funding and distribution, a production company connected with the BBC, has informed me that even though they are interested in co-producing the film, they will not get involved until the lawsuit is over. The longer the lawsuit drags on, the longer I must go without that valuable resource, and the more likely it is that in the meantime this and other potential funders will have allocated their resources elsewhere. This is particularly troubling in the current economic environment.

4. The length of the lawsuit is also chilling my ability to arrange exhibition opportunities for the film. I worry that placing the film in film festivals prior to the resolution of this matter will risk liability to me or the exhibitors.

5. While this lawsuit has been pending, Mr. Aguiar and his associate, John Creeden III, have either sued, harassed or threatened a great deal of people involved with funding, appearing in, or otherwise helping me with my film. As the Court knows, Mr. Aguiar at one point attempted to sue Barron Sheppard and Radford Davis, in large part due to their tangential relationships to the film.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2008 at Chicago, Illinois.

Floyd Webb

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and a paper copy was sent to those indicated as non registered participants on April 8, 2008.

_/s/ Walead Esmail_
Walead Esmail

Apr-08-2008 04:02 PM Jazz Institute of Chicago 3124271684 3/3