UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



WILLIAM V AGUIAR III
PLAINTIFF

CIVIL ACTION. 07-11673-MLW

VS.

FLOYD WEBB AND ALL
DEFENDANT'S

### MOTION
### PLAINTIFF REQUEST FOR INTERROGATORIES DOCUMENTS

### PLAINTIFF HEREBY REQUEST'S THE FOLLOWING DOCUMENT'S

1. Federal Tax returns for 2001 to 2006
2. All contributor's to the film Search for Count Dante
3. All picture's pertaining to the Search for count Dante.
4. All book's pertaining to the Search for Count dante.
5. All donation to the film Search for Count Dante
6. All interview's for the search for Count Dante
7. All hard drives and disk for the Search for Count Dante.
8. State the name addresses and occupation's of each person participating in the preparation of the answers to these interrogatories
9. State the name addresses of each person known to the deponent to have knowledge of matters covered by the answers to these interrogatories, whether or not such person is employed by the party answering these interrogatories, and if not whom such person is employed.
10. All contributions to the film.
11. All Advertising item's [i.e.] shirt's, hat's, bag's, poster's
12. All info regarding employee's involvement for the production of Search for Count Dante.

13. All e-mail pertaining to the Search for Count Dante
14. All international correspondence [I e] names pictures video's
15. All funding for the Search for Count Dante.
16. All Video pertaining in all forms pertaining to the Search for Count Dante.
17. All Incorporation's pertaining to the Search for Count Dante.
18. All film companies and their role in the search for Count Dante.

WILLIAM V. AGUIAR III
630 MAPLE STREET
FALL RIVER MASSACHUSETT'S

*William V. Aguiar III* (signature)

PRO SE

10/29/07

CERTIFICATE OF SERVICE

WILLIAM V AGUIAR III
PLAINTIFF

VS.

Civil Action No. 07-11673-MLW

FLOYD WEBB
DEFENDANT

I William V Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

Date 4 / 11 / 2008

William V Aguair III
Pro Se

*William V. Aguiar III* (signature)

630 Maple Street
Fall River Massachusetts 02720
1-508-678-5310