UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM V AGUIAR III
PLAINTIFF


VS.  CIVIL ACTION NO.
 -   07-11673-MLW

FLOYD WEBB AND ALL


PLAINTIFF'S AUTOMATIC DISCLOSURES


A.   WITNESSES

   A. Floyd Webb
      505 S. 7th Ave
      Maywood Ill.
      E22 Digital Film productions
      3 to 1 Studios
      410 South Michigan Ave.
      Suite 421
      Chicago Illinois 60605
      Work phone 1-312-281-2288
      Cell Phone 1-706-704-1482

   B. Barron Shepperd
      1100 Cowan Rd
      Gulfport Mississippi, 39507
      Cell Phone – 1-863-860-8769

C. Wendy Shepperd
921 Ave W.N.W
Winter Haven, Florida
33881
1467 Bonnie View Ct
Evansville Indiana, 47715
Work phone 1-863-292-0307

D. Radford Davis a.k.a Christopher Hunter a.k.a Ashida Kim
1010 Ave W.N.W. Winter Haven Florida, 33881
4900 Cypress Gardens Road
Winter Haven Florida, 33881
Dojo Press
P.O. Box 209
Lake Alfred Florida, 33805

E. Attorney John Franquer Esquire
138 Rock Street
Fall River Massachusetts, 02722
1-508-678-2824

F. John F Creeden Jr.
45 E Mitchell Apt.
Fall River Massachusetts 02720

G. John F Creeden III
22 Famiglietti Drive
Providence Rhode Island, 08190
1-401-751-3884

H. John A Cole
253 Mill Street
New Bedford, Massachusetts, 02740


B. 1. Worlds Deadliest Fighting Secrets Book, Published August, 26 1968
An Original template to Worlds Deadliest Fighting Secrets Book 1968
Original pictures to Worlds Deadliest Fighting Secrets Book 1968
Original negatives to Worlds Deadliest Fighting Secrets Book 1968
Original illustrations to Worlds deadliest fighting Secrets Book 1968
Original Bindings to the World's Deadliest Fighting Secrets Book 1968
All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 1968 to #A86679.

2. Worlds deadliest fighting Secrets Book, Published July 17 1991
   A Original template to Worlds Deadliest Fighting Secrets Book 1991
   Original pictures to Worlds Deadliest Fighting Secrets Book 1991
   Original negatives to Worlds Deadliest Fighting Secrets Book 1991
   Original illustrations to Worlds deadliest fighting Secrets Book 1991
   Original Bindings to the World's Deadliest Fighting Secrets Book 1991
   All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 1991 for #A86679.

3. Worlds Deadliest Fighting Secrets Video, Published August 22 2001
   An Original template to Worlds Deadliest Fighting Secrets Video 2001
   Original pictures to Worlds Deadliest Fighting Secrets Video 2001
   Original negatives to Worlds Deadliest Fighting Secrets Video 2001
   Original illustrations to Worlds deadliest fighting Secrets Video 2001
   Original Bindings to the World's Deadliest Fighting Secrets Video 2001
   All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 2001 to # Pau 2-673-807.

4. Worlds Deadliest Fighting Secrets II Video, Published August 22 2001
   An Original template to Worlds Deadliest Fighting Secrets II Video 2001
   Original pictures to Worlds Deadliest Fighting Secrets II Video 2001
   Original negatives to Worlds Deadliest Fighting Secrets II Video 2001
   Original illustrations to Worlds deadliest fighting Secrets II Video 2001
   Original Bindings to the World's Deadliest Fighting Secrets II Video 2001
   All Copyrights and Holdings to Worlds Deadliest Fighting Secrets II 2001 to # Pau 2-617-092.

5. John Keehan /Dante Video Footage.
   4, 8mm reel's 1st generation color
   6, VHS Tapes 2nd generation color
   6, VHS Tapes 3rd generation black and white.
   1, DVD'S 4th generation black and white.

