UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT'S

WILLIAM V AGUIAR III

VS

FLOYD WEBB

C.A. NO. 07-11673-MLW

MOTION TO CONTINUE PRO SE / MOTION FOR MEDIATION

I William V Aguiar III will continue to Pro se himself.

I William V Aguiar III ask's this Honorable Court for a course of mediation to resolve this civil dispute. I think it is beneficial to both plaintiff and defendant at this time.

William V Aguiar III
630 Maple Street
Fall River Massachusetts
Pro Se

4/11/08

CERTIFICATE OF SERVICE

WILLIAM V AGUIAR III
PLAINTIFF

VS.

Civil Action No. 07-11673-MLW

FLOYD WEBB
DEFENDANT

I William V Aguiar III I herby state that I mailed A true copy within document's to all counsel of record.

Date   /   / 2008

William V Aguair III
Pro Se

*(signature)* William V Aguiar III

630 Maple Street
Fall River Massachusetts 02720
1-508-678-5310