UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR, III,        )
        Plaintiff,              )
                                )
    v.                          )   C.A. No. 07-11673-MLW
                                )
FLOYD WEBB, ET AL.,             )
        Defendants.             )

ORDER

WOLF, D.J.                                           May 6, 2008

On February 15, 2008, the court granted defendant Radford Davis' motion to dismiss for lack of personal jurisdiction. The court recently received by mail from Mr. Davis a book, <u>Albert Schweitzer's Memoirs of Childhood and Youth</u>, and the attached card. It is not permissible or appropriate for the court to accept the book, which is with this Order being returned to Mr. Davis.

                                    /s/ Mark L. Wolf
                                    UNITED STATES DISTRICT JUDGE