# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM V. AGUIAR, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 07-11673 MLW |
| ) | |
| FLOYD WEBB, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Ian D. Roffman of the law firm of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for plaintiff William V. Aguiar, III.

WILLIAM V. AGUIAR, III,

By his attorneys,

/s/ Ian D. Roffman
Ian D. Roffman (BBO# 637564)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617)439-2000
iroffman@nutter.com

Dated: May 9, 2008

## CERTIFICATE OF SERVICE

I certify that, on May 9, 2008, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants

/s/ Ian D. Roffman
Ian D. Roffman

1732974.1