# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM V. AGUIAR, III, <br><br> Plaintiff, <br><br> v. <br><br> FLOYD WEBB, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. NO. 07-11673 MLW <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Heather B. Repicky of the law firm of Nutter, McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02110-2604, as counsel for plaintiff William V. Aguiar, III.

WILLIAM V. AGUIAR, III,

By his attorneys,

/s/ Heather B. Repicky
Ian D. Roffman (BBO# 637564)
Heather B. Repicky (BBO# 663347)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617)439-2000
hrepicky@nutter.com

Dated: May 9, 2008

## CERTIFICATE OF SERVICE

I certify that, on May 9, 2008, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants

/s/ Heather B. Repicky
Heather B. Repicky

1732975.1