# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CASE NO.   CA07-11673

| William Aguiar | Floyd Webb |
|---|---|
| PLAINTIFF | DEFENDANT |
| Ian Roffman | Dave Kluft |
| Heather Repicky | Walead Esmail |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Romanow

## CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 5/9/08 | Counsel for the plaintiff filed their notice of appearance this morning and ask the court for more time to get up to speed and confer with defense counsel as to how to proceed. Court for now denies the request and explains to the parties its impression regarding the defendant's motion for default/sanctions and the possible implication of Mr. Aguiar's Fifth Amendment Rights. Defendant asks the court proceed on the pending motion for default/dismiss/sanctions (docket no 89). Court will hear the parties on the motion. Court goes over the current procedural history of the case with the parties. Court listens to oral arguments from the parties on the motion for default/sanctions. Plaintiff's counsel declines to make oral argument based on his recent entry in the case and asks the court not to rule on the motion. Plaintiff's counsel does address the court on its comments and the issue of sanctions. Court allows the defendant's motion for default/sanctions to the following extent: Court grants judgment on the trademark claims for the defendant without prejudice. Court also grants the defendant's reasonable attorney's fees for the motion. Court orders the defendant to file a fee application by May 16, 2008. Plaintiff to respond by May 23, 2008. Any reply shall be filed by May 30, 2008. Plaintiff to file an amended complaint and answer to counter claims by May 23, 2006. Response due by June 6, 2008. Parties to confer and submit new proposed schedule by June 6, 2008. Further scheduling conference will be held on June 12, 2008 at 3:00 PM. |