# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR, III,                      )
                                             )
                        Plaintiff,           )
                                             )
v.                                           )          C.A. NO. 07-11673 MLW
                                             )
FLOYD WEBB,                                  )
                                             )
                        Defendant.           )
                                             )

## NOTICE OF PAPER FILING

Pursuant to CM/ECF Administrative Rule M.6., Plaintiff provides notice that paper

copies of Plaintiff's Opposition to Webb's Application for Attorneys' Fees and the Declaration

of William V. Aguiar, III supporting same were filed conventionally with the Court. These

documents have been filed under seal and will be maintained by the Clerk of the United States

District Court for the District of Massachusetts pursuant to the Court's May 23, 2008 Order.


                                    WILLIAM V. AGUIAR, III,

                                    By his attorneys,

                                    /s/ Heather B. Repicky
                                    Ian D. Roffman (BBO# 637564)
                                    Heather B. Repicky (BBO# 663347)
                                    Nutter McClennen & Fish LLP
                                    World Trade Center West
                                    155 Seaport Boulevard
                                    Boston, MA 02210
Dated: May 23, 2008                 (617)439-2000

**CERTIFICATE OF SERVICE**

     I certify that, on May 23, 2008, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants

/s/ Heather B. Repicky          
Heather B. Repicky

1737043.1