## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR, III, and the
BLACK DRAGON
FIGHTING SOCIETY,

            Plaintiff,

  v.

FLOYD WEBB,

            Defendant.

Civil Action No. 07-CA-11673-MLW

### JOINT PROPOSED SCHEDULE

In accordance with the Court's order of May 9, 2008 in the above-referenced matter, the parties submit their Joint Proposed Schedule as follows:

1. Defendant Webb's Answer to Plaintiffs Aguiar and the Black Dragon Fighting Society's Second Amended Complaint due: 7 days after Mr. Webb's motion to dismiss is decided by the Court

2. Initial Disclosures due, and parties must identify limited discovery needed on fair use issue: 7 days later

3. Parties must produce discovery on fair use issue by: Fifty-two (52) days later

4. Mr. Webb's summary judgment motion on fair use due: 3 weeks later

5. Plaintiffs' opposition to Mr. Webb's summary judgment motion due: 2 weeks later

6. Mr. Webb's reply due: 1 week later

If the case is not fully resolved by Webb's summary judgment motion, the parties anticipate requesting at that time a further scheduling conference to proceed with this case.

| | |
|---|---|
| WILLIAM V. AGUIAR, III and the<br>BLACK DRAGON FIGHTING SOCIETY,<br><br>By their attorneys,<br><br>/s/ Heather B. Repicky<br>Ian D. Roffman (BBO# 637564)<br>Heather B. Repicky (BBO# 663347)<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 439-2000<br>hrepicky@nutter.com | FLOYD WEBB,<br><br>By his attorneys,<br><br>/s/ Walead Esmail<br>Brandy A. Karl (BBO # 661441)<br>Lawrence Lessig (*pro hac vice*)<br>Anthony Falzone (*pro hac vice*)<br>Julie Ahrens (*pro hac vice*)<br>Center for Internet and Society<br>Stanford Law School<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>bkarl@stanford.edu<br>(650) 724-0517<br><br>and<br><br>Michael Boudett (BBO # 558757)<br>David Kluft (BBO # 658970)<br>Walead Esmail (BBO # 666347)<br>Foley Hoag LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000 |

Dated: June 6, 2008