UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM V. AGUIAR, III, and the
BLACK DRAGON
FIGHTING SOCIETY,

               Plaintiff,

  v.

FLOYD WEBB,

               Defendant.

Civil Action No. 07-CA-11673-MLW

## DEFENDANT FLOYD WEBB'S MOTION TO DISMISS

Defendant Floyd Webb moves to dismiss the Second Amended Complaint in the above captioned matter pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. As further explained in the accompanying Memorandum in Support, Plaintiff has failed to sufficiently allege copyright ownership of the materials in dispute, and he cannot make out a case under Mass. Gen. L. c. 214 § 3A. Accordingly, this action should be dismissed in its entirety, with prejudice.

Respectfully submitted,

FLOYD WEBB,

By his attorneys,

/s/ David A. Kluft
Brandy A. Karl (BBO #661441)
Lawrence Lessig (*pro hac vice*)
Anthony Falzone (*pro hac vice*)
Julie Ahrens (*pro hac vice*)
Center for Internet and Society
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305-8610
bkarl@stanford.edu
Tel: (650) 724-0517

and

Michael Boudett (BBO # 558757)
David Kluft (BBO # 658970)
Walead Esmail (BBO # 666347)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

*Attorneys for Defendant Floyd Webb*

Dated: June 6, 2008


### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.2(A)(2)

I hereby certify that I conferred with counsel for Plaintiff on June 5, 2008 in a good faith effort to resolve or narrow the issues presented herein.

/s/ David A. Kluft
David A. Kluft

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system on June 6, 2008 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ David A. Kluft
David A. Kluft