# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| WILLIAM V. AGUIAR, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 07-11673 MLW |
| ) | |
| FLOYD WEBB, ) | |
| ) | |
| Defendant. ) | |

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT FLOYD WEBB'S MOTION TO DISMISS

Plaintiff William V. Aguiar, III ("Aguiar") requests an extension of time to July 3, 2008 to respond to Defendant Floyd Webb's Motion to Dismiss. As grounds for this motion, Plaintiff states that the undersigned counsel has a family emergency and, therefore, will be unable to devote sufficient time and attention to the opposition and meet the original deadline of Friday, June 20, 2008. Counsel for Defendant has assented to the allowance of this motion.

WHEREFORE, Plaintiff respectfully requests that the deadline for Plaintiff's Opposition to Defendant Floyd Webb's Motion to Dismiss be extended to July 3, 2008.

WILLIAM V. AGUIAR, III,

By his attorneys,

/s/ Heather B. Repicky
Ian D. Roffman (BBO# 637564)
Heather B. Repicky (BBO# 663347)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617)439-2000
hrepicky@nutter.com

Dated: June 13, 2008

## RULE 7.1 CERTIFICATION

I hereby certify that counsel for Plaintiff conferred with counsel for Defendant and have attempted in good faith to resolve or narrow the issues presented in this Motion. Defendant does not oppose the relief sought in this motion.

/s/ Heather B. Repicky
Heather B. Repicky

## CERTIFICATE OF SERVICE

I certify that, on June 13, 2008, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants

/s/ Heather B. Repicky
Heather B. Repicky

1742248.1