**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

WILLIAM V. AGUIAR, III, and the BLACK DRAGON FIGHTING SOCIETY,

Plaintiff,

v.

FLOYD WEBB,

Defendant.

Civil Action No. 07-CA-11673-MLW

**JOINT SETTLEMENT REPORT**

By a scheduling order dated October 8, 2009, the Court instructed the parties to explore the possibility of settlement and report to the court by November 23, 2009. On behalf of both parties, counsel makes the following report:

On November 20, 2009, the parties explored the possibility of settlement of this matter. The parties have not been able to make significant progress towards settlement, however they continue to engage in discussions on that topic. At this time, the parties do not wish to participate in mediation, as it is highly unlikely such a process would be fruitful given the their relative positions.

Respectfully submitted,

| WILLIAM V. AGUIAR, III &<br>BLACK DRAGON FIGHTING SOCIETY<br><br>By their attorneys,<br><br><br>/s/ Heather B. Repicky<br>Ian D. Roffman (BBO# 637564)<br>Heather B. Repicky (BBO# 663347)<br>Nutter McClennen & Fish LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617)439-2000 | FLOYD WEBB,<br><br>By his attorneys,<br><br><br>/s/ David A. Kluft<br>Anthony Falzone (*pro hac vice)*<br>Julie Ahrens (*pro hac vice)*<br>Center for Internet and Society<br>Stanford Law School<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>Tel: (650) 724-0517<br><br>and<br><br>Michael Boudett (BBO # 558757)<br>David Kluft (BBO # 658970)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>dkluft@foleyhoag.com |
|---|---|

Dated: November 23, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system on November 23, 2009 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ David A. Kluft
David A. Kluft



B3690507.1