6. All John Keehan / Count Dante 3, Comic Book AD.
   Original Template to AD.
   Original Negatives to Count Dante AD
   Original Illustrations of Count Dante AD

7. Black Dragon Fighting Society Logos 1 e Dragon
   Original Template to Black Dragon Fighting Society Logos
   Original Negatives to. Black Dragon Fighting Society Logos
   Original Illustrations of Black Dragon Fighting Society Logos
   Original Images of Black Dragon Fighting Society Logos

8. World Karate Federation Logo's
   Original Templates to World Karate Federation Logo's
   Original Negatives to World Karate Federation Logo's
   Original Illustration's to World Karate Federation Logo's
   Original Images to World KARATE FEDERATION LOGOS.

C. C.     1. Worlds Deadliest Fighting Secrets Book, Published August, 26 1968
   An Original template to Worlds Deadliest Fighting Secrets Book 1968
   Original pictures to Worlds Deadliest Fighting Secrets Book 1968
   Original negatives to Worlds Deadliest Fighting Secrets Book 1968
   Original illustrations to Worlds deadliest fighting Secrets Book 1968
   Original Bindings to the World's Deadliest Fighting Secrets Book 1968
   All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 1968 to #A86679.

2. Worlds deadliest fighting Secrets Book, Published July 17 1991
   An Original template to Worlds Deadliest Fighting Secrets Book 1991
   Original pictures to Worlds Deadliest Fighting Secrets Book 1991
   Original negatives to Worlds Deadliest Fighting Secrets Book 1991
   Original illustrations to Worlds deadliest fighting Secrets Book 1991
   Original Bindings to the World's Deadliest Fighting Secrets Book 1991
   All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 1991 for #A86679.

3. Worlds Deadliest Fighting Secrets Video, Published August 22 2001
   An Original template to Worlds Deadliest Fighting Secrets Video 2001
   Original pictures to Worlds Deadliest Fighting Secrets Video 2001
   Original negatives to Worlds Deadliest Fighting Secrets Video 2001
   Original illustrations to Worlds deadliest fighting Secrets Video 2001
   Original Bindings to the World's Deadliest Fighting Secrets Video 2001
   All Copyrights and Holdings to Worlds Deadliest Fighting Secrets 2001 to # Pau 2-673-807.

4. Worlds Deadliest Fighting Secrets II Video, Published August 22 2001
   An Original template to Worlds Deadliest Fighting Secrets II Video 2001
   Original pictures to Worlds Deadliest Fighting Secrets II Video 2001
   Original negatives to Worlds Deadliest Fighting Secrets II Video 2001
   Original illustrations to Worlds deadliest fighting Secrets II Video 2001
   Original Bindings to the World's Deadliest Fighting Secrets II Video 2001
   All Copyrights and Holdings to Worlds Deadliest Fighting Secrets II 2001 to

# Pau 2-617-092.

5. John Keehan /Dante Video Footage.
   4, 8mm reel's 1st generation color
   6, VHS Tapes 2nd generation color
   6, VHS Tapes 3rd generation black and white.
   1, DVD'S 4th generation black and white.

6. All John Keehan / Count Dante 3, Comic Book AD.
   Original Template to AD.
   Original Negatives to Count Dante AD
   Original Illustrations of Count Dante AD

7. Black Dragon Fighting Society Logos I e Dragon
   Original Template to Black Dragon Fighting Society Logos
   Original Negatives to. Black Dragon Fighting Society Logos
   Original Illustrations of Black Dragon Fighting Society Logos
   Original Images of Black Dragon Fighting Society Logos

8. World Karate Federation Logo's
   Original Templates to World Karate Federation Logo's
   Original Negatives to World Karate Federation Logo's
   Original Illustration's to World Karate Federation Logo's
   Original Images to World KARATE FEDERATION LOGOS.

WILLIAM V AGUIAR III
630 MAPLE STREET
FALL RIVER MASSACHUSETTS
02720


PRO SE

CERTIFICATE OF SERVICE

WILLIAM V AGUIAR III
PLAINTIFF

VS.

Civil Action No. 07-11673-MLW

FLOYD WEBB
DEFENDANT

I William V Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

Date 4 / 11 / 2008

William V Aguair III
Pro Se

*(signature)*

630 Maple Street
Fall River Massachusetts 02720
1-508-678-5